UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255 |

## MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys, hereby seeks authorization to proceed under a pseudonym in the above-captioned matter. In light of her status as an incarcerated transgender woman, the importance of her medical records to this case, and the serious allegations she brings against the Massachusetts Department of Correction, Plaintiff is concerned about social stigmatization and harassment, discrimination, and violence from others, including those in and out of prison, that could cause her physical and/or mental harm if her name is disclosed to the public.

Plaintiff respectfully requests that this Court (1) grant her motion to proceed under a pseudonym; and (2) enter a protective order (a) prohibiting Defendants from disclosing Plaintiff's identity to any third party unless such disclosure is necessary to defend against this action (b) requiring any party that publicly files a document identifying Plaintiff, that the filing party redact all personal identifies in accordance with Fed. R. Civ. P. 5.2.

Respectfully submitted,

Jane Doe

By her attorneys,


/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org

Dated: November 15, 2017