# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255 |

## NOTICE OF APPEARANCE OF ASHLEY E. MOORE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Ashley E. Moore of Goodwin Procter LLP as counsel of record for Plaintiff Jane Doe in the above-captioned matter.

Dated: November 15, 2017

Respectfully submitted,

Jane Doe

By her attorneys,

/s/ Ashley E. Moore
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

ACTIVE/93425125.1

2

        Jennifer Levi (BBO# 562298)
        Bennet Klein (BBO# 550702)
        GLBTQ Legal Advocates & Defenders
        30 Winter Street, STE 800
        Boston, Massachusetts 02108
        Tel.: +1 617 426 1350
        Email: jlevi@glad.org
        bklein@glad.org

        Elizabeth Matos (BBO# 671505)
        Joel Thompson (BBO# 662164)
        Prisoners' Legal Services
        10 Winthrop Square, 3rd Floor
        Boston, MA 02110
        Tel.: +1 617 482 6383
        E-mail: lmatos@plsma.org
        jthompson@plsma.org

ACTIVE/93425125.1