## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255 |

## NOTICE OF APPEARANCE OF JENNIFER LEVI

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jennifer Levi of GLBTQ Legal Advocates & Defenders as counsel of record for Plaintiff Jane Doe in the above-captioned matter.

Dated: November 15, 2017

Respectfully submitted,

Jane Doe

By her attorneys,

/s/ Jennifer Levi
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

2

        Jennifer Levi (BBO# 562298)
        Bennett Klein (BBO# 550702)
        GLBTQ Legal Advocates & Defenders
        30 Winter Street, STE 800
        Boston, Massachusetts 02108
        Tel.: +1 617 426 1350
        Email: jlevi@glad.org
        bklein@glad.org

        Elizabeth Matos (BBO# 671505)
        Joel Thompson (BBO# 662164)
        Prisoners' Legal Services
        10 Winthrop Square, 3rd Floor
        Boston, MA 02110
        Tel.: +1 617 482 6383
        E-mail: lmatos@plsma.org
        jthompson@plsma.org

ACTIVE/93426268.1