## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255 |

## NOTICE OF APPEARANCE OF JOEL THOMPSON

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Joel Thompson of

Prisoners' Legal Services as counsel of record for Plaintiff Jane Doe in the above-captioned

matter.

Dated: November 15, 2017

Respectfully submitted,

Jane Doe

By her attorneys,


/s/ Joel Thompson
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

ACTIVE/93434169.1

2

                        Jennifer Levi (BBO# 562298)
                        Bennett Klein (BBO# 550702)
                        GLBTQ Legal Advocates & Defenders
                        30 Winter Street, STE 800
                        Boston, Massachusetts 02108
                        Tel.: +1 617 426 1350
                        Email: jlevi@glad.org
                        bklein@glad.org


                        Elizabeth Matos (BBO# 671505)
                        Joel Thompson (BBO# 662164)
                        Prisoners' Legal Services
                        10 Winthrop Square, 3rd Floor
                        Boston, MA 02110
                        Tel.: +1 617 482 6383
                        E-mail: lmatos@plsma.org
                        jthompson@plsma.org

2