UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255 |

## MOTION FOR ADMISSION PRO HAC VICE OF TIFFINEY F. CARNEY

Pursuant to Local Rule 83.5.3(b), Plaintiff Jane Doe (the "Plaintiff"), by and through her undersigned counsel, hereby moves for the admission *pro hac vice* of her counsel Tiffiney F. Carney. As grounds, Plaintiff states that:

1. Tiffiney F. Carney is an associate at the law firm of Goodwin Procter LLP, 901 New York Avenue, N.W., Washington D.C. 20001. Attorney Carney is a member in good standing of the Bars of the District of Columbia and the State of Maryland.

2. In further support of his motion, Plaintiff submits as **Exhibit A** the Certificate of Tiffiney F. Carney establishing that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; that she has not previously had a *pro hac vice* admission to this court or any other court revoked for misconduct; and that she is familiar with the Local Rules of this Court.

WHEREFORE, this Court should grant the admission of attorney Tiffiney F. Carney *pro hac vice* to the Bar of this Court.

ACTIVE/93425223.1

Dated: November 15, 2017

Respectfully submitted,

Jane Doe

By her attorneys,

/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com


Jennifer Levi (BBO# 562298)
Bennet Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org


Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org