# EXHIBIT A

ACTIVE/93425223.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>  Defendants. | Civil Action No. 17-12255 |

### CERTIFICATE OF TIFFINEY F. CARNEY IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

Tiffiney F. Carney hereby certifies that:

1. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the District of Columbia and the State of Maryland.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this court, or to any other court, revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I hereby certify on this 15th day of November 2017, under the penalties of perjury, that the foregoing is true and correct to the best of my knowledge.

／s／ Tiffiney F. Carney
Tiffiney F. Carney (*Pro Hac Vice* Pending)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: 202.346.4000
Fax: 202.346.4444
tcarney@goodwinlaw.com

2