UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255 |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave To File the Complaint Under a Pseudonym, it is hereby ordered that the motion is GRANTED, and that:

(1) the parties will refer to Plaintiff by the pseudonym, "Jane Doe," in all filings;

(2) the parties will be prohibited from disclosing Plaintiff's identity to any third party unless such disclosure is necessary to litigate this action;

(3) the parties will redact all personally identifying information from all filings in accordance with Fed. R. Civ. P. 5.2; and

(4) any nonparty who is informed of Plaintiff's identity shall be provided a copy of this order by the disclosing party and shall also be subject to this Order.

In addition, Plaintiff shall submit under seal to the clerk a copy of the complaint which names Plaintiff within ten days of the entry of this order, which complaint the clerk is directed to file under seal.

**SO ORDERED.**

Date: _____

                                                                        _____
U.S. District Court Judge