# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION; THOMAS A. TURCO III;
SEAN MEDEIROS; JAMES M. O'GARA JR.;
and STEPHANIE COLLINS,

    Defendants.

Civil Action No. 17-12255

## ORDER

Upon consideration of Plaintiff's Motion for Leave To File the Complaint Under a Pseudonym, it is hereby ordered that the motion is GRANTED, and that:

(1) the parties will refer to Plaintiff by the pseudonym, "Jane Doe," in all filings;

(2) the parties will be prohibited from disclosing Plaintiff's identity to any third party unless such disclosure is necessary to litigate this action;

(3) the parties will redact all personally identifying information from all filings in accordance with Fed. R. Civ. P. 5.2; and

(4) any nonparty who is informed of Plaintiff's identity shall be provided a copy of this order by the disclosing party and shall also be subject to this Order.

In addition, Plaintiff shall submit under seal to the clerk a copy of the complaint which names Plaintiff within ten days of the entry of this order, which complaint the clerk is directed to file under seal.

Case 1:1͟    ͟ ͟ ͟Document 1͟

**SO ORDERED.**

Date: 11-15-17.

Richard G. Stearns  
U.S. District Court Judge