# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE,

      Plaintiff,

      v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION; THOMAS A. TURCO III;
SEAN MEDEIROS; JAMES M. O'GARA JR.;
and STEPHANIE COLLINS,

      Defendants.

Civil Action No. 17-12255-RGS

## MOTION TO FILE UNDER SEAL

Pursuant to Local Rules 5.4(g)(1)(A) and 7.2, Plaintiff Jane Doe ("Plaintiff") moves this Court for leave to file the complaint with her real name ("Real Name Complaint") under seal until further order of this Court. Respondent has not objected to this Motion. As grounds for this motion, Plaintiff states:

1.      Her Real Name Complaint contains private information regarding Plaintiff's medical history, diagnostic information, and medical treatment plans;

2.      Her Real Name Complaint contains private information about her life as a transgender woman and she fears that she will be subjected to social stigmatization, harassment, and violence, including sexual violence, that could result from publicly disclosing her identity as a transgender woman;

3.      Since being incarcerated at MCI-Norfolk, and as detailed in the Real Name Complaint, Plaintiff has been subjected to harassment and targeted by other prisoners because of her identify as a transgender woman. Plaintiff thus seeks to file the Real Name Complaint under seal because of the risk that she will be the subject of further and intensified verbal and physical

harassment if other prisoners, and possibly corrections staff with no connection to the case, as well, learn that she has filed a lawsuit alleging harassment, discrimination, and DOC mistreatment; and

    4.    This Court already granted Plaintiff's Motion to File Under Pseudonym, which was presented to the Court for the same reasons. Those who see that Plaintiff is unnamed in the filed Complaint may attempt to search courthouse records to discover Plaintiff's true identity and spread that information more broadly.

    **WHEREFORE**, Petitioner respectfully requests that this Court enter an order granting leave to file her Real Name Complaint under seal and place the Real Name Complaint under seal until further order of the Court. Within ten days of the resolution of this case, counsel for Plaintiff shall retrieve the material under seal from the clerk's office and thereafter maintain custody of the material.

ACTIVE/93442279.1

Respectfully submitted,

Jane Doe

By her attorneys,


/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice*)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org

Dated: November 17, 2017

ACTIVE/93442279.1

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

The undersigned counsel certifies pursuant to Local Rule 7.1 that he made a good faith effort to meet and confer with counsel for Defendants, and counsel for Defendants did not object to this Motion.

/s/ J. Anthony Downs

ACTIVE/93442279.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing to be served U.S. First Class Mail postage

prepaid on counsel for Defendants on November 17, 2017:

Nancy White
General Counsel, DOC
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300 Ext. 1124
Nancy.White@massmail.state.ma.us

<u>/s/ J. Anthony Downs </u>

5