UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | |

### [PROPOSED] ORDER

Upon consideration of Petitioner's Motion for Leave To File Under Seal, it is hereby ordered that the motion is **GRANTED** and that the Real Name Complaint shall be placed under seal until further order.  Within ten days following the resolution of this case, counsel for Plaintiff shall retrieve the material under seal from the clerk's office and thereafter maintain custody of the impounded material.

**SO ORDERED.**

Date: _____

_____
THE HONORABLE RICHARD G. STEARNS
U.S. District Court Judge

6