UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE,

    Plaintiff,

    v.                                        C. A. No.  17-12255-RGS

MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance for defendants, Massachusetts Department of Correction, Thomas A. Turco III, Sean Medeiros, James M. O'Gara Jr., and Stephanie Collins, in the above-entitled action.

Dated: November 22, 2017                          Respectfully submitted,

                                          NANCY ANKERS WHITE
                                        Special Assistant Attorney General

                                        /s/ Richard C. McFarland
                                        Richard C. McFarland, BBO# 542278
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite 600
                                        Boston, MA  02110-1300
                                        (617) 727-3300, ext. 1132
                                        richard.mcfarland@state.ma.us

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 22, 2017 and paper copies will be sent to those indicated as non-registered participants on this date.
.

                                        /s/ Richard C. McFarland
                                        Richard C. McFarland