# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JANE DOE** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:17–CV–12255–RGS** |
| **MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.** | |
| *Defendant* | |

# SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Massachusetts Department of Correction
50 Maple Street, Suite 3,
Milford, MA 01757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Downs, Esq. (BBO# 552839)
Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210
T: 617-570-1000; Email: jdowns@goodwinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Sherry Jones**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017–11–15 13:11:57.0**, Clerk USDC DMA

Civil Action No.: **1:17−CV−12255−RGS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _MA DOC CIO Atty Gen. Office_

was received by me on (date) _11-17-17_

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _Quentin Flint- Process Coordinator + reciever for AG Office_ , who is

designated by law to accept service of process on behalf of (name of organization) _AG Office at 1 Ashburton Pl_ on (date) _11-21-17_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _85_ for services, for a total of $ _85_ .

I declare under penalty of perjury that this information is true.

_11-21-17_
Date

_Server's Signature_

_Jon Pollack- Process Server_
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc:   **JON POLLACK & ASSOC.**
**279 E.CENTRAL ST #222**
**FRANKLIN, MA 02038**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts Department of Correction
50 Maple Street, Suite 3
Milford, MA 01757

9590 9402 2887 7069 0336 21

2. Article Number *(Transfer from service label)*

7014 0510 0000 7361 3736

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery
ARMAND Cafferch | 11/24/17

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Massachusetts Dept. of Corrections
Street, Apt. No.; or PO Box No. 50 Maple Street, Suite 3
City, State, ZIP+4 Boston, MA 02210

7014 0510 0000 7361 3736

PS Form 3800, August 2006 See Reverse for Instructions