# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF MASSACHUSETTS

**JANE DOE**

*Plaintiff*

v.

**MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.**

*Defendant*

Civil Action No.:
**1:17–CV–12255–RGS**

# SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sean Medeiros

MCI-Norfolk

2 Clark St.,

Norfolk, MA 02056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Downs, Esq. (BBO# 552839)

Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210

T: 617-570-1000; Email: jdowns@goodwinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Sherry Jones**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017–11–15 13:11:57.0**, Clerk USDC DMA

Civil Action No.: **1:17−CV−12255−RGS**

### PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _Sean Medeiros_

was received by me on (date) _11-17-17_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _Officer Kenney_ _at front desk of MCI_ , who is _Norfolk_

designated by law to accept service of process on behalf of (name of organization) _MCI Norfolk-_
_Sean Medeiros_ on (date) _11-20-17_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ __—__ for travel and $ _85_ for services, for a total of $ _85 —_ .

I declare under penalty of perjury that this information is true.


_11-20-17_
Date

_____
*Server's Signature*

_Jon Pollack- Process Server_
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted service, etc:

**JON POLLACK & ASSOC.**
**279 E. CENTRAL ST #222**
**FRANKLIN, MA 02038**