# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __JANE DOE__ *Plaintiff* v. __MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.__ *Defendant* | Civil Action No.: **1:17−CV−12255−RGS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
James M. O'Gara Jr.
50 Maple Street, Suite 3,
Milford, MA 01757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Anthony Downs, Esq. (BBO# 552839)
Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210
T: 617-570-1000; Email: jdowns@goodwinlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ − Sherry Jones**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017−11−15 13:11:57.0**, Clerk USDC DMA

Civil Action No.: **1:17−CV−12255−RGS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) James O'Gara Jr.

was received by me on (date) 11-17-17.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Stephanie Collins, who is

designated by law to accept service of process on behalf of (name of organization) MCI Milford - James O'Gara Jr. on (date) 11-20-17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ — for travel and $ 85 for services, for a total of $ 85.

I declare under penalty of perjury that this information is true.

11-20-17
Date

Server's Signature

Jon Pollack - Process Server
Printed name and title

Server's Address

Additional information regarding attempted service, etc:

**JON POLLACK & ASSOC.**
**279 E.CENTRAL ST #222**
**FRANKLIN, MA 02038**