# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JANE DOE** <br> *Plaintiff* <br> v. <br> **MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.** <br> *Defendant* | Civil Action No.: <br> **1:17−CV−12255−RGS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
 Thomas A. Turco III
 50 Maple Street, Suite 3,
 Milford, MA 01757

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 J. Anthony Downs, Esq. (BBO# 552839)
 Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210
 T: 617-570-1000; Email: jdowns@goodwinlaw.com

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

 **/s/ − Sherry Jones**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017−11−15 13:11:57.0**, Clerk USDC DMA

Civil Action No.: **1:17–CV–12255–RGS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Thomas Turco III__

was received by me on (date) __11-17-17__.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Leah Murray - Legal dept__, who is

designated by law to accept service of process on behalf of (name of organization) __MCI Milford__
__Thomas Turco III__ on (date) __11-20-17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ __—__ for travel and $ __85__ for services, for a total of $ __85__.

I declare under penalty of perjury that this information is true.

__11-20-17__
Date

*Server's Signature*

__Jon Pollack - Process Server__
*Printed name and title*

*Server's Address*

Additional information regarding attempted service, etc:

**JON POLLACK & ASSOC.**
**279 E. CENTRAL ST #222**
**FRANKLIN, MA 02038**