UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE,
    Plaintiff,

v.   C. A. No.  17-12255-RGS

MASSACHUSETTS DPEARTMENT
OF CORRECTION, et al.,
    Defendants.

### DEFENDANTS' ASSENTED TO MOTION TO ENLARGE THE TIME FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT

Defendants, through counsel, hereby move this Court to enlarge the time for filing a response to plaintiff's Complaint, up to and including, January 5, 2018.

In support of this motion, counsel states that he was only recently assigned to this case and additional time is necessary in order to investigate and make an informed response to the allegations contained in plaintiff's Complaint.

Plaintiff's counsel has assented to this motion.

Dated: December 5, 2017        Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ *Richard C. McFarland*
Richard C. McFarland, BBO# 542278
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300, ext. 1132
richard.mcfarland@state.ma.us

## CERTIFICATE OF SERVICE

  I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 5, 2017 and paper copies will be sent to those indicated as non-registered participants on this date.
.

                <u>/s/ *Richard C. McFarland*</u>
                Richard C. McFarland