# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, et. al.,<br><br>    Defendants. | Civil Action No. 1:17-CV-12255-RGS |

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND
## THE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, through her counsel, hereby moves this court to extend the time to respond to Defendants' Motion to Dismiss, up to and including, February 2, 2018.

As grounds for this motion, counsel states as follows:

1. Defendants filed the Motion to Dismiss on January 5, 2018.  *See* Dkt. No. 28.

2. Plaintiff's response to the Motion to Dismiss is currently due on January 19, 2018.

3. Counsel has been unable to meet with Plaintiff due to her incarceration.  Recently, Plaintiff has suffered from various medical problems, some of which required hospitalization, that have further limited her opportunities to meet with counsel.

4. Defendant's counsel has assented to this motion.

Dated: January 8, 2018

2

Respectfully submitted,

/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
lmatos@plsma.org
jthompson@plsma.org

*Attorneys for Plaintiff*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiff conferred with counsel for Defendants regarding the issues presented by this motion and Defendants assented to this motion.

/s/ *J. Anthony Downs*
J. Anthony Downs

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) on January 8, 2018 and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ *J. Anthony Downs*
J. Anthony Downs