# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>　　Defendants. | Civil Action No. 1:17-CV-12255-RGS |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7.1(b)(4), Plaintiff Jane Doe hereby moves for leave to file two Memoranda of Law in excess of the page limits in the above-captioned matter. Defendants do not oppose this motion.

First, Plaintiff moves for leave to file a Memorandum of Law in Opposition to Defendants' Motion to Dismiss in excess of the twenty (20) page limit. Plaintiff requests that she be allowed to file a Memorandum of Law not to exceed twenty-three (23) pages. The few additional pages are necessary in light of the important legal and factual issues raised by Defendant's motion to dismiss Plaintiff's federal law claims.

Second, Plaintiff will also be moving for a preliminary injunction and seeks leave to file a Memorandum of Law in Support of Preliminary Injunction in excess of the twenty (20) page limit. Plaintiff requests that she be allowed to file a Memorandum of Law not to exceed thirty-three (33) pages, again to address the specific facts and novel issues raised by this important case, and to provide the Court with the factual and legal support for the various showing required by the preliminary injunction standard.

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Unopposed Motion for Leave to Exceed Page Limits.

Dated: February 1, 2018                                                        Respectfully submitted,

/s/ J. Anthony Downs_____
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, J. Anthony Downs, certify pursuant to Local Rule 7.1(A)(2) that counsel for Plaintiff has conferred in good faith with opposing counsel regarding this motion on January 30, 2018, and opposing counsel for Defendants stated that they would not oppose this motion.

/s/ J. Anthony Downs

## **CERTIFICATE OF SERVICE**

I, J. Anthony Downs, further certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 1, 2018.

/s/ J. Anthony Downs