# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 1:17-CV-12255-RGS<br><br>**PLAINTIFF'S NOTICE OF CONSTITUTIONAL QUESTION**<br><br>Complaint Filed: November 15, 2017<br>Discovery Cut-Off: None Set<br>Motion Cut-Off: None Set<br>Trial Date: None Set |

## PLAINTIFF'S NOTICE OF CONSTITUTIONAL QUESTION

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
lmatos@plsma.org
jthompson@plsma.org

J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

*Attorneys for Plaintiff*

TO THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA:

Please take notice that, pursuant to Fed. R. Civ. P. 5.1, Plaintiff Jane Doe submits this Notice of Constitutional Question.

Plaintiff asserts, *inter alia,* that she was discriminated against based on her Gender Dysphoria in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12191, *et seq*. Defendants have moved to dismiss the claim, arguing that Gender Dysphoria is not protected by the ADA. In her Opposition to Defendants' Motion to Dismiss and Memorandum of Law in Support of her Motion for Preliminary Injunction, Plaintiff asserts, as a matter of statutory interpretation, that Gender Dysphoria is not excluded from coverage under the ADA. To the extent 42 U.S.C. § 12211(b)(1) of the ADA is read to exclude Gender Dysphoria, Plaintiff challenges the constitutionality of the provision. As drafted, § 12211(b)(1) excludes, *inter alia*, "transsexualism . . . [and] gender identity disorders not resulting from physical impairments." If the provision is read to exclude Gender Dysphoria, Plaintiff asserts that § 12211(b)(1) violates the United States Constitution because it discriminates on the basis of gender identity, sex, and/or disability in violation of the Fourteenth Amendment.

A copy of Jane Doe's Opposition to Defendants' Motion to Dismiss is attached hereto as "Exhibit A" and a copy of the Memorandum of Law in Support of Plaintiff Jane Doe's Motion for Preliminary Injunction is attached hereto as "Exhibit B."

Respectfully submitted,

/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org

Dated: February 2, 2018

## **CERTIFICATE OF SERVICE**

I, J. Anthony Downs, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 2, 2018.

I further certify that, in compliance with Fed. R. Civ. P. 5.1(a)(2), on February 2, 2018 I caused a true and correct copy of the Notice of Constitutional Question and attached Exhibits A and B to be served, via certified mail, upon the following:

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Certified Mail Article No. 7005 0390 0001 4592 6719*

Lee J. Lofthus
United States Assistant Attorney General for Administration
U.S. Department of Justice, Justice Management Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Certified Mail Article No. 7005 0390 0001 4592 6702*

/s/ J. Anthony Downs