UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF CORRECTION, et al.,<br>    Defendants. | C.A. NO. 17-12255-RGS |

## DEFENDANTS' ASSENTED TO MOTION TO ENLARGE THE TIME FOR FILING A RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants, through counsel, hereby move this Court to enlarge the time for filing a response to Plaintiff's Motion for Preliminary Injunction, up to and including, February 21, 2018.

In support of this motion, counsel states that due to the undersigned counsel's heavy litigation caseload, the additional time is necessary in order that defendants may provide a thorough response to Plaintiff's Motion for Preliminary Injunction.

Plaintiff's counsel has assented to this motion.

Dated: February 13, 2018

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General


/s/ *Richard C. McFarland*
Richard C. McFarland, BBO# 542278
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1132
richard.mcfarland@state.ma.us

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 13, 2018 and paper copies will be sent to those indicated as non-registered participants on this date.
.

                                            /s/ *Richard C. McFarland*
                                            Richard C. McFarland