# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>      v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>      Defendants. | Civil Action No. 1:17-CV-12255-RGS |

## [PROPOSED] ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon consideration of Plaintiff's assented to Motion for *Writ of Habeas Corpus Ad Testificandum*, it is hereby ORDERED that said Motion for *Writ of Habeas Corpus Ad Testificandum* is GRANTED.  This Court issues a *Writ of Habeus Corpus Ad Testificandum* to Sean Medeiros, the Superintendent of MCI Norfolk, to bring Ms. Doe before this Court on February 28 at 2:30 p.m..

IT IS SO ORDERED.

Dated: February _____, 2018                     _____
                                                                                Hon. Richard G. Stearns