UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION; THOMAS A. TURCO III;
SEAN MEDEIROS; JAMES M. O'GARA JR.;
and STEPHANIE COLLINS,

    Defendants.

Civil Action No. 1:17-CV-12255-RGS

## ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon consideration of Plaintiff's assented to Motion for *Writ of Habeas Corpus Ad Testificandum*, it is hereby ORDERED that said Motion for *Writ of Habeas Corpus Ad Testificandum* is GRANTED. This Court issues a *Writ of Habeus Corpus Ad Testificandum* to Sean Medeiros, the Superintendent of MCI Norfolk, to bring Ms. Doe before this Court on February 28 at 2:30 p.m..

IT IS SO ORDERED.

Dated: February 16, 2018

_/s/ Richard G. Stearns_
Hon. Richard G. Stearns

The court notes the expressed willingness of the Massachusetts Department of Correction to assume responsibility for the transportation and security issues involved.