UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF CORRECTION, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)    C.A. NO. 17-12255-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO FILE A
MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

Defendants, through counsel, pursuant to Local Rule 7.1(B)(4), hereby move for leave to file a Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction in excess of twenty pages, as follows:

1. The issues raised in this action are numerous and complex and require a thorough analysis.

2. Defendants request leave to file a Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction not to exceed thirty-three (33) pages.

3. Plaintiff's counsel has assented to this motion.

WHEREFORE, defendants respectfully request leave to file a memorandum of law not to exceed thirty-three (33) pages.

Dated: February 20, 2018               Respectfully submitted,

                                                      NANCY ANKERS WHITE
                                                      Special Assistant Attorney General


                                                      /s/ *Richard C. McFarland*
                                                      Richard C. McFarland (BBO# 542278)

      Legal Division
      Department of Correction
      70 Franklin Street, Suite 600
      Boston, MA 02110-1300
      (617) 727-3300, ext. 1132
      richard.mcfarland@state.ma.us

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 2/20/18.

      /s/ *Richard C. McFarland*___
      Richard C. McFarland