UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF CORRECTION, et al.,<br>    Defendants. | C.A. NO. 17-12255-RGS |

### AFFIDAVIT OF MITZI PETERSON, L.I.C.S.W.

I, Mitzi Peterson, do hereby depose and say:

1. I am an employee of the Massachusetts Department of Correction ("DOC") and I presently serve as the Director of Behavioral Health for the DOC's Health Services Division. I have held this position since March 2016. Prior to this position I served as a Mental Health Regional Administrator for the Health Services Division for three years. I am a licensed social worker and my primary responsibility as the Director of Behavioral Health is to monitor the mental health care provided to the inmates within DOC facilities, including inmates diagnosed with a gender dysphoria ("GD") (previously known as gender identity disorder). The information provided herein is based upon my personal knowledge and my review of medical records.

2. I am familiar with Jane Doe, an inmate presently incarcerated at MCI-Norfolk, a medium security prison located in Norfolk, Massachusetts. Jane Doe began serving her third DOC incarceration on October 31, 2016. Jane Doe was transferred to MCI-Norfolk on November 30, 2016. Jane Doe has been diagnosed with GD and receives treatment for her GD in prison. I am familiar with Jane Doe's treatment for GD based on my attendance at the monthly


EXHIBIT 3

GD Clinical Supervision Group and GD Treatment Committee meetings where her treatment for GD is discussed. I have also reviewed her medical records.

3.   The DOC contracts with vendors to provide medical, dental and mental health services to inmates within the Department's custody. The medical and mental health service providers are responsible for determining the actual type, timing, and level of the medical and mental health care provided to inmates, as set out in their agreements with the DOC. *See* 103 DOC 610.01 *et seq*, (2014), *Clinical Contract Personnel And The Role Of Doc Health Services*. On July 1, 2013, the Massachusetts Partnership for Correctional Healthcare, Inc. ("MPCH") became the DOC's contractual provider of medical, mental health and dental services for inmates.

4.   Inmates diagnosed with GD receive treatment pursuant to the DOC's GD policy entitled, *Identification, Treatment and Correctional Management of Inmates Diagnosed with Gender Dysphoria*, 103 DOC 652.00, *et seq.* (2017).

5.   Based on her diagnosis of GD, Jane Doe is able to receive the same female canteen items and clothing that are available for female offenders at MCI-Framingham, the DOC's facility for female offenders. While currently her financial account is subject to a freeze which precludes her ordering from the canteen, Jane Doe has female clothing and other feminizing items. Jane Doe gets her hair "permed" in the MCI Norfolk Barber Shop.

6.   Jane Doe is prescribed feminizing hormones, as she has been in the community. In documentation from her 2003 medical records, her treatment with feminizing hormones was confirmed by MCI-Concord staff during her initial assessment under her first DOC incarceration.

7. Jane Doe meets regularly with her primary care clinician ("PCC") Liz Sampson of MPCH for her mental health therapy. The frequency of her therapy sessions with Ms. Sampson was recently increased from once a month to twice a month based on clinical indication.

8. In addition, during this incarceration, Jane Doe has received numerous treatment sessions for electrolysis/laser hair removal. Accordingly to a recent medical progress note, treatment of Jane Doe's facial areas has been completed and she will have a reassessment in March 2018.

9. Jane Doe is afforded separate shower times as noted in a posted and framed order in her unit. Male inmates are barred from entering the bathroom during times of her shower, where she showers behind a "PREA Shower Curtain" which is clear with a white opaque bar that covers an inmate's body from the knees to upper chest. On February 12, 2018, Jane Doe confirmed with her PCC Liz Sampson that she is provided private showers.

10. Jane Doe works as a clerk in the canteen office, and was recently the scorekeeper for the soccer league. She participates in an inmate coordinated LGBT group twice weekly.

11. Jane Doe completed the Correctional Recovery Academy, a six-month substance abuse program, in December 2017.

12. Jane Doe is currently housed in a single cell on MCI Norfolk's 3-2 housing unit.

13. Jane Doe's PTSD diagnosis was recently added by Dr. Berger-Hershkowitz, M.D. due to symptoms of sleeplessness, anxiety and reports of dysphoria. The PCC indicates that the PTSD diagnosis is related to "prior undisclosed trauma" which she and Jane Doe have yet to address in therapy.

