# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE,

    Plaintiff,

    v.

MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,

    Defendants.

Civil Action No. 1:17-CV-12255-RGS

## PLAINTIFF JANE DOE'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF HER MOTION FOR PRELIMINARY INJUNCTION AND ASSENTED-TO MOTION FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
lmatos@plsma.org
jthompson@plsma.org

J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

*Attorneys for Plaintiff*

Pursuant to Local Rule 7.1, Plaintiff Jane Doe respectfully submits this Assented-To Motion for Leave to File a Reply in Support of her Motion for Preliminary Injunction. The reply memorandum is attached as Exhibit A.

As grounds for this Assented-To Motion for Leave to Reply, Ms. Doe respectfully states that she believes a reply memorandum is necessary to respond to Defendants' Opposition filed on February 21, 2018, and would assist this Court in ruling on Ms. Doe's Motion. Defendants' Opposition presents certain facts and arguments which Ms. Doe has not previously had the opportunity to address and to which she asks for the opportunity to respond.

Pursuant to Local Rule 7.2, Ms. Doe respectfully moves for leave to file under seal the Supplemental Affidavit of Jane Doe attached to her Reply in Support of her Motion for Preliminary Injunction.

Good cause exists for filing this affidavit under seal, as it contains deeply personal information regarding Ms. Doe. Ms. Doe is concerned about social stigmatization and harassment, discrimination, and violence from others, including those in and out of prison, that could cause her physical and/or mental harm if some of this information is disclosed to the public.

Pursuant to Local Rule 7.1, counsel for Ms. Doe has conferred with Defendants' counsel regarding this Motion for Leave to File Reply in Support of Her Motion for Preliminary Injunction and Motion to File under Seal. Defendants' counsel indicated that Defendants assent to these Motions.

WHEREFORE, Ms. Doe respectfully requests leave to submit the reply memorandum attached as Exhibit A, and to file the Supplemental Affidavit of Jane Doe attached to the reply memorandum under seal.

2

Respectfully submitted,

/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice* pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org

Dated: February 26, 2018

2

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rules 7.1, the undersigned counsel hereby certifies that on February 23, 2018, Defendants' Counsel conferred via email with Plaintiff's counsel, regarding the relief sought herein.  Plaintiff assents to the relief requested.

I, J. Anthony Downs, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 26, 2018.

                                                          /s/ J. Anthony Downs