UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR; And STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 1:17-CV-12255-RGS |

## MOTION TO ADMIT KEVIN M. BARRY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) of the Rules of this Court, the undersigned, a member of the bar of this Court, moves this Honorable Court to admit Kevin M. Barry to appear and participate in this action *pro hac vice* as counsel for *amici curiae* the National Center for Transgender Equality, the Massachusetts Transgender Political Coalition, the Disability Rights Education and Defense Fund, and the Bazelon Center for Mental Health Law (collectively, "*Amici*"), and states as follows:

1.   Mr. Barry, of the Quinnipiac University School of Law Legal Clinic, 275 Mount Carmel Avenue, Hamden, CT 06553, is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

2.   Mr. Barry is permitted to practice in the Commonwealth of Massachusetts, the State of Connecticut, the District of Columbia, before the United States District Court for the District of Connecticut, and before the United States Supreme Court.

3.   There are no disciplinary proceedings pending against Mr. Barry as a member of the bar in any jurisdiction.

4.       Mr. Barry is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.       The Certification of Kevin M. Barry is incorporated herein and attached hereto as Exhibit A.

WHEREFORE, the undersigned moves this Honorable Court to admit Kevin M. Barry *pro hac vice* as counsel for *Amici* in this case, and to direct Mr. Barry to file an appearance on behalf of *Amici curiae* in this case within thirty days of the Court's granting of this motion.

Dated: February 27, 2018

Respectfully submitted,

*Amici Curiae*

By their attorney,

*/s/ Joshua M. Daniels*
Joshua M. Daniels (BBO# 673034)
The Law Office of Joshua M. Daniels
P.O. Box 300765
Jamaica Plain, MA 02130
Tel.: (617) 942-2190
attorneyjoshdaniels@gmail.com

**CERTIFICATE OF SERVICE**

      In accordance with Local Rule 5.2(b), I, Joshua M. Daniels, hereby certify that this document and its attached Exhibit A filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on February 27, 2018.

                                                   */s/ Joshua M. Daniels*
                                                  Joshua M. Daniels (BBO# 673034)