UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE,

    Plaintiff,

    v.

MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR; And STEPHANIE COLLINS,

    Defendants.

Civil Action No. 1:17-CV-12255-RGS

### CERTIFICATION OF KEVIN M. BARRY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

**KEVIN M. BARRY**, of full age, hereby certifies as follows:

1.     I am an attorney and a professor of law at the Quinnipiac University School of Law Legal Clinic, 275 Mount Carmel Avenue, Hamden, CT 06553.

2.     I am in good standing to practice law in the Commonwealth of Massachusetts, the State of Connecticut, the District of Columbia, before the United States District Court for the District of Connecticut, and before the United States Supreme Court.

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.     I submit this Certification in support of the motion of Joshua M. Daniels, a member of the bar of this Court, to permit me to appear and participate in this action *pro hac vice* as counsel for *amici curiae* the National Center for Transgender Equality, the Massachusetts Transgender

1

Political Coalition, the Disability Rights Education and Defense Fund, and the Bazelon Center for Mental Health Law pursuant to Local Rule 83.5.3(b) of the Rules of this Court.

    I declare under penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

EXECUTED this 27th day of February, 2018.

                                                                 */s/ Kevin M. Barry*
                                                                  Kevin M. Barry