UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE,

    Plaintiff,

    v.

MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR; And STEPHANIE COLLINS,

    Defendants.

Civil Action No. 1:17-CV-12255-RGS

## NOTICE OF APPEARANCE OF JOSHUA M. DANIELS

Pursuant to Local Rules 83.5.2(a) and 83.5.3(e)(2), please enter the appearance of Joshua M. Daniels as counsel of record for *amici curiae* the National Center for Transgender Equality, the Massachusetts Transgender Political Coalition, the Disability Rights Education and Defense Fund, and the Bazelon Center for Mental Health Law (collectively, "*Amici Curiae*") in the above-captioned matter.

Dated: February 27, 2018

Respectfully submitted,

*Amici Curiae*

By their attorney,

*/s/ Joshua M. Daniels*
Joshua M. Daniels (BBO# 673034)
The Law Office of Joshua M. Daniels
P.O. Box 300765
Jamaica Plain, MA 02130
Tel.: (617) 942-2190
attorneyjoshdaniels@gmail.com

1