UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>	Plaintiff,<br><br>	v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR; And STEPHANIE COLLINS,<br><br>	Defendants. | Civil Action No. 1:17-CV-12255-RGS |

## AMENDED NOTICE OF APPEARANCE OF JOSHUA M. DANIELS

Pursuant to Local Rules 83.5.2(a) and 83.5.3(e)(2), please enter the appearance of Joshua M. Daniels as counsel of record for *amici curiae* the National Center for Transgender Equality, the Massachusetts Transgender Political Coalition, the Disability Rights Education and Defense Fund, the Bazelon Center for Mental Health Law, and Health Law Advocates, Inc. (collectively, "*Amici Curiae*") in the above-captioned matter.

Dated:  February 27, 2018

Respectfully submitted,

*Amici Curiae*

By their attorney,

*/s/ Joshua M. Daniels*
Joshua M. Daniels (BBO# 673034)
The Law Office of Joshua M. Daniels
P.O. Box 300765
Jamaica Plain, MA 02130
Tel.:  (617) 942-2190
attorneyjoshdaniels@gmail.com