UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12255-RGS

JANE DOE

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.

ORDER CERTIFYING CONSTITUTIONAL QUESTION
TO THE ATTORNEY GENERAL OF THE UNITED STATES

February 28, 2018

STEARNS, D.J.

The court hereby gives notice to the Attorney General of the United States that a constitutional question has been raised in the above captioned case. The court deems the constitutional question to be substantial and, pursuant to Fed. R. Civ. P. 5.1(b) and 28 U.S.C. § 2403, hereby certifies the following question:

> The Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* (ADA), excludes from the Act's definition of "disability," *inter alia*, "(1) transvestism, transsexualism, pedophilia, gender identity disorders not resulting from physical impairments, or other sexual behavioral disorders . . . ." 42 U.S.C. § 12211(b)(1). If that provision is read to exclude Gender Dysphoria, does the exclusion of "gender identity disorders not resulting from physical impairments" violate the United States Constitution because it constitutes discrimination on the basis of gender identity, sex, and/or disability, or because its enactment was driven by animus towards persons with gender identity disorders?

1

The Clerk is hereby directed to serve this Order on the United States Attorney for the District of Massachusetts for transmittal to the Attorney General of the United States for consideration pursuant to 28 U.S.C. § 2403.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE