**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | Civil Action No. 1:17-CV-12255-RGS |
| MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS, | |
| Defendants. | |

### PLAINTIFF JANE DOE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
lmatos@plsma.org
jthompson@plsma.org

J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice*)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

*Attorneys for Plaintiff*

Plaintiff Jane Doe respectfully submits this Notice of Supplemental Authority to bring to

the Court's attention a decision issued on March 7, 2018.  The Sixth Circuit found that

"[d]iscrimination on the basis of transgender and transitioning status is necessarily

discrimination on the basis of sex."  *Equal Employment Opportunity Comm'n v. R.G. &. G.R.*

*Harris Funeral Homes, Inc.*, No. 16-2424, 2018 WL 1177669, at *5 (6th Cir. Mar. 7,

2018).  This decision, attached as Exhibit A, provides further support to Ms. Doe's argument that

transgender discrimination is sex-based, and thus the GIDs exclusion in the ADA and FRA, if

broadly construed as Defendants argue, is subject to heightened review.  *See* Jane Doe's

Opposition to Defendants' Motion to Dismiss (ECF 33) at 18-19, 21; Memorandum of Law In

Support of Plaintiff Jane Doe's Motion For Preliminary Injunction (ECF 35) at 25-26, 27-28.


                                        Respectfully submitted,


                                        /s/ J. Anthony Downs_____
                                        J. Anthony Downs (BBO# 552839)
                                        Tiffiney F. Carney (*pro hac vice*)
                                        Louis L. Lobel (BBO# 693292)
                                        Ashley E. Moore (BBO# 694731)
                                        GOODWIN PROCTER LLP
                                        100 Northern Avenue
                                        Boston, Massachusetts 02210
                                        Tel.: +1 617 570 1000
                                        E-mail: jdowns@goodwinlaw.com
                                        tcarney@goodwinlaw.com
                                        llobel@goodwinlaw.com
                                        amoore@goodwinlaw.com

                                        Jennifer Levi (BBO# 562298)
                                        Bennett Klein (BBO# 550702)
                                        GLBTQ Legal Advocates & Defenders
                                        30 Winter Street, STE 800
                                        Boston, Massachusetts 02108
                                        Tel.: +1 617 426 1350
                                        Email: jlevi@glad.org

bklein@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org

Dated: March 8, 2018

## CERTIFICATE OF SERVICE

I, J. Anthony Downs, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 8, 2018.

/s/ J. Anthony Downs