**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**FILED
IN CLERKS OFFICE**

• Sender: Please print your name, address, and ZIP+4 in this box •

2018 MAR 12 AM 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

USDC
Clerk's Office (RGS)
1 Courthouse Way
Boston, MA, 02210

USMS SCREENED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Attorney General
    US Dept. of Justice
    950 Pennsylvania Ave, NW
    Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Eily Aasen_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [illegible]

C. Date of Delivery: MAR 07 2018

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0000 7256 9740

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

**FILED IN CLERKS OFFICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

2018 MAR 12 AM 11:38

U.S. DISTRICT COURT
DISTRICT OF MASS
Clerk's Office (RGS)
1 Courthouse Way
Boston MA 02210