UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF CORRECTION, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)    C.A. NO. 17-12255-RGS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR CLARIFICATION OF
PRELIMINARY INJUNCTION ORDER DATED MARCH 5, 2018**

Defendants, Massachusetts Department of Correction ("DOC"), Thomas A. Turco III, Sean Medeiros, Stephanie Collins, and James M. O'Gara, through counsel, hereby submit this motion for clarification from the Court regarding the Preliminary Injunction Order issued on March 5, 2018. Defendants seek clarification from the Court with regard to paragraphs 1-3 of the Preliminary Injunction Order. The Preliminary Injunction Order provides:

1) The defendants shall, consistent with staffing concerns and the collective bargaining agreements in place between prison administrators and corrections officers, utilize female correctional officers whenever feasible when conducting strip searches of Jane Doe.

2) The defendants shall, absent exigent circumstances, continue to house Jane Doe in the individual cell in Unit 3-2 and shall continue to offer the separate shower time to Jane Doe that the parties agree is currently provided.

3) To the extent staffing needs allow, the defendants shall make available a separate correctional officer to ensure that male inmates do not enter the shower area during the period of time in which Jane Doe is showering.

Defendants understand paragraph 1 of the Order to provide that to the extent that, based on staffing concerns and collective bargaining agreements, it is not feasible to utilize two female correction officers to conduct a strip search of Jane Doe, two male correction officers may conduct

the strip search. Defendants request clarification of paragraph 1 with respect to instituting a search procedure that provides that, when feasible, strip searches of Jane Doe will be conducted by a female correction officer who first searches Jane Doe's upper body (above the waist) and a male correction officer who searches Jane Doe's lower body (below the waist). Superintendent Medeiros' proposed search procedure provides that after completion of the upper body search of Jane Doe by a female correction officer, a male correction officer will subsequently conduct a search of Jane Doe's lower body. See Second Affidavit of Sean Medeiros, ¶ 14, attached as Exhibit 1. When they are not conducting their portion of the strip search, the respective correction officers will position themselves in a professional, respectful and least intrusive manner with regard to Jane Doe, consistent with the existing search policy. Id. Jane Doe's strip searches will take place in a private area away from other inmates. Id. Defendants maintain that conducting strip searches of Jane Doe using both a female and male correction officer will significantly reduce operational and staffing concerns, issues raised by collective bargaining agreements, and concerns expressed by MCI-Norfolk female correction officers, while also respecting Jane Doe's privacy concerns. Id. at ¶¶ 8-16.

Defendants further request clarification of paragraph 3 with respect to making a correction officer available to monitor the shower area while Jane Doe showers. Superintendent Medeiros has changed Jane Doe's shower time to coincide with the period of time when the other inmates on the 3-2 unit are locked in their cells for the count. By scheduling Jane Doe's showers to take place during count time when other inmates on the unit are locked in their cells, Superintendent Medeiros does not need to assign a correction officer to monitor the shower area while Jane Doe showers. Id. at ¶ 17. Defendants seek clarification as to whether scheduling Jane Doe's shower time to a time when other 3-2 unit inmates are locked in their cells is consistent with the purpose of paragraph 3 of

2

the Preliminary Injunction Order.

Accordingly, defendants respectfully request that this Court clarify paragraphs 1 and 3 of the Preliminary Injunction Order with respect to strip searches of Jane Doe and monitoring of Jane Doe's showers.

March 15, 2018                                                  Respectfully submitted,

                                                                NANCY ANKERS WHITE
                                                                Special Assistant Attorney General

                                                                /s/ *Richard C. McFarland*_____
                                                                Richard C. McFarland, BBO# 542278
                                                                Legal Division
                                                                Department of Correction
                                                                70 Franklin Street, Suite 600
                                                                Boston, MA  02110-1300
                                                                (617) 727-3300, ext. 1132
                                                                richard.mcfarland@state.ma.us

## CERTIFICATE OF SERVICE

I, Richard C. McFarland, counsel for defendants, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 03/15/18.

                                                                /s/ *Richard C. McFarland*___
                                                                Richard C. McFarland