**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

```
_____
JANE DOE,                           )
                                    )
       Plaintiff                    )
                                    )
v.                                  )
                                    )    Civil Action No. 17-12255-RGS
MASSACHUSETTS DEPARTMENT            )
OF CORRECTION; THOMAS A.            )
TURCO III; SEAN MEDEIROS;           )
JAMES M. O'GARA JR.; and            )
STEPHANIE COLLINS,                  )
                                    )
       Defendants.                  )
_____)
```

## SECOND AFFIDAVIT OF RANDI ETTNER, PH.D.

I, Randi Ettner, Ph.D. state as follows:

1. I submit this affidavit to explain to the Court that the Massachusetts Department of Corrections' (DOC) proposal to bifurcate the strip-search of Jane Doe and have a female correctional officer search Jane Doe's upper body and a male officer search her lower body is based on an extremely harmful misunderstanding of the medical condition of Gender Dysphoria. Rather than alleviating the harms Jane Doe is experiencing as a female in a male prison, the DOC's proposal will exacerbate them. Being searched below the waist by a male guard will cause profound harm to Jane Doe's health and appears to be based on the completely false notion that a transgender person is neither male nor female or is somehow partially one and partially the other. That proposal is completely contrary to Jane Doe's medical treatment plan and will severely exacerbate her Gender Dysphoria.

2. I explained in my prior affidavit in this case that a crucial component of medical treatment for individuals who suffer from Gender Dysphoria is to live, function in society, and interact with others consistent with their gender identity. Ms. Doe's Gender Dysphoria requires that she live and function as a woman. I diagnosed her with Posttraumatic Stress Disorder and Generalized Anxiety Disorder because of her treatment as a woman in a male prison which included the harm she experiences when being viewed naked by male guards.

3. The DOC's proposal is based on the false notion that Jane Doe is somehow half female and half male.  That false notion has no medical basis and directly contradicts medical science, which recognizes that a transgender woman is female, even when she may retain some physiological characteristics of her birth sex.  The single most important aspect of medical treatment for a transgender woman is to be recognized and treated as female.  The DOC proposal is psychologically devastating to Ms. Doe because it disregards her female identity and presumes that she is not a woman, but rather somehow female from the waist up and male from the waist down.  Even if well-intentioned, it is difficult to think of an approach that would be more traumatizing to a transgender woman or more likely to exacerbate her Gender Dysphoria.

4. In addition to exacerbating her Gender Dysphoria, the proposal to divide Ms. Doe's strip-searches into top and bottom inflicts a unique injury on Ms. Doe because it conveys that she is not even a person in DOC's system. The DOC system is based on classifying people as male or female and, more broadly, in our society, being classified as male or female is a fundamental aspect of human identity and dignity.  The DOC proposal singularly harms Jane Doe by treating her—and her alone—in a crude fashion as half female and half male.  That proposal not only negates her female identity, it treats her as less than human—as an objectified "it" rather than a person.

5. Ms. Doe has suffered severe trauma in a male prison and developed Posttraumatic Stress Disorder and a Generalized Anxiety Disorder as a result of being objectified, traumatized and victimized by men. The DOC's reductionist and objectifying policy will exacerbate her symptoms and will predictably result in her further psychological deterioration, including an intensification of her Gender Dysphoria.

6. The DOC strip-search proposal will humiliate, denigrate and traumatize Ms. Doe, as it challenges her identity and undermines her medical treatment plan. It is an inhuman and unconscionable policy.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 20th DAY OF MARCH, 2018.

/s/ Randi Ettner, Ph.D.
RANDI ETTNER, PH.D.

Case 1:17-cv-12255-RGS   Document 65   Filed 03/20/18   Page 4 of 4


## **CERTIFICATE OF SERVICE**

  I, J. Anthony Downs, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 20, 2018.

                /s/ J. Anthony Downs