UNITED STATES DISTRICT COURT
District of Massachusetts
First Circuit

CA#:
17-12255-RGS

Candace Shekinah Africa, Pro'Se
Plaintiff

V.

Thomas A. Turco, III, Commissioner
of Correction & others
Defendants (Ind. and/or Official capacity)

## MOTION TO PROCEED IN FORMA PAUPERIS

## & BE ASSISTED BY U.S. MARSHALL WITH

## SERVICE OF PROCESS, ETC.

NOW COMES THE Plaintiff, Ms. Candace S. Africa, Pro'Se, who hereby states that she is indigent and without institutional — employment; and what meager funds* she has in her inmate account are for basic-necessities such as: hygiene, cosmetics, religious-items and legal supplies. [This may include bottled drinking-water, too; whereas many times (such as now) inmate faucet water is discolored and unsafe for DOC staff, administrators, NEADS animals or inmates.]
* [See: Attached Inmate-Account Transaction Report "Exhibits E-1 & E-2]

The assistance of the United States Marshall is sought, due to currently be in solitary-confinement and unemployed due to defendants, with the instant action, involving treatment of transgender women here at MCI-Norfolk. Please, allow this motion to proceed without prepay-ment of fees. Under the pains & penalties of perjury pursuant 28 U.S.C., 1746 the above-stated is truthful & accurate to best of my Knowledge, information & understanding this __7__ day, month of __May__, 2018 c.E. My signature below affirms such.

By: _____ Add.Rp.

Date: __May 7, 2018__

Ms. Candace S. Africa, Pro'Se
Box # 43      W-63710
Norfolk, Massachusetts 02056

LEGAL-EXHIBIT: ___E-1___

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20180504 14:19

| | | | |
|---|---|---|---|
| Commit# : | W63710 | **MCI NORFOLK** | Page : 2 |
| Name   : | AFRICA, CANDACE-JABRIL, , | Statement From    20171101 | |
| Inst   : | MCI NORFOLK | To    20180504 | |
| Block  : | SMU1 | | |
| Cell/Bed : | 104 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20180209 16:58 | IS - Interest | 33752238 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20180214 20:00 | PY - Payroll | 33782828 | | NOR | ~20180128 To 20180203 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20180215 22:30 | CN - Canteen | 33792637 | | NOR | ~Canteen Date : 20180215 | $0.00 | $40.13 | $0.00 | $0.00 |
| 20180221 13:56 | IC - Transfer from Inmate to Club A/c | 33810193 | | NOR | ~2/9/18~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.56 | $0.00 | $0.00 |
| 20180312 11:33 | IS - Interest | 33901601 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20180312 11:33 | IS - Interest | 33901602 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20180321 20:01 | PY - Payroll | 33958367 | | NOR | ~20180304 To 20180310 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20180328 20:01 | PY - Payroll | 33987566 | | NOR | ~20180311 To 20180317 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20180404 20:01 | PY - Payroll | 34022815 | | NOR | ~20180318 To 20180324 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20180405 22:32 | CN - Canteen | 34033881 | | NOR | ~Canteen Date : 20180405 | $0.00 | $17.11 | $0.00 | $0.00 |
| 20180406 15:40 | IS - Interest | 34040058 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20180411 20:01 | PY - Payroll | 34071166 | | NOR | ~20180325 To 20180331 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20180418 11:05 | IC - Transfer from Inmate to Club A/c | 34098791 | | NOR | ~2/11/18~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.56 | $0.00 | $0.00 |
| 20180418 11:06 | IC - Transfer from Inmate to Club A/c | 34098793 | | NOR | ~2/9/18~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.56 | $0.00 | $0.00 |
| 20180418 20:01 | PY - Payroll | 34101322 | | NOR | ~20180401 To 20180407 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20180418 22:30 | CN - Canteen | 34106962 | | NOR | ~Canteen Date : 20180418 | $0.00 | $23.86 | $0.00 | $0.00 |
| 20180425 20:01 | PY - Payroll | 34131884 | | NOR | ~20180408 To 20180414 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20180426 22:31 | CN - Canteen | 34141513 | | NOR | ~Canteen Date : 20180426 | $0.00 | $18.65 | $0.00 | $0.00 |
| 20180502 20:01 | PY - Payroll | 34162968 | | NOR | ~20180415 To 20180421 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20180503 22:30 | CN - Canteen | 34173633 | | NOR | ~Canteen Date : 20180503 | $0.00 | $8.50 | $0.00 | $0.00 |
| | | | | | | $160.01 | $146.35 | $34.00 | $34.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $14.80 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $14.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20180504 14:19

| | | | | |
|---|---|---|---|---|
| Commit# : | W63710 | | MCI NORFOLK | Page : 1 |
| Name : | AFRICA, CANDACE-JABRIL, , | Statement From | 20171101 | |
| Inst : | MCI NORFOLK | To | 20180504 | |
| Block : | SMU1 | | | |
| Cell/Bed : | 104 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $13,361.27 | $13,360.13 | $20.58 | $20.58 |
| 20171113 16:52 | IS - Interest | 33284928 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20171116 15:34 | IC - Transfer from Inmate to Club A/c | 33321206 | | NOR | ~DONATION TO PUERTO RICO FUNDRAISER~MISC. FUNCTION COLLECTION - Z54~MISC. FUNCTION COLLECTION - Z54 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20171211 16:53 | IS - Interest | 33428635 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20171220 20:01 | PY - Payroll | 33490009 | | NOR | ~20171203 To 20171209 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20171220 20:01 | PY - Payroll | 33490010 | | NOR | ~20171203 To 20171209 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20171227 20:01 | PY - Payroll | 33520327 | | NOR | ~20171210 To 20171216 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20171227 20:01 | PY - Payroll | 33520328 | | NOR | ~20171210 To 20171216 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20171229 08:45 | IC - Transfer from Inmate to Club A/c | 33535098 | | NOR | ~1629. ~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $3.88 | $0.00 | $0.00 |
| 20180109 16:26 | IS - Interest | 33582994 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20180109 16:26 | IS - Interest | 33582995 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20180110 20:01 | PY - Payroll | 33603318 | | NOR | ~20171224 To 20171230 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20180110 20:01 | PY - Payroll | 33603319 | | NOR | ~20171224 To 20171230 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20180117 20:01 | PY - Payroll | 33635750 | | NOR | ~20171231 To 20180106 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20180117 20:01 | PY - Payroll | 33635751 | | NOR | ~20171231 To 20180106 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20180118 09:36 | IC - Transfer from Inmate to Club A/c | 33643845 | | NOR | ~7290 ~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $8.88 | $0.00 | $0.00 |
| 20180124 20:00 | PY - Payroll | 33667373 | | NOR | ~20180107 To 20180113 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20180124 20:00 | PY - Payroll | 33667374 | | NOR | ~20180107 To 20180113 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20180131 20:01 | PY - Payroll | 33698440 | | NOR | ~20180114 To 20180120 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20180131 20:01 | PY - Payroll | 33698441 | | NOR | ~20180114 To 20180120 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20180201 22:30 | CN - Canteen | 33709955 | | NOR | ~Canteen Date : 20180201 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20180207 20:01 | PY - Payroll | 33735367 | | NOR | ~20180121 To 20180127 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20180207 20:01 | PY - Payroll | 33735368 | | NOR | ~20180121 To 20180127 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20180208 14:11 | ST - Superintendent Act Transfer | 33744848 | | NOR | ~W63710 AFRICA,CANDACE-JABRIL  PERSONAL | $34.00 | $0.00 | $0.00 | $34.00 |
| 20180208 22:30 | CN - Canteen | 33745739 | | NOR | ~Canteen Date : 20180208 | $0.00 | $10.98 | $0.00 | $0.00 |
| 20180209 10:32 | IC - Transfer from Inmate to Club A/c | 33750265 | | NOR | ~2/6/18~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.56 | $0.00 | $0.00 |
| 20180209 10:32 | IC - Transfer from Inmate to Club A/c | 33750268 | | NOR | ~2/6/18~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.56 | $0.00 | $0.00 |
| 20180209 10:32 | IC - Transfer from Inmate to Club A/c | 33750271 | | NOR | ~2/5/18~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.56 | $0.00 | $0.00 |
| 20180209 16:58 | IS - Interest | 33752237 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |