# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, *et al.*,<br><br>*Defendants*. | No. 1:17-cv-12255-RGS |

### NOTICE BY THE UNITED STATES OF DECISION NOT TO INTERVENE TO DEFEND THE CONSTITUTIONALITY OF A FEDERAL STATUTE

In response to the notice that Plaintiff is raising a challenge to the constitutionality of 42 U.S.C. § 12211(b)(1), *see* Notice of Constitutional Question (ECF No. 36), the United States hereby gives notice that it declines to intervene at this time.

Respectfully submitted this 30th day of May, 2018,

CHAD A. READLER
Acting Assistant Attorney General

ANDREW E. LELLING
United States Attorney

JOSHUA GARDNER
Assistant Branch Director

*/s/ Anjali Motgi*
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, a copy of the foregoing pleading was filed electronically via the Court's ECF system, which sent notification of such filing to counsel of record for all parties.

*/s/ Anjali Motgi*
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for the United States of America*