UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 1:17-CV-12255-RGS |

### PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE EXHIBITS ATTACHED TO HER RENEWED MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff Jane Doe respectfully moves for leave to file under seal her Exhibits attached to her Renewed Motion for Preliminary Injunction ("Renewed Motion"). Good cause exists for filing the Exhibits under seal, as the documents contain deeply personal information regarding Ms. Doe. Ms. Doe is still concerned about social stigmatization and harassment, discrimination, and violence from others, including those in and out of prison, that could cause her physical and/or mental harm if some of the information contained in the Exhibits were to be disclosed to the public.

Ms. Doe moved for leave to file under seal her Affidavit attached to her Reply in Support of her Motion for Preliminary Injunction (ECF No. 46) for the aforementioned reasons, and the Court granted her request (ECF No. 47). Ms. Doe respectfully requests similar confidential treatment of her Exhibits attached to her Renewed Motion for Preliminary Injunction ("Renewed Motion").

Pursuant to Local Rule 7.1, counsel for Ms. Doe has conferred with Defendants' counsel regarding this Motion for Leave to File Under Seal and Defendants' counsel has indicated that Defendants assent to this Motion.

For the foregoing reasons, Ms. Doe respectfully requests that this Court grant leave to file her Exhibits attached to her Renewed Motion for Preliminary Injunction under seal. Further, pursuant to Local Rule 7.2, Ms. Doe proposes that the impounding Order continue until further order of the Court.  Thereafter, counsel for Ms. Doe shall make arrangements to retrieve the impounded materials and shall retain them.

Dated: July 13, 2018                                    Respectfully submitted,

                                                        /s/ J. Anthony Downs_____

                                                        J. Anthony Downs (BBO# 552839)
                                                        Louis L. Lobel (BBO# 693292)
                                                        Ashley E. Moore (BBO# 694731)
                                                        GOODWIN PROCTER LLP
                                                        100 Northern Avenue
                                                        Boston, Massachusetts 02210
                                                        Tel.: +1 617 570 1000
                                                        E-mail: jdowns@goodwinlaw.com
                                                        llobel@goodwinlaw.com
                                                        amoore@goodwinlaw.com

                                                        Tiffiney F. Carney (*pro hac vice*)
                                                        GOODWIN PROCTER LLP
                                                        901 New York Avenue NW
                                                        Washington, DC 20001
                                                        Tel.: +1 202 346 4000
                                                        Email: tcarney@goodwinlaw.com

        Jennifer Levi (BBO# 562298)
        Bennett Klein (BBO# 550702)
        GLBTQ Legal Advocates & Defenders
        30 Winter Street, STE 800
        Boston, Massachusetts 02108
        Tel.: +1 617 426 1350
        Email: jlevi@glad.org
        bklein@glad.org

        Elizabeth Matos (BBO# 671505)
        Joel Thompson (BBO# 662164)
        Prisoners' Legal Services
        10 Winthrop Square, 3rd Floor
        Boston, MA 02110
        Tel.: +1 617 482 6383
        E-mail: lmatos@plsma.org
        jthompson@plsma.org

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

     Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that on July 13, 2018, Plaintiff's counsel conferred via email with Plaintiff's counsel regarding the relief sought herein. Defendants assent to the relief requested.

     I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 13, 2018.

        */s/ J. Anthony Downs*