UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12255-RGS

JANE DOE,
       Plaintiff

V.

MASSACHUSETTS DEPARTMENT
OF CORRECTION; THOMAS A. TURCO, III;
SEAN MEDEIROS; JAMES M. O'GARA, JR., and
STEPHANIE COLLINS,
       Defendants

## NOTICE OF APPEARANCE

The undersigned counsel for the Department of Correction hereby enters appearance on behalf of the defendants in this matter.

Dated: July 16, 2018

       Respectfully submitted,
       NANCY ANKERS WHITE
       Special Asst. Attorney General

       /s/ Jennifer M. Staples
       Jennifer M. Staples, Counsel
       BBO# 631399
       Department of Correction Legal Division
       70 Franklin Street, Suite 600
       Boston, Massachusetts 02110
       (617) 727-3300, Ext. 1144
       Jennifer.Staples@Massmail.state.ma.us

**CERTIFICATE OF SERVICE**

      I, Jennifer M. Staples, counsel for the defendants, hereby certify that on July 16, 2018, I served a copy of the forgoing Notice of Appearance on the all parties through the Court's electronic filing system (ECF).

Dated: 07/16/2018                                              /s/ Jennifer M. Staples
                                                                              Jennifer M. Staples