UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12255-RGS

JANE DOE,
    Plaintiff

V.

MASSACHUSETTS DEPARTMENT
OF CORRECTION; THOMAS A. TURCO, III;
SEAN MEDEIROS; JAMES M. O'GARA, JR., and
STEPHANIE COLLINS,
    Defendants

### JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF JANE DOE'S RENEWED MOTION FOR PRELIMINARY INJUNCTION

The parties agree that the time for defendants to file a response to plaintiff's Renewed Motion for Preliminary Injunction (Document No. 81) be extended to August 8, 2018. In addition, plaintiff agrees to stay her Renewed Motion for a Preliminary Injunction until that same date. As reason for this motion, the parties state that DOC has requested a modest increase in time to evaluate and attempt to resolve Plaintiff's remaining concerns set forth in her motion.

WHEREFORE, the parties respectfully request that the instant Motion be **allowed.**

Dated: July 24, 2018

                                          Respectfully submitted,
                                          NANCY ANKERS WHITE
                                          Special Asst. Attorney General

/s/ Jennifer M. Staples
Jennifer M. Staples, Counsel
BBO# 631399
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, Massachusetts 02110
(617) 727-3300, Ext. 1144
Jennifer.Staples@Massmail.state.ma.us


/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (pro hac vice pending)
Louis L. Lobel (BBO# 693292)
Ashley E. Moore (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue Boston,
Massachusetts 02210
Tel.: +1 617 570 1000 E-mail:
jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com


Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org


Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
10 Winthrop Square, 3rd Floor
Boston, MA 02110
Tel.: +1 617 482 6383 E-mail:
lmatos@plsma.org
 jthompson@plsma.org

## **CERTIFICATE OF SERVICE**

     I, Jennifer M. Staples, counsel for the defendants, hereby certify that on July 24, 2018, I served a copy of the forgoing document on the all parties through the Court's electronic filing system (ECF).

Dated: 07/24/2018                                    /s/ Jennifer M. Staples
                                                                                    Jennifer M. Staples