UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE,

    Plaintiff,

v.                                              C. A. No. 17-12255-RGS

MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,

    Defendants.

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c), the undersigned respectfully requests that the Clerk withdraw the appearance of Richard C. McFarland, who has left the Massachusetts Department of Correction Legal Division, as counsel of record for the Defendants in the above-captioned matter. Defendants will continue to be represented by counsel of record from the Massachusetts Department of Correction Legal Division. This will not materially affect the posture of the case.

Dated: August 13, 2018                                              Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ *Richard C. McFarland*
Richard C. McFarland, BBO# 542278
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 1132
richard.mcfarland@state.ma.us

## CERTIFICATE OF SERVICE

I, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 08/13/18.

/s/ *Richard C. McFarland*
Richard C. McFarland