# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 1:17-CV-12255-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), the undersigned attorney hereby withdraws as counsel for the Plaintiff, Jane Doe.  Prisoners' Legal Services, and other co-counsel, remain counsel of record for Plaintiff.

Respectfully submitted,

*/s/ Joel H. Thompson*
Joel H. Thompson (BBO# 662164)
Prisoners' Legal Services
50 Federal Street, 4th Floor
Boston, MA 02110
Tel.: (617) 482-2773
E-mail: jthompson@plsma.org

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Joel H. Thompson*