# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS, <br><br> Defendants. | Civil Action No. 1:17-CV-12255-RGS <br><br> **JOINT STATUS REPORT IN RESPONSE TO THE COURT'S ORDER OF JANUARY 3, 2019** |

## JOINT STATUS REPORT

The parties in this case hereby jointly respond to the Court's request in its Order of January 3, 2019 (D.I. 102), for a status report regarding the issues that are outstanding in this case.

Over the past few months, while Plaintiff Jane Doe's Renewed Motion for Preliminary Injunction was pending and the parties were seeking extensions of time relating to the motion, the parties were working together to try to resolve the issues in this case. Most significantly, in or about September 2018, the Defendants Massachusetts Department of Correction and its representatives (collectively "DOC") decided to transfer Ms. Doe to MCI-Framingham. The actual transfer occurred on September 25, 2018, and Ms. Doe has been at MCI Framingham since that time. Because this is the first time that a transgender prisoner like Ms. Doe has been transferred into a women's prison in Massachusetts, the parties have during this time been monitoring the transition after Ms. Doe was transferred.

In light of the transfer, and the fact that Ms. Doe has now been at MCI Framingham for over three months, the parties agree that the request for a preliminary injunction order from this Court requiring that Ms. Doe be transferred to a women's facility, as set forth in the existing motion, is essentially moot.  *See, e.g.*, D.I. 81 at 1 ("The single request for relief that Ms. Doe now seeks by this renewed motion is her transfer to an appropriate women's correctional facility.").  At the present time, Ms. Doe remains at MCI Framingham and is expected to remain there until her release date in June 2019, though she may be released earlier.

While the requested preliminary injunctive relief is now moot, there still remain allegations by Ms. Doe concerning her treatment at MCI Framingham.  Ms. Doe continues to allege that, as a transgender woman, in certain ways she has not received the same treatment or conditions of incarceration as the other female prisoners, or the same access as the other women to all programs and activities of the correctional facility, and that she has in various ways suffered from discriminatory treatment as a result of apparent lack of appropriate training of staff at MCI Framingham.  DOC denies these allegations.

Notwithstanding these remaining issues, the parties have agreed to enter into further discussions to try to resolve the pending issues in an attempt to settle this case, while reserving the right to seek additional relief should the need for further relief become apparent.

At the present time, accordingly, there is no need for the Court to reinstate a briefing schedule for the pending preliminary injunction matter.  Instead, the parties propose that the Court schedule a date, approximately two months from now, for a further update on the status of the case.

Dated: January 14, 2019

        Respectfully submitted,

        FOR THE DEFENDANTS,

        NANCY ANKERS WHITE
        Special Asst. Attorney General

        /s/ Jennifer M. Staples
        Jennifer M. Staples, Counsel
        BBO# 631399

        Department of Correction Legal Division
        70 Franklin Street, Suite 600
        Boston, Massachusetts 02110
        (617) 727-3300, Ext. 1144
        Jennifer.Staples@Massmail.state.ma.us

        FOR THE PLAINTIFF:

        /s/ J. Anthony Downs
        J. Anthony Downs (BBO# 552839)
        Tiffiney F. Carney (pro hac vice pending)
        Louis L. Lobel (BBO# 693292)
        Ashley M. Drake (BBO# 694731)
        GOODWIN PROCTER LLP
        100 Northern Avenue
        Boston, Massachusetts 02210
        Tel.: +1 617 570 1000
        E-mail: jdowns@goodwinlaw.com
        tcarney@goodwinlaw.com
        llobel@goodwinlaw.com
        amdrake@goodwinlaw.com

        Jennifer Levi (BBO# 562298)
        Bennett Klein (BBO# 550702)
        GLBTQ Legal Advocates & Defenders
        18 Tremont Street, Suite 950
        Boston, Massachusetts 02108
        Tel.: +1 617 426 1350

Email: jlevi@glad.org
bklein@glad.org

Elizabeth Matos (BBO# 671505)
Joel Thompson (BBO# 662164)
Prisoners' Legal Services
50 Federal Street, 4th Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org
jthompson@plsma.org

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 14, 2019.

    /s/ J. Anthony Downs