# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255-RGS |

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE THE STATUS REPORT UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Jane Doe ("Plaintiff") moves this Court for leave to file the Status Report under seal until further order of this Court. As grounds for this motion, Plaintiff states:

1. The Status Report describes matters that are the subject of an ongoing investigation;

2. Pursuant to internal DOC regulations, investigations, such as those discussed in the Status Report, are to remain confidential;

3. Public disclosure of the matters discussed in the Status Report could subject Ms. Doe to harassment and discrimination from others that could cause her physical and/or mental harm if the information contained in the Status Report were to be disclosed to the public; and

4. Pursuant to Local Rule 7.1, counsel for Ms. Doe has conferred with counsel for Defendants Massachusetts Department of Correction and its representatives (collectively "Defendants") and Defendants' counsel has indicated that Defendants assent to this Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an order granting leave to file the Status Report under seal.  Further, pursuant to Local Rule 7.2, Ms. Doe proposes that the impounding Order continue until further order of the Court.

> Respectfully submitted,
>
> Jane Doe
>
> By her attorneys,
>
> /s/ J. Anthony Downs
> J. Anthony Downs (BBO# 552839)
> Tiffiney F. Carney (*pro hac vice*)
> Louis L. Lobel (BBO# 693292)
> Ashley M. Drake (BBO# 694731)
> GOODWIN PROCTER LLP
> 100 Northern Avenue
> Boston, Massachusetts 02210
> Tel.: +1 617 570 1000
> E-mail: jdowns@goodwinlaw.com
> tcarney@goodwinlaw.com
> llobel@goodwinlaw.com
> amoore@goodwinlaw.com
>
> Jennifer Levi (BBO# 562298)
> Bennett Klein (BBO# 550702)
> GLBTQ Legal Advocates & Defenders
> 30 Winter Street, STE 800
> Boston, Massachusetts 02108
> Tel.: +1 617 426 1350
> Email: jlevi@glad.org
> bklein@glad.org
>
> Elizabeth Matos (BBO# 671505)
> Prisoners' Legal Services
> 50 Federal Street, 4th Floor
> Boston, MA 02110
> Tel.: +1 617 482 6383
> E-mail: lmatos@plsma.org

Dated: March 11, 2019

**LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that on March 11, 2019, Plaintiff's counsel conferred via email with Defendants' counsel regarding the relief sought herein. Defendants assent to the relief requested.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 11, 2019.

/s/ J. Anthony Downs