UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jane Doe

    Plaintiff

  v.                                                                        Civil Action No. 17-12255-RGS

Massachusetts Department of Correction et al

    Defendants

## ORDER OF DISMISSAL

March 15, 2019

STEARNS, D.J.

In accordance with the Court's Electronic Order [dkt.108] issued on March 14, 2019, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice as to the claims asserted.

By the Court,

/s/ Arnold Pacho
Deputy Clerk