UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>    Defendants. | Civil Action No. 17-12255-RGS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**

Plaintiff Jane Doe hereby requests leave of this Court to file a Reply Memorandum in Support of Her Motion for Reconsideration and Reversal of the Court's Dismissal of the Case (D.I. 109). A copy of Ms. Doe's proposed reply (the "Proposed Reply") is attached hereto as Exhibit A. Ms. Doe seeks leave to file this Proposed Reply to respond to and rebut the legal and factual arguments made in Defendants' Opposition to Plaintiff's Motion for Reconsideration and Reversal of the Court's Dismissal of the Case (D.I. 111).

**Assent by Defendants:**

In addition, as certified below, Plaintiff's counsel has conferred with counsel for Defendants, and Defendants have assented to Ms. Doe's request for leave to file the Proposed Reply.

Dated: April 3, 2019

                Respectfully submitted,

                Jane Doe

                By her attorneys,

                /s/ J. Anthony Downs_____
                J. Anthony Downs (BBO# 552839)
                Tiffiney F. Carney (*pro hac vice*)
                Louis L. Lobel (BBO# 693292)
                Ashley M. Drake (BBO# 694731)
                GOODWIN PROCTER LLP
                100 Northern Avenue
                Boston, Massachusetts 02210
                Tel.: +1 617 570 1000
                E-mail: jdowns@goodwinlaw.com
                tcarney@goodwinlaw.com
                llobel@goodwinlaw.com
                amoore@goodwinlaw.com

                Jennifer Levi (BBO# 562298)
                Bennett Klein (BBO# 550702)
                GLBTQ Legal Advocates & Defenders
                30 Winter Street, STE 800
                Boston, Massachusetts 02108
                Tel.: +1 617 426 1350
                Email: jlevi@glad.org
                bklein@glad.org

                Elizabeth Matos (BBO# 671505)
                Prisoners' Legal Services
                50 Federal Street, 4th Floor
                Boston, MA 02110
                Tel.: +1 617 482 6383
                E-mail: lmatos@plsma.org

**LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE**

I, J. Anthony Downs, hereby certify that counsel for Plaintiff has conferred in good faith with opposing counsel regarding this motion, and Defendants' counsel assents to this Motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 3, 2019.

/s/ J. Anthony Downs