**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | Civil Action No. 17-12255-RGS |
| MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS, | |
| Defendants. | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR**
**AN EXTENSION OF TIME FOR**
**FILING OF A MOTION FOR COSTS AND ATTORNEY'S FEES**

Plaintiff Jane Doe, by and through her undersigned counsel, respectfully moves the Court for a four-day extension of the current deadline for Plaintiff to file her motion for costs and attorney's fees until May 10, 2019.  As grounds for the motion, Plaintiff states:

1.       On April 8, 2019, the Court entered a final judgment in this case.  Fed. R. Civ. P. 54(d)(2)(B)(i) provides that "[u]nless a statute or a court order provides otherwise," a party's motion for attorney's fees and related nontaxable expenses must "be filed no later than 14 days after entry of judgment."  Plaintiff's motion for attorney's fees was originally due on Monday, April 22, 2019, but on April 19, 2019, this Court granted an assented-to Motion for a two-week extension of time for filing the Motion for Costs and Attorney's Fees.  *See* D.I. 116 & D.I. 117. With that extension Plaintiff's motion for attorney's fees is currently due on May 6, 2019, and counsel have been working diligently on the motion.

2.       By this motion, Plaintiff requests a few additional days in order to complete the paperwork supporting the request for fees and costs associated with work done by multiple

attorneys from the three organizations who have worked as counsel to Ms. Doe in this case over a two-year period.

3.    As certified below, Plaintiff's counsel has conferred with counsel for Defendants, and Defendants have assented to Ms. Doe's request for an extension of time to file her motion for attorney's fees until Friday, May 10th.

**WHEREFORE**, Plaintiff respectfully requests that this Court extend the deadline for Plaintiff's motion for costs and attorney's fees up to and through May 10, 2019.

Respectfully submitted,

Jane Doe

By her attorneys,

/s/ J. Anthony Downs_____
J. Anthony Downs (BBO# 552839)
Tiffiney F. Carney (*pro hac vice*)
Louis L. Lobel (BBO# 693292)
Ashley M. Drake (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
E-mail: jdowns@goodwinlaw.com
tcarney@goodwinlaw.com
llobel@goodwinlaw.com
amoore@goodwinlaw.com

Jennifer Levi (BBO# 562298)
Bennett Klein (BBO# 550702)
GLBTQ Legal Advocates & Defenders
30 Winter Street, STE 800
Boston, Massachusetts 02108
Tel.: +1 617 426 1350
Email: jlevi@glad.org
bklein@glad.org

Elizabeth Matos (BBO# 671505)
Prisoners' Legal Services
50 Federal Street, 4th Floor
Boston, MA 02110
Tel.: +1 617 482 6383
E-mail: lmatos@plsma.org

Dated: May 3, 2019

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that on May 3, 2019, Plaintiff's counsel conferred via email with Defendants' counsel regarding the relief sought herein.  Defendants assent to the relief requested.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 3, 2019.

/s/ J. Anthony Downs