# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>　　Defendants. | Civil Action No. 17-12255-RGS |

## PLAINTIFF'S MOTION FOR
## ATTORNEYS' FEES AND EXPENSES

Pursuant to 42 U.S.C. §§ 1988 and Federal Rule of Civil Procedure 54, and this Court's April 22 and May 3, 2019 Orders (D.I. 117 & D.I. 119), Plaintiff Jane Doe, the prevailing party in this case, moves for an award of reasonable attorneys' fees and litigation expenses incurred in this action. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees as well as the Affidavits of J. Anthony Downs, Jennifer Levi, and Elizabeth Matos filed herewith.

Respectfully submitted,

Jane Doe

By her attorneys,

/s/ J. Anthony Downs
J. Anthony Downs (BBO# 552839)
Louis L. Lobel (BBO# 693292)
Ashley M. Drake (BBO# 694731)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000

>E-mail: jdowns@goodwinlaw.com
>tcarney@goodwinlaw.com
>llobel@goodwinlaw.com
>amoore@goodwinlaw.com
>
>Jennifer Levi (BBO# 562298)
>Bennett Klein (BBO# 550702)
>GLBTQ Legal Advocates & Defenders
>30 Winter Street, STE 800
>Boston, Massachusetts 02108
>Tel.: +1 617 426 1350
>Email: jlevi@glad.org
>bklein@glad.org
>
>Elizabeth Matos (BBO# 671505)
>Prisoners' Legal Services
>50 Federal Street, 4th Floor
>Boston, MA 02110
>Tel.: +1 617 482 6383
>E-mail: lmatos@plsma.org

Dated: May 10, 2019

**CERTIFICATE OF SERVICE**

    I, J. Anthony Downs, do hereby certify that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 10, 2019.  The foregoing document will be available for viewing and downloading from the ECF system.

                                                               /s/  J. Anthony Downs