# EXHIBIT A

# **EXHIBIT A**

| Timekeeper | Date | Hours | Rate | Cost | Narrative |
|---|---|---|---|---|---|
| Lobel, Louis | 10/7/2017 | 2.5 | 250 | 625 | Draft brief in support of motion for a preliminary injunction; teleconference with Ms.[_]Piper |
| Lobel, Louis | 10/13/2017 | 1.9 | 250 | 475 | Teleconference with team; edit draft of brief in support of preliminary injunction |
| Lobel, Louis | 10/26/2017 | 0.6 | 250 | 300 | Edit complaint; draft Jane Doe complaint |
| Drake, Ashley | 11/1/2017 | 6.7 | 250 | 1675 | Draft motion and memorandum in support to proceed under a pseudonym |
| Drake, Ashley | 11/8/2017 | 0.3 | 250 | 75 | Review Commonwealth's opposition |
| Downs, J. Anthony | 11/14/2017 | 1.3 | 475 | 617.5 | Review status, filing plans and all associated papers; revise draft Complaint; conference with Mr.[_]Lobel, Ms.[_]Drake and Ms.[_]Carney regarding filing of draft Complaint |
| Lobel, Louis | 11/14/2017 | 5.3 | 250 | 1325 | Edit named complaint and Jane Doe complaint; edit Motion to File Under Pseudonym; teleconference with Ms.[_]Levi; meet with Mr.[_]Downs, Ms.[_]Drake and Ms.[_]Carney; teleconference with |
| Drake, Ashley | 11/14/2017 | 4.4 | 250 | 1100 | Edit cover motion and memorandum in support of motion to proceed under a pseudonym; research relevant First Circuit case law |
| Downs, J. Anthony | 11/15/2017 | 1.4 | 475 | 665 | Attention to Section 1983 claim and jury trial issue; final review of draft Complaint; emails to team regarding same |
| Downs, J. Anthony | 11/16/2017 | 0.4 | 475 | 190 | Review emails regarding filing and strategy issues |
| Downs, J. Anthony | 11/22/2017 | 0.2 | 475 | 95 | Review emails regarding motion for preliminary injunction |
| Lobel, Louis | 11/26/2017 | 0.8 | 250 | 200 | Draft outline of "Success on the merits" section of brief in support of motion for preliminary injunction |
| Lobel, Louis | 11/27/2017 | 0.8 | 250 | 250 | Research and outline success on the merits section of the brief in support of the preliminary injunction; email Ms.[_]Levi |
| Drake, Ashley | 11/27/2017 | 0.4 | 250 | 100 | Call with Mr.[_]Lobel and Ms.[_]Carney to discuss preliminary injunction research |
| Lobel, Louis | 11/28/2017 | 1.7 | 250 | 425 | Research for success on the merits section of preliminary injunction |
| Drake, Ashley | 11/29/2017 | 1.1 | 250 | 275 | Research case law regarding Massachusetts constitutional claims |
| Drake, Ashley | 12/1/2017 | 3.3 | 250 | 825 | Research case law regarding Massachusetts constitutional claims |
| Lobel, Louis | 12/8/2017 | 1.9 | 250 | 475 | Research for motion for preliminary injunction; edit outline |
| Lobel, Louis | 12/11/2017 | 0.6 | 250 | 150 | Respond to calls from third party sources; edit and send draft outline of motion for preliminary injunction; teleconference with Mr.[_]Downs |
| Downs, J. Anthony | 12/13/2017 | 0.3 | 475 | 142.5 | Review emails regarding status of preparation of injunction motion |

# **EXHIBIT A**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Lobel, Louis | 12/13/2017 | 5.3 | 250 | 1325 | Draft motion in support of preliminary injunction and temporary restraining order |
| Lobel, Louis | 12/14/2017 | 0.5 | 250 | 125 | Research for and draft memorandum in support of motion for preliminary injunction |
| Lobel, Louis | 12/15/2017 | 3.2 | 250 | 800 | Research for and draft memorandum in support of motion for preliminary injunction |
| Lobel, Louis | 12/17/2017 | 2 | 250 | 500 | Draft and edit memorandum in support of motion for a preliminary injunction |
| Lobel, Louis | 12/18/2017 | 2.3 | 250 | 575 | Edit draft of memorandum in support of motion for preliminary injunction |
| Downs, J. Anthony | 12/18/2017 | 1 | 475 | 475 | Review and revise draft preliminary injunction motion |
| Lobel, Louis | 12/19/2017 | 2.6 | 250 | 650 | Research for and edit memorandum in support of motion for preliminary injunction |
| Lobel, Louis | 12/20/2017 | 4 | 250 | 1000 | Edit memorandum in support of motion for preliminary injunction |
| Drake, Ashley | 12/20/2017 | 2.2 | 250 | 550 | Research case law regarding Massachusetts due process claims |
| Downs, J. Anthony | 12/21/2017 | 0.1 | 475 | 47.5 | Review and revise draft motion for a temporary restraining order |
| Lobel, Louis | 12/21/2017 | 1.4 | 250 | 350 | Meet with Ms.[_]Drake; edit memorandum in support of preliminary injunction; email team |
| Drake, Ashley | 12/21/2017 | 1.7 | 250 | 425 | Edit draft motion for preliminary injunction and temporary restraining order |
| Downs, J. Anthony | 1/5/2018 | 1 | 475 | 475 | Review and revise draft PI outline and affidavits; conference with Mr.[_]Lobel regarding proposed PI |
| Lobel, Louis | 1/5/2018 | 2.1 | 250 | 525 | Draft memorandum in support of preliminary injunction; review and revise motion to dismiss |
| Drake, Ashley | 1/5/2018 | 0.7 | 250 | 175 | Review and revise draft affidavits |
| Lobel, Louis | 1/7/2018 | 5.1 | 250 | 1275 | Draft memorandum in support of preliminary injunction |
| Downs, J. Anthony | 1/8/2018 | 0.1 | 475 | 47.5 | Review and revise draft preliminary injunction motion |
| Lobel, Louis | 1/8/2018 | 3.5 | 250 | 875 | Edit draft of memorandum in support of preliminary injunction |
| Drake, Ashley | 1/8/2018 | 8.1 | 250 | 2025 | Review and analyze Defendant's motion to dismiss; draft opposition to motion to dismiss; edit motion extending deadline to file the opposition to the motion to dismiss |
| Lobel, Louis | 1/9/2018 | 3.5 | 250 | 875 | Meet with Ms.[_]Levi and Ms.[_]Drake at GLAD headquarters; draft opposition to motion to dismiss |
| Drake, Ashley | 1/9/2018 | 5.2 | 250 | 1300 | Meeting with Mr[_]Lobel and Ms.[_]Levi to discuss strategy for responding to Defendants' motion to dismiss and filing for injunctive relief; draft outline for opposition to motion to dismiss |
| Downs, J. Anthony | 1/10/2018 | 1.3 | 475 | 617.5 | Review and revise draft declaration of Jane Doe; review defendant's opposition to Motion to Dismiss; revise preliminary injunction motion |
| Lobel, Louis | 1/10/2018 | 0.9 | 250 | 225 | Research and draft opposition to motion to dismiss |
| Drake, Ashley | 1/10/2018 | 4.5 | 250 | 1125 | Draft updated outline for opposition to motion to dismiss based on meeting with Ms.[_]Levi and Mr.[_]Lobel |

**EXHIBIT A**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Lobel, Louis | 1/11/2018 | 4.4 | 250 | 1100 | Research, draft and edit opposition to motion to dismiss |
| Drake, Ashley | 1/11/2018 | 3.3 | 250 | 825 | Edit draft opposition to motion to dismiss |
| Downs, J. Anthony | 1/11/2018 | 0.5 | 475 | 237.5 | Conference with Mr.[_]Lobel regarding Opposition to Motion to Dismiss |
| Lobel, Louis | 1/12/2018 | 3.2 | 350 | 800 | Edit opposition to motion to dismiss and brief in support of a preliminary injunction; meet with Ms.[_]Drake; teleconference with Mr.[_]Downs |
| Drake, Ashley | 1/12/2018 | 0.7 | 250 | 175 | Edit draft opposition to motion to dismiss |
| Downs, J. Anthony | 1/12/2018 | 0.5 | 475 | 237.5 | Review and revise draft Opposition to Motion to Dismiss |
| Lobel, Louis | 1/15/2018 | 0.6 | 250 | 150 | Edit opposition to motion to dismiss |
| Downs, J. Anthony | 1/15/2018 | 2 | 475 | 950 | Review and revise draft Opposition to Motion to Dismiss |
| Lobel, Louis | 1/16/2018 | 2.3 | 250 | 575 | Coordinate team meeting; research for opposition to motion to dismiss |
| Downs, J. Anthony | 1/17/2018 | 0.5 | 475 | 237.5 | Review correspondence regarding status of Opposition to Motion to Dismiss |
| Lobel, Louis | 1/17/2018 | 1.8 | 250 | 450 | Research for opposition to motion to dismiss and brief in support of preliminary injunction |
| Drake, Ashley | 1/18/2018 | 1.2 | 250 | 300 | Research case law for opposition to motion to dismiss |
| Lobel, Louis | 1/19/2018 | 3.1 | 250 | 775 | Research for, draft and edit section of opposition to motion to dismiss |
| Lobel, Louis | 1/20/2018 | 1.9 | 250 | 475 | Research for, draft and edit section of opposition to motion to dismiss |
| Drake, Ashley | 1/20/2018 | 0.9 | 250 | 225 | Research case law for opposition to defendants' motion to dismiss |
| Downs, J. Anthony | 1/22/2018 | 1.6 | 475 | 760 | Review case law regarding "class of one" argument; revise draft Opposition to Motion to Dismiss |
| Lobel, Louis | 1/22/2018 | 1.7 | 250 | 425 | Edit equal protection section of opposition to motion to dismiss; email team; teleconference with Mr.[_]Downs; meet with Ms.[_]Drake regarding opposition |
| Drake, Ashley | 1/22/2018 | 0.6 | 250 | 150 | Research ADA case law for opposition to motion to dismiss |
| Drake, Ashley | 1/23/2018 | 1.3 | 250 | 325 | Research case law for opposition to motion to dismiss |
| Downs, J. Anthony | 1/24/2018 | 1.9 | 475 | 902.5 | Review Mass. prison regulations and 1st Circuit case law on 8th Amendment issues; review draft declarations; review draft motion to dismiss opposition |
| Lobel, Louis | 1/24/2018 | 2.1 | 250 | 525 | Edit opposition to motion to dismiss; research notice requirements to United States Department of Justice; edit affidavit of Mr.[_]Aiken |
| Drake, Ashley | 1/24/2018 | 0.5 | 250 | 125 | Research case law for the opposition to the motion to dismiss |
| Lobel, Louis | 1/26/2018 | 1.9 | 250 | 475 | Draft motion for temporary restraining order and preliminary injunction; draft proposed temporary restraining order; teleconference with Ms.[_]Carney |

**EXHIBIT A**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Downs, J. Anthony | 1/26/2018 | 1.2 | 475 | 570 | Review and revise draft affidavits; draft Motion for Preliminary Injunction |
| Downs, J. Anthony | 1/29/2018 | 2.3 | 475 | 1092.5 | Review and revise Opposition to Motion to Dismiss; Review and revise case law on ADA |
| Lobel, Louis | 1/29/2018 | 1.4 | 250 | 350 | Edit opposition to motion to dismiss |
| Drake, Ashley | 1/29/2018 | 0.3 | 250 | 75 | Review and revise current drafts of filings |
| Downs, J. Anthony | 1/30/2018 | 4.9 | 475 | 2327.5 | Review and revise draft opposition to motion to dismiss; Review and revise case law and case materials |
| Lobel, Louis | 1/30/2018 | 4.8 | 250 | 1200 | Edit opposition to motion to dismiss; meet with Ms.[_]Drake; teleconference with Ms.[_]Carney |
| Downs, J. Anthony | 1/31/2018 | 2 | 475 | 950 | Revise draft Opposition to Motion to Dismiss; conference with Mr.[_]Lobel regarding same; review and revise documents for filing |
| Lobel, Louis | 1/31/2018 | 5.7 | 250 | 1425 | Teleconference with Mr.[_]Downs; edit opposition to motion to dismiss; draft motion for preliminary injunction; meet with Ms.[_]Drake to discuss draft motion for additional pages |
| Lobel, Louis | 2/1/2018 | 6.1 | 250 | 1525 | Edit brief in support of preliminary injunction; edit motion for preliminary injunction; edit motion for additional pages; meet with Mr.[_]Downs; meet with Ms.[_]Drake; edit affidavits of experts and Ms.[_]Doe |
| Downs, J. Anthony | 2/1/2018 | 2 | 475 | 950 | Revise draft memorandum in support of motion for preliminary injunction; emails with Mr.[_]Lobel regarding same; review and revise draft introduction |
| Downs, J. Anthony | 2/5/2018 | 0.2 | 475 | 95 | Attention to the Court's Scheduling Order and hearing date |
| Lobel, Louis | 2/6/2018 | 2.7 | 250 | 675 | Teleconference with team; draft petition for writ of habeas corpus ad testificandum; email team with agenda for this week |
| Downs, J. Anthony | 2/6/2018 | 1.6 | 475 | 760 | Telephone conference with GLAD and PLS regarding preparation for preliminary injunction hearing; conference with Mr.[_]Lobel and Ms.[_]Drake regarding task list for pretrial hearing |
| Downs, J. Anthony | 2/7/2018 | 4.2 | 475 | 1995 | Prepare for oral argument; review case materials and ADA legislative history; conference with Mr[_]Lobel; review ADA materials |
| Downs, J. Anthony | 2/8/2018 | 2 | 475 | 950 | Analyze ADA issues, case law and background materials for oral argument |
| Lobel, Louis | 2/9/2018 | 0.6 | 250 | 150 | Edit petition to have Ms.[_]Doe in court; teleconference with Mr.[_]Downs |
| Downs, J. Anthony | 2/9/2018 | 1.8 | 475 | 855 | Review case materials regarding ADA and gender discrimination; review background materials |
| Lobel, Louis | 2/11/2018 | 0.1 | 250 | 25 | Edit motion to have Ms.[_]Doe appear in court |
| Downs, J. Anthony | 2/12/2018 | 0.6 | 475 | 285 | Review emails regarding habeas corpus petition; review correspondence regarding courtroom procedures for Ms.[_]Doe's attendance at hearing |

# **EXHIBIT A**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Lobel, Louis | 2/12/2018 | 0.6 | 250 | 150 | Edit motion to have Ms.[_]Doe in court; teleconference with Mr.[_]]Downs; email team |
| Downs, J. Anthony | 2/13/2018 | 3.1 | 475 | 1472.5 | Telephone conference with GLAD regarding oral argument preparation |
| Lobel, Louis | 2/13/2018 | 4.2 | 250 | 1050 | Meet with team; teleconference with Mr.[_]Klein and Ms.[_]Levi; research regarding unions and strip searches |
| Drake, Ashley | 2/13/2018 | 2.5 | 250 | 625 | Meeting with case team to discuss strategy for responding to plaintiffs' opposition brief and upcoming hearing |
| Downs, J. Anthony | 2/15/2018 | 1.7 | 475 | 807.5 | Conference with GLAD regarding potential issues for oral argument |
| Lobel, Louis | 2/16/2018 | 0.8 | 250 | 200 | Edit motion and proposed order for having client in court; teleconference with clerk of Judge Sterns |
| Downs, J. Anthony | 2/16/2018 | 0.5 | 475 | 237.5 | Conference with Mr.[_]Lobel regarding petition for Ms.[_]Doe's attendance at court |
| Lobel, Louis | 2/21/2018 | 1.8 | 250 | 450 | Research in preparation for hearing |
| Downs, J. Anthony | 2/21/2018 | 3 | 475 | 1425 | Review issues for district court argument; review Opposition to Motion for Preliminary Injunction; prepare for visit to Norfolk prison |
| Downs, J. Anthony | 2/22/2018 | 5.7 | 475 | 2707.5 | Visit Ms.[_]Doe at MCI-Norfolk; conference with Ms.[_]Levi and Ms.[_]Matos; telephone conference with litigation team regarding draft reply brief; conference with Mr.[_]Lobel regarding amicus brief |
| Lobel, Louis | 2/22/2018 | 7.1 | 250 | 1775 | Research for reply; teleconference with team; teleconference with Mr.[_]Downs |
| Drake, Ashley | 2/22/2018 | 2.4 | 250 | 600 | Review and analyze defendants' opposition to motion for preliminary injunction; call with case team to discuss reply and upcoming hearing |
| Downs, J. Anthony | 2/23/2018 | 1.2 | 475 | 570 | Review and revise draft reply affidavit; review draft amicus brief; email team regarding same |
| Downs, J. Anthony | 2/25/2018 | 1 | 475 | 475 | Review DOC document rejecting transfer of trans gender woman to Framingham; review and revise draft affidavit and reply brief; seek local counsel for amicus brief |
| Lobel, Louis | 2/25/2018 | 3.5 | 250 | 875 | Research for and edit reply memorandum in support of motion for preliminary injunction; email team |
| Downs, J. Anthony | 2/26/2018 | 2.1 | 475 | 997.5 | Review recent case law; draft practice questions for Ms.[_]Levi; telephone conference with Ms.[_]Levi regarding oral argument preparation |
| Lobel, Louis | 2/26/2018 | 5.5 | 250 | 1375 | Edit reply memorandum; draft presentation for hearing; teleconference with Mr.[_]Downs; meet with Ms.[_]Toomey; meet with Ms.[_]Drake; edit supplemental affidavit of Ms.[_]Doe; coordinate filing |
| Drake, Ashley | 2/26/2018 | 0.4 | 250 | 100 | Review case law in preparation for hearing |
| Lobel, Louis | 2/27/2018 | 5.7 | 250 | 1425 | Research in preparation for hearing; draft list of question for Ms.[_]Levi in preparation of hearing; join preparation call |
| Drake, Ashley | 2/27/2018 | 1.7 | 250 | 425 | Call with case team in preparation for hearing on motion to dismiss and preliminary injunction |

**EXHIBIT A**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Lobel, Louis | 2/28/2018 | 5.6 | 250 | 1400 | Research in preparation for hearing; teleconference with Mr.[_]Downs; attend hearing; edit presentation |
| Downs, J. Anthony | 2/28/2018 | 3 | 475 | 1425 | Attend meeting with Ms.[_]Doe at federal court; attend oral argument on Motion to Dismiss and Motion for Preliminary Injunction |
| Drake, Ashley | 2/28/2018 | 2.5 | 250 | 625 | Attend hearing on the motion to dismiss and preliminary injunction |
| Downs, J. Anthony | 3/5/2018 | 0.3 | 475 | 142.5 | Review preliminary injunction order |
| Lobel, Louis | 3/5/2018 | 1 | 250 | 250 | Review Court order; email team regarding next steps |
| Drake, Ashley | 3/5/2018 | 0.6 | 250 | 150 | Review court's order regarding the motion to dismiss and preliminary injunction |
| Downs, J. Anthony | 3/6/2018 | 0.9 | 475 | 427.5 | Telephone conference with team regarding preliminary injunction ruling; conference with Mr.[_]Lobel regarding case strategy |
| Drake, Ashley | 3/6/2018 | 0.9 | 250 | 250 | Call with case team to discuss court order and next steps |
| Lobel, Louis | 3/8/2018 | 1.3 | 250 | 325 | Draft notice of supplemental authority and coordinate filing |
| Lobel, Louis | 3/15/2018 | 0.3 | 250 | 75 | Review letter regarding shower time from client; email team with court filing |
| Lobel, Louis | 3/16/2018 | 1.3 | 250 | 325 | Teleconference with team; draft motion for reconsideration |
| Lobel, Louis | 3/19/2018 | 0.1 | 250 | 25 | Email team regarding motion for reconsideration |
| Drake, Ashley | 3/19/2018 | 3.1 | 250 | 775 | Research case law for motion for reconsideration |
| Drake, Ashley | 3/20/2018 | 2.9 | 250 | 725 | Review and edit motion for reconsideration; finalize motion; file motion with the court |
| Drake, Ashley | 3/21/2018 | 0.7 | 250 | 175 | Edit motion for reconsideration; file an updated motion with the court |
| Downs, J. Anthony | 4/10/2018 | 0.2 | 475 | 95 | Review emails regarding DOJ extension request |
| Drake, Ashley | 4/12/2018 | 3.4 | 250 | 850 | Review and analyze United States' Motion for Extension of Time; review similar motions and oppositions filed in other cases; draft opposition to the United States' motion |
| Drake, Ashley | 4/13/2018 | 1.2 | 250 | 300 | Review the team's comments and edits to draft motion; implement edits; file motion opposing the United States' motion for extension of time |
| Drake, Ashley | 5/7/2018 | 0.3 | 250 | 75 | Call with case team to discuss discovery plan |
| Lobel, Louis | 5/14/2018 | 0.7 | 250 | 175 | Email team; respond to motion to intervene; conduct research |
| Lobel, Louis | 6/13/2018 | 0.2 | 250 | 50 | Edit notice of supplemental authority |
| Downs, J. Anthony | 6/13/2018 | 0.6 | 475 | 285 | Telephone conference with team regarding case status and proposed letter to the court; review and revise draft letter to the court regarding new MA legislation |

# **EXHIBIT A**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Lobel, Louis | 6/14/2018 | 2.1 | 250 | 525 | Edit notice of supplemental authority; email team; read opinion denying motion to dismiss; teleconference with Mr.[_]Downs |
| Downs, J. Anthony | 6/18/2018 | 0.3 | 475 | 142.5 | Review emails regarding case status following denial of Motion to Dismiss |
| Drake, Ashley | 6/25/2018 | 1.1 | 250 | 275 | Call with case team to discuss court order and upcoming meet and confer |
| Downs, J. Anthony | 6/25/2018 | 1.2 | 475 | 570 | Telephone conference with team regarding case strategy for Ms. Doe and potential new plaintiff; review email regarding Ms.[_]Doe's status and potential transfer |
| Drake, Ashley | 6/26/2018 | 0.2 | 250 | 50 | Review research regarding declaratory relief and the PLRA's injury requirement |
| Downs, J. Anthony | 6/26/2018 | 0.3 | 475 | 142.5 | Review emails regarding status |
| Drake, Ashley | 6/28/2018 | 2.5 | 250 | 625 | Review research regarding the PLRA; call with case team to discuss agenda for meet and confer; meet and confer call with DOC |
| Downs, J. Anthony | 6/28/2018 | 2.6 | 475 | 1235 | Telephone conference with Ms.[_]Carney regarding telephone conference with defendants; telephone conference with Norfolk officials regarding potential issues regarding Ms.[_]Doe's status; draft |
| Downs, J. Anthony | 7/2/2018 | 4.5 | 475 | 2137.5 | Visit Ms.[_]Doe at Norfolk MCI with Ms.[_]Levi and Ms.[_]Matos to discuss current status and next steps |
| Lobel, Louis | 7/2/2018 | 0.5 | 250 | 125 | Review and revise letter to defendants; review team emails |
| Drake, Ashley | 7/2/2018 | 0.4 | 250 | 100 | Review and revise draft letter to Massachusetts Department of Corrections |
| Downs, J. Anthony | 7/3/2018 | 1.2 | 475 | 570 | Email correspondence regarding Ms.[_]Doe's issues and letter to DOC; review memo regarding mootness issues |
| Downs, J. Anthony | 7/5/2018 | 3 | 475 | 1425 | Visit Ms.[_]Doe with Ms.[_]Levi to review draft declaration; conference with Ms.[_]Levi regarding same; review and revise draft declaration and renewed injunction motion |
| Lobel, Louis | 7/9/2018 | 2.9 | 250 | 725 | Edit renewed motion for preliminary injunction; edit affidavit; teleconference with Ms.[_]Carney; meet with Ms.[_]Orpilla; email Ms.[_]Levi |
| Downs, J. Anthony | 7/9/2018 | 1.2 | 475 | 570 | Review and revise draft Motion for Injunction; email Ms.[_]Carney with comments; telephone conference with Ms.[_]Levi regarding Motion for Relief |
| Downs, J. Anthony | 7/10/2018 | 0.2 | 475 | 95 | Review correspondence regarding revised PI request |
| Lobel, Louis | 7/10/2018 | 0.5 | 250 | 125 | Email team; review update from Prisoner Legal Services |

**EXHIBIT A**

| Name | Date | Hours | Rate | Total | Description |
|---|---|---|---|---|---|
| Downs, J. Anthony | 7/11/2018 | 1 | 475 | 475 | Telephone conference with team regarding revised Motion for Injunctive Relief |
| Downs, J. Anthony | 7/12/2018 | 1 | 475 | 475 | Review emails regarding status of Renewed Motion for Injunction; review draft preliminary injunction |
| Lobel, Louis | 7/12/2018 | 3.6 | 250 | 900 | Edit renewed motion for preliminary injunction; edit affidavit of Jane Doe |
| Lobel, Louis | 7/13/2018 | 3.6 | 250 | 900 | Teleconference with Ms.[_]Levi; teleconference with Mr.[_]Downs; teleconference with Ms.[_]Drake; edit all filings; emails with team |
| Downs, J. Anthony | 7/13/2018 | 1.2 | 475 | 570 | Review and revise draft preliminary injunction brief; email to team regarding same; read revised draft injunction brief; final revisions to motion for injunctive relief; email to team regarding same |
| Drake, Ashley | 7/13/2018 | 0.6 | 250 | 150 | Review and revise draft motion for renewed injunction |
| **TOTAL** | | **303** | | **93377.5** | |