# EXHIBIT B

# James E. Aiken & Associates, Inc.

36 Tsiya Court - Brevard, N. C. 28712
(828) 883-9490 or 1-800-451-0090
Fax (828) 883-9491
E-Mail: jea1assocs@aol.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/20/2018 | 2332 |

| BILL TO |
|---|
| Goodwin Procter LLP<br>100 North Ave.<br>Boston. MA. 02210<br>JTCarney@goodwinlaw,com<br>LLobel@goodwinlaw.com |

| P.O. NO. | PROJECT |
|---|---|
|  |  |

| DESCRIPTION |
|---|
| Jane Doe v. Massachusetts Department of Corrections - Civil Action No.: 17-12255-RGS |
| Prior Teleconferences. No Charge. |
| December 29, 2017<br>Conducted initial evaluation of an affidavit based upon information provided by the undersigned regarding the above referenced proceeding. Conducted fact check and validation of the contents based on the information and discussions with counsel. Conducted interview with counsel. 3.2 Hours x $150.00 Per Hour = $480,00 |
| December 30, 2017<br>Continued evaluation and work on affidavit as described above. 1.1 Hours x $150.00 Per Hour = $165.00 |
| December 31, 2017<br>Continued evaluation and work on affidavit as described above. Submitted draft affidavit to counsel for clarity review. 2.0 Hours x $150.00 Per Hour = $300.00 |
| January 2, 2018<br>Continued evaluation and work on affidavit as described above. Received the updated draft with my contents as well as additional clarity contents and cites submitted by counsel at my request. 4.2 Hours x 150.00 Per Hour = $630.00 |
| January 7, 2018<br>Continued to prepare affidavit and submitted draft for clarity review. 2.0 Hours x $150.00 Per Hour = $300. 00 |
| January 17, 2018<br>Continued evaluation as described above. Review of additional documents. Submitted affidavit to counsel. 2.8 Hours x $150.00 Per Hour = $420.00 |
| January 25, 2018<br>Continued to prepared affidavit for clarity review. 1.1 Hours x $150.00 Per Hour = $165.00 |
| January 30, 2018<br>Continued to prepare affidavit for clarity review for its finality. 1.3 Hours x $150.00 Per Hour = $195.00 |

| Total |
|---|
|  |

# James E. Aiken & Associates, Inc.

36 Tsiya Court - Brevard, N. C. 28712
(828) 883-9490 or 1-800-451-0090
Fax (828) 883-9491
E-Mail: jea1assocs@aol.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/20/2018 | 2332 |

**BILL TO**

Goodwin Procter LLP
100 North Ave.
Boston. MA. 02210
JTCarney@goodwinlaw,com
LLobel@goodwinlaw.com

| P.O. NO. | PROJECT |
|---|---|
|  |  |

## DESCRIPTION

January 31, 2018
Continued to prepare affidavit. Conference with counsel. Review of additional documents. 2.7 Hours x $150.00 Per Hour = $405.00

February 1, 2018
Submitted report. No charge.

**Total** $3,060.00

Invoice ID: 0500-1267-3055

| | |
|---|---|
| Description | Invoices and receipts for services on 12/10-12/12/17, 12/14/17, and 1/3-1/5/18; includes interview client, scores and interpretation, research, travel, out-of-pocket expenses & psychological test materials |
| Name | J. Anthony Downs [Partner \| 00401 \| JAD] |
| Code | Outside Professional Services |

## Allocation Summary

| | | Amount(USD) |
|---|---|---:|
| 099997.254485 | Firm Pro Bono   GLAD and Prisoners' Legal Services (Mass | 8,680.94 |

## Expense Summary

| | Amount(USD) |
|---|---:|
| Billable | 8,680.94 |



January 25, 2018

Louis L. Lobel
Goodwin Proctor LLP
100 Northern Ave.
Boston, MA 02210

      RE: Doe v. Department of Corrections
          Randi Ettner Invoices

Dear Mr. Lobel:

Enclosed are invoices and receipts for Dr. Randi Ettner, which has been emailed to you as well.

Thank you for your attention to this matter.

                                                          Sincerely,

                                                          Rianna Johnson-Levy
                                                          Legal Assistant

**RANDI C. ETTNER PHD**  CLINICAL PSYCHOLOGIST

January 15, 2018

Ben Klein
c/o GLAD
30 Winter Street Ste. 800
Boston, MA 02108

*Re:* ▮

For services on 12/10/2017; 12/11/2017; 12/12/2017; 12/14/2017; 1/3/2018; 1/4/2018; 1/5/2018:

Interview client; score and interpret psychological tests; consultation; research etiology/gender identity; edit affidavit:  17.50 hours @ $350.00= $6,125.00

Travel= $1,800.00

Out of pocket expenses = $755.94 (airfare= $282.39; lodging= $214.79; meals= $28.84; taxi= $34.92; psychological test materials = $195.00)

Total= $8,680.94