# EXHIBIT A

**Jennifer Levi**

| Date | Hours Spent | Rate | Cost | Activity |
|---|---|---|---|---|
| 7/10/2017 | 4 | 600 | 2400 | research ADA case law |
| 7/11/2017 | 3.5 | 600 | 2100 | compile and draft analysis |
| 7/12/2017 | 1.5 | 600 | 900 | write-up interview Qs |
| 7/13/2017 | 0.5 | 600 | 300 | write up memo re: interviews |
| 7/14/2017 | 3 | 600 | 1800 | research EP case law; state claims |
| 7/17/2017 | 2.5 | 600 | 1500 | review case law (ADA/EP); DOC policy and regs |
| 7/19/2017 | 3.5 | 600 | 2100 | draft/revise complaint |
| 7/24/2017 | 2.5 | 600 | 1500 | review medical records |
| 7/25/2017 | 2 | 600 | 1200 | review edits from PLS; revise; correspondence to team; re: updates; |
| 7/26/2017 | 3.5 | 600 | 2100 | research; team meeting |
| 8/10/2017 | 2.5 | 600 | 1500 | BK feedback incorporated in current complaint |
| 8/24/2017 | 4 | 600 | 2400 | revised edit, redraft complaint; notes to file |
| 9/8/2017 | 1.5 | 600 | 900 | confer w/ SM, AW re: claims; national case law |
| 9/11/2017 | 2.5 | 600 | 1500 | research re: experts; notes; drafts |
| 9/12/2017 | 1.5 | 600 | 900 | drafting/research re: EP claims |
| 10/2/2017 | 2 | 600 | 1200 | review security expert CVs; review DOC regs |
| 10/3/2017 | 1 | 600 | 600 | review administrative appeal of reas acc request (KP records) |
| 10/8/2017 | 2.5 | 600 | 1500 | review medical records for expert review (RE); prepare docs |
| 10/9/2017 | 1 | 600 | 600 | review criminal history docs |
| 10/10/2017 | 1.5 | 600 | 900 | Revise complaint; research remedies; revise |
| 10/11/2017 | 2 | 600 | 1200 | Revise/edit complaint |
| 10/12/2017 | 2.5 | 600 | 1500 | Research jurisdx; FRA research; complaint revisions |
| 10/13/2017 | 3.5 | 600 | 2100 | Review APA, AMA policies; draft |
| 11/2/2017 | 2 | 600 | 1200 | review DOC files |
| 11/3/2017 | 2.5 | 600 | 1500 | email to team re: disclosure, identity concerns and associated research |
| 11/7/2017 | 4 | 600 | 2400 | client meeting; transcribed notes; update BK |
| 11/8/2017 | 0.5 | 600 | 300 | email review to team re: timing and research for PI; confer w/ SM re: |
| 11/29/2017 | 4 | 600 | 2400 | ADA; GD claims |
| 11/30/2017 | 3.5 | 600 | 2100 | research for PI; state constitutional claims; ADA; review Blatt materials |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 12/1/2017 | 3.5 | 600 | 2100 | Team conferral re: PI; claims and relief; follow up research on claims |
| 12/5/2017 | 4 | 600 | 2400 | emails to Goodwin/PLS; expert review and research |
| 12/6/2017 | 2 | 600 | 1200 | review emails; evaluate comms strategy/risk |
| 12/27/2017 | 3.5 | 600 | 2100 | confer w/ BK re: PI merits, arguments, relief; research |
| 1/4/2018 | 2 | 600 | 1200 | review MTD; research oppo to MTD |
| 1/5/2018 | 1.5 | 600 | 900 | review MTD; review RE affidavit |
| 1/15/2018 | 3 | 600 | 1800 | review plaintiff affidavit; revise; review medical records |
| 1/22/2018 | 2.5 | 600 | 1500 | research re: PI/oppo to MTD; review expert affidavit |
| 2/2/2018 | 2.5 | 600 | 1500 | review and revise oppo to MTD; Blatt review; edit and revise PI memo and motion |
| 2/8/2018 | 2 | 600 | 1200 | Hearing prep; review cases |
| 2/9/2018 | 3 | 600 | 1800 | Hearing prep; research re: PREA; TG prison cases |
| 2/13/2018 | 1.5 | 600 | 900 | Hearing prep; research re: medical transition/bio |
| 2/15/2018 | 2 | 600 | 1200 | Hearing prep; research re: constitutional avoidance |
| 2/18/2018 | 2.5 | 600 | 1500 | Review amicus brief; related amicus from WPATH |
| 2/23/2018 | 2 | 600 | 1200 | Review oppo to MTD; related |
| 2/25/2018 | 1.5 | 600 | 900 | Hearing prep/review |
| 2/26/2018 | 7.5 | 600 | 4500 | Review filings; hearing prep; calls with SM; review filings; oppo |
| 2/27/2018 | 6.5 | 600 | 3900 | Hearing argument prep; outlines and |
| 2/28/2018 | 7.5 | 600 | 4500 | Hearing prep; Hearing; meetings |
| 3/2/2018 | 3.5 | 600 | 2100 | Review case law re: constitutional avoidance; review DOJ positions in ADA claims (Blatt, others) |
| 3/5/2018 | 1 | 600 | 600 | Review court order |
| 3/9/2018 | 2.5 | 600 | 1500 | Review D's proposal; research PREA policies re: searches |
| 3/10/2018 | 2 | 600 | 1200 | Review prison policies re: searches (men's/women's) |
| 3/17/2018 | 2 | 600 | 1200 | research re: prison policies on strip searches |
| 3/18/2018 | 3 | 600 | 1800 | research re: PREA and strip searching |
| 4/13/2018 | 2.5 | 600 | 1500 | Review DOJ position in related ADA cases; updates; review, edit motion in oppo to extension of time |
| 7/2/2018 | 1.5 | 600 | 900 | research re: transfer; DOC policy |

| Date | Hours | Rate | Total | Description |
|---|---|---|---|---|
| 7/3/2018 | 2.5 | 600 | 1500 | review state legislation; interstate policy review |
| 7/4/2018 | 2.5 | 600 | 1500 | research re: renewed PI |
| 7/9/2018 | 1.5 | 600 | 900 | research and review on transfer; draft; revisions; review of renewed PI |
| 7/12/2018 | 3 | 600 | 1800 | and status |
| **Totals:** | 159 | | 95400 | |