# **EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT<br>OF CORRECTION, et al.,<br>    Defendants. | Civil Action No. 17-12255-RGS |

## **AFFIDAVIT OF MATTHEW E. MILLER**

I, Matthew E. Miller, declare as follows:

1. I am a member of the Massachusetts bar and a partner in the law firm of Foley Hoag LLP, where my practice focuses on complex business and commercial litigation with an emphasis on auditor liability matters, business crimes and government investigations.

2. I joined Foley Hoag as an associate in 2002 and became a partner in 2012.

3. I graduated from Tulane University in 1998 and Boston University School of Law in 2002.

4. I have worked with Jennifer Levi of GLBTQ Legal Advocates & Defenders since 2017 as co-counsel in a case challenging the exclusion of transgender people from the military. This case, Doe v. Shanahan, United States District Court for the District of Columbia, No. 17-cv-1597 (CKK), to date has involved motions for preliminary injunction, appeals, and discovery.

5. In my opinion Ms. Levi is an attorney with considerable skill and expertise and specialized knowledge in the development of legal rights for transgender people.

6. I am familiar with the hourly rates charged by Boston law firms for the work of attorneys with backgrounds and levels of experience similar to Ms. Levi's.

B4988368.1

7. In my opinion, the requested rate for Ms. Levi's work in this case, $600 per hour, is reasonable in light of the rates normally charged by attorneys at her level in the Boston area. In fact, many attorneys in the Boston area with Ms. Levi's level of experience charge more than the rate she is requesting in this case.

SIGNED UNDER THE PENALITIES OF PERJURY THIS 10th DAY OF MAY, 2019.

*Matthew E. Miller*

B4988368.1