# **EXHIBIT A**

| Attorney | Date | Activity Type | Hours Spent | Rate | Cost | Notes |
|---|---|---|---|---|---|---|
| Lizz Matos | 7/13/17 | Interviews at MCI-Norfolk | 3.2 | 300 | 960 | interviewed plaintiff |
| Lizz Matos | 7/27/2017 | complaint drafting and editing | 0.4 | 300 | 120 | editing of initial complaint |
| Lizz Matos | 7/24/2017 | meeting at Goodwin | 2.1 | 300 | 630 | discussed complaint and claims to raise |
| Lizz Matos | 7/28/2017 | Telephone call | 0.8 | 300 | 240 | phone call with ▮▮▮▮ |
| Lizz Matos | 11/14/2017 | review of complaint | 0.5 | 300 | 150 | |
| Lizz Matos | 12/12/2017 | conference call w/litigation team | 0.9 | 300 | 270 | discussed parameters of complaint and whether or not to include additional plaintiffs |
| Lizz Matos | 12/19/2017 | Meetings | 0.2 | 300 | 60 | called ▮▮▮ aunt's re copy of ID and photos, etc. |
| Lizz Matos | 12/29/2017 | ▮▮▮ affidavit | 0.3 | 300 | 90 | edited ▮▮▮ affidavit |
| Lizz Matos | 1/16/2018 | worked on expert affidavit | 0.6 | 300 | 180 | reviewed and edited affidavit, questions and comments to expert, email correspondance |
| Lizz Matos | 1/18/2018 | editing of ▮▮▮ affidavit | 0.3 | 300 | 90 | edited ▮▮▮ affidavit for PI |
| Lizz Matos | 1/18/2018 | litigation conference call | 1.3 | 300 | 390 | discussed developments in complaint |
| Lizz Matos | 1/22/2018 | editing affidavits | 0.8 | 300 | 240 | edited affidavits of plaintiff and correctional exper |
| Lizz Matos | 1/31/2018 | research for PI | 0.7 | 300 | 210 | research for PI arguments/claims |
| Lizz Matos | 1/22/2018 | work on opp to MTD | 0.8 | 300 | 240 | editing of Opp to MTD |
| Lizz Matos | 2/1/2018 | editing on PI | 0.3 | 300 | 90 | editing of PI intro section |
| Lizz Matos | 2/6/2018 | telephone call | 1.3 | 300 | 390 | conference call with litigation team and prep |
| Lizz Matos | 2/7/2018 | letter to opp counsel | 0.8 | 300 | 240 | drafted letter to opposing counsel |
| Lizz Matos | 2/13/2018 | litigation meeting | 1.1 | 300 | 330 | met with team to prep for PI hearing |
| Lizz Matos | 2/22/2018 | Telephone call | 2.2 | 300 | 660 | conf regarding opp to PI and response |
| Lizz Matos | 2/21/2018 | letter to DOC | 0.3 | 300 | 90 | letter and email to DOC re client visit and bringing camera |
| Lizz Matos | 2/23/2018 | review amicus | 0.7 | 300 | 210 | reviewed and commented on amicus brief |
| Lizz Matos | 2/27/2018 | Telephone call | 1.7 | 300 | 510 | call with team to prepare for hearing |
| Lizz Matos | 2/28/2018 | PI and MTD hearing | 2.5 | 300 | 750 | attend motion hearing, assist at counsel table |
| Lizz Matos | 3/5/2018 | reviewed order | 0.3 | 300 | 90 | reviewed order and correspondance regarding order |
| Lizz Matos | 3/6/2018 | teleconference | 0.8 | 300 | 240 | teleconference with team to discuss order and next steps |
| Lizz Matos | 3/15/2018 | visit Plaintiff in prison | 2.1 | 300 | 630 | |
| Lizz Matos | 3/19/2018 | opp to d's motion | 0.3 | 300 | 90 | edited opp to motion for clarification |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lizz Matos | 4/10/2018 | legal research | 0.7 | 300 | 210 | research regarding collective bargaining and strip searches |
| Lizz Matos | 4/13/2018 | edit motion | 0.3 | 300 | 90 | edit opp to US motion for extension of time |
| Lizz Matos | 5/15/2018 | teleconference | 1.1 | 300 | 330 | call with team to discuss getting additional plaintiffs |
| Lizz Matos | 5/17/2018 | visit to MCI-Norfolk | 2.9 | 300 | 870 | interviewd Plaintiff and other potential plaintiffs |
| Lizz Matos | 5/18/2018 | letter to opp counsel | 0.8 | 300 | 240 | drafted letter to opposing counsel regarding concerns and violations of order issued in case |
| Lizz Matos | 6/13/2018 | teleconference | 1.3 | 300 | 390 | teleconference with team re status of case and letter to court re new legislation |
| Lizz Matos | 6/25/2018 | research for PI | 1.3 | 300 | 390 | research re mootness, PLRA and potential damages claim |
| Lizz Matos | 6/28/2018 | meet and confer call | 1.9 | 300 | 570 | meet and confer with parties and debrief/next steps |
| Lizz Matos | 7/3/2018 | meet and confer follow up letter | 0.4 | 300 | 120 | edited meet and confer letter to opposing counsel, correspondance with counsel |
| Lizz Matos | 7/5/2018 | renewed PI motion | 0.3 | 300 | 90 | edits |
| Lizz Matos | 7/12/2018 | drafted affidavit | 0.3 | 300 | 90 | drafted with Plaintiff and edited 3rd affidavit of client for filing |
| Lizz Matos | 8/2/2018 | review of transfer decision | 0.2 | 300 | 60 | reviewed decision of DOC |
| Lizz Matos | 8/7/2018 | teleconference | 0.9 | 300 | 270 | teleconference with team re transfer, next steps and potential issues |
| Lizz Matos | 8/14/2018 | teleconference | 0.8 | 300 | 240 | teleconference with team re problems with transfer and letter to DOC |
| Lizz Matos | 8/14/2018 | letter to opp counsel | 0.8 | 300 | 240 | drafted letter to opposing counsel regarding Plaintiff's transition to MCI-Framingham |
| Lizz Matos | 8/21/2018 | teleconference | 1.2 | 300 | 360 | teleconference with team and then DOC re transfer |
| Lizz Matos | 10/29/2018 | teleconference | 0.7 | 300 | 210 | teleconference with team re impending transfer |
| Lizz Matos | 12/7/2018 | teleconference | 0.9 | 300 | 270 | teleconference with team regarding re transfer update and next steps |
| Lizz Matos | 12/18/2018 | teleconference | 1.1 | 300 | 330 | teleconference re what proposed settlement would look like |
| | | **Totals** | **45.2** | | **13560** | |