14. The DOC's GD policy provides that the placement of GD inmates within DOC facilities is based on a case by case assessment of each GD inmate:

>An assessment will inform housing, work, education, and program assignments and will focus on individual safety. These assessments will occur on a case by case basis and will include security level, criminal and discipline history, medical and mental assessment of needs, vulnerability to sexual victimization and potential of perpetrating abuse based on prior history. A Gender Dysphoric inmate's own views with respect to his or her own safety shall be given serious consideration.

103 DOC 652.09(A).

15. The GD treatment Committee has not recommended that Jane Doe be placed at MCI-Framingham by reason of her GD diagnosis. During her recent reclassification, pursuant to 103 CMR 420.00, et seq., Jane Doe requested placement at MCI-Framingham. On November 21, 2017, a classification board recommended that Jane Doe remain at MCI-Norfolk. On December 6, 2017, in response to Jane Doe's appeal of the classification board decision, the Superintendent's designee upheld the classification board decision. The Superintendent's designee found that there were no risk factors suggesting that another facility was more appropriate, noting that the GD Treatment Committee had not determined that Jane Doe required placement at MCI-Framingham based on her GD diagnosis.

16. I have reviewed the January 16, 2018 affidavit of Randi Ettner, Ph.D. regarding Jane Doe. In paragraph 30 of her affidavit, Dr. Ettner opines that hormonal changes in Jane Doe as a result of her long-term hormone therapy "render her unable to have erections, produce ejaculate fluid, or engage in penetrative sex." However, Jane Doe's medical records contain a summary of her June 27, 2017 clinical consultation with her endocrinologist at the Boston Medical Center. The June 27, 2017 endocrinology consultation states that Jane Doe requested an increase in her dosage of Spironolactone because she "is still getting erection [sp] that she would like to stop." Later in the assessment section of the consultation summary, the endocrinologist states that "Pt's report of residual erections will not be changed by chg. in hormone regimen."

4

Accordingly, based on Jane Doe's June 27, 2017 statement to the endocrinologist that she still experiences erections, Dr. Ettner's claim that Jane Doe is unable to have erections due to her long-term treatment with female hormones appears questionable. Attachment A.

17. In paragraph 31, Dr. Ettner opines that Jane Doe is not capable of reproduction due to her treatment for gender dysphoria. However, Jane Doe is a biological parent.

18. In paragraph 40, Dr. Ettner opines that Jane Doe will function well in a women's prison, as she has lived as a female her whole life. As the DOC's Director of Behavioral Health, I have spent a great deal of time working with the mental health clinicians at MCI-Framingham and I am very familiar with the female offender population. Jane Doe has not lived within a prison with females previously, and Dr. Ettner's statement does not take into consideration the response of the females at MCI-Framingham and the potential rejection of Jane Doe as a transgendered woman. This rejection may increase Jane Doe's distress and dysphoria. I am also concerned that Jane Doe's presence at MCI-Framingham, as a pre-operational male to female transgender, may create climate issues with the female offenders, the vast majority of whom have experienced significant trauma as a result of domestic abuse and sexual assaults.

19. As the Director of Behavioral Health, I have conducted numerous trainings for staff at DOC facilities with regard to the DOC's GD policy and practical skills in working with GD inmates. The training I provide staff regarding working with GD inmates also includes a discussion of the proper methods of addressing GD inmates, including use of proper pronouns. I have also created a Frequently Asked Questions information page available to all DOC staff that provides a brief description of GD, treatment for GD inmates, and working with GD inmates.

Signed under the pains and penalties of perjury this 20th day of February, 2018.

5

_[signature]_
Mitzi Peterson, L.I.C.S.W.
Director of Behavioral Health

Encounter Date: 06/27/2017

**Patient Insurance and Address Information**
1st Insurance/Plan/Policy#: CORRECTIONS/NORFOLK/
2nd Insurance/Plan/Policy#: SELF PAY/STANDARD/
Guarantor Name:
Guarantor Address: NORFOLK
2 CLARK ST
NORFOLK,MA 020560000
Guarantor Phone: 5086605900

# Boston Medical Center

MRN:
Description: 52 year old male

**Office Visit 6/27/2017**
Endocrinology, Diabetes, Nutrition & Weight Management

Provider: Joshua Safer, MD (Endocrinology)
Primary diagnosis: Androgen excess
Reason for visit: New Patient; Referred by Doc Offsite Referring

**Progress Notes**                                    Joshua Safer, MD (Physician) • Endocrinology
ENDOCRINOLOGY CONSULT FROM Dr. Churchville, Norfolk MCI

Letter from Keelin Garvey to prison psych med director attesting that pt is following standard trans hormone regimen for w/o independent re-eval of diagnosis.

Called

Outside labs of spring 2017
Total testosterone 7
FSH suppressed, LH 0.4
Prolactin 6
E2 105
25 OH vit D: 18
K 4.5

HPI/CC: Transgender woman here for weekly estradiol cypionate injection. Patient would also like to increase this dose from 0.5mL (on 2.5 mg) as she would like to increase her breast size from 34B to 36C. Currently taking 100mg spironolactone PO daily. Requesting an increase of his spironolactone that she is now out of. He is still getting erection that he would like to stop

PMH: Type 2 Diabetes, repair of right leg break
MEDS: metformin 500mg PO BID, spironolactone 100mg PO daily,
- estradiol cypionate 0.5mL IM (2.5 mg) q week,
ALL: none

Printed by Joshua Safer, MD at 8/29/17 4:20 PM                                    Page 1 of 3

ATTACHMENT A

Encounter Date: 06/27/2017

FH: none
SH: no alcohol, former smoker (quit 12 years ago 0.1 PPD for 2 years)

ROS NO C/O EYE PROTRUSION, THYROID TENDERNESS/ENLARGEMENT, TREMOR, PALPITATIONS, RESPIRATORY DISTRESS, BM CHGS, LARGE MUSCLE WEAKNESS, SKIN/NAIL/HAIR CHGS, MOOD CHG, HEAT/COLD INTOL

EXAM
A+OX3
MOOD GOOD
LUNGS CTA, NO RALES
HEART RRR, NO MURMER
ABD BENIGN, BS'S+
NO TREMOR, NO WEAKNESS
NL EYES, NO GRAVES EYE DZ
SKIN COOL, DRY
NO FOCAL NEURO DEF

THYROID NL/NEG NODULE/MASS (2017)
Visible breast development even clothed (2017)
GU deferred (2017)

ASSESSMENT:

Transgender women on hormone Rx for 20 years which results in female range testo levels w/ LH and FSH suppressed, E2, prolactin, and K safe. Long discussion of goals of Rx, risks (We have discussed the impact of estrogen Rx including chg in fat mass, chg in muscle mass, incr risk of thromboses (incl stroke, PE, and DVT), incr scalp hair, decr rate of growth of body hair, and breast development.), and that breast size will decrease w/ time -- not increase w/ extra E2 and/or extra spironolactone. Pt's report of residual erections will not be changed by chg in hormone regimen.

Pt aware that with age, consideration for potential decrease in regimen vs genital surgery might make sense to address tension for incr E2 risk w/ time vs incr T if E2 dose cut. Pt's prison stay may only be a few years in which case the prison med plan would be to maintain her current meds which they are doing.

PLAN:

no chg to existing long-term regimen

RTC PRN future concerns W/ LABS PRIOR - total testosterone, E2, prolactin, K, hct, LH, FSH, A1c, lipids, TSH, 25 OH vit D.

Other Notes
  Amb Medical Student Note from Stephon Martin

Instructions
  Visit Summary (Printed 6/27/2017)

Additional Documentation

Encounter Date: 06/27/2017

Vitals:       BP 143/83 (BP Cuff Location: Left Upper Arm) Pulse 80 Wt 96.2 kg (212 lb)
Flowsheets:   Amb EDN Complex Vitals Nav, Custom Formula Data, Anthropometrics
Encounter Info: Billing Info, History, Allergies, Detailed Report

## Level of Service

| | Modifiers |
|---|---|
| PR OFFICE OUTPATIENT NEW 60 MINUTES [99205] | Resident/Teaching Phys Serv [GC] |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99205 | PR OFFICE OUTPATIENT NEW 60 MINUTES | 6/27/2017 | Joshua Safer, MD | GC, KX | 1 |
| 51000022 | HC OFFICE OUTPATIENT NEW 60 MINUTES | 6/27/2017 | Joshua Safer, MD | GC, KX | 1 |

Not recorded

## BestPractice Advisories

Click to view BestPractice Advisory history

## Orders Placed

None

## Medication Changes
As of 6/27/2017  2:49 PM

None

## Visit Diagnoses

Androgen excess E28.1