# EXHIBIT B

| Attorney | Date | Activity Type | Hours Spent | Rate | Cost | Notes |
|---|---|---|---|---|---|---|
| Joel Thompson | 7/26/2017 | Review | 1.4 | 350 | 490 | Review draft ▇▇▇ complaint and email comments thereon; review memoranda re ▇▇▇, ohter potential plaintiffs. |
| Joel Thompson | 8/11/2017 | Prison Visit | 1.9 | 350 | 665 | Prison visit to ▇▇▇ re litigation, recent developments since she began grieving. |
| Joel Thompson | 8/14/2017 | Drafting | 0.2 | 350 | 70 | Draft outline of dates given by Ms ▇▇▇ for exhaustion; forward outline and documents provided by Ms. ▇▇▇ to Ms. Piper. |
| Joel Thompson | 8/14/2017 | Review | 0.6 | 350 | 210 | Review engagement agreement; email co-counsel re same and re issues that may arise during client visit. |
| Joel Thompson | 8/16/2017 | Review | 1.7 | 350 | 595 | Review draft Complaint and propose changes thereto. |
| Joel Thompson | 9/8/2017 | Legal Research | 0.6 | 350 | 210 | Legal research re accommodation request and inmate grievance procedures, requirement for including number on appeal form, possible options. |
| Joel Thompson | 9/8/2017 | Legal Research | 0.3 | 350 | 105 | Locate DOC policy on obtaining medical exam of prisoner client by outside medical expert; review and forward to co-counsel. |
| Joel Thompson | 9/27/2017 | Review | 0.6 | 350 | 210 | Review messages and respond re preparation of medical records, prearing request for expert to enter prison to evaluate Ms. ▇▇▇. |
| Joel Thompson | 9/29/2017 | Review | 0.2 | 350 | 70 | Review and reply to message re exhaustion, release forms, expert. |
| Joel Thompson | 10/24/2017 | Review | 0.3 | 350 | 105 | Review draft email to AGO and propose revision. |
| Joel Thompson | 11/2/2017 | Review | 0.7 | 350 | 245 | Review email from co-counsel; review DOC records for Ms. ▇▇▇ re prior sex offenses, recommendations for SOTP, etc. |
| Joel Thompson | 12/8/2017 | Legal Research | 1 | 350 | 350 | Legal research of exhaustion issue raised by co-counsel. |
| Joel Thompson | 1/12/2018 | Legal Research | 0.9 | 350 | 315 | Legal research re law governing substantive due process claim. |
| Joel Thompson | 1/16/2018 | Review | 0.5 | 350 | 175 | Review draft opposition to motion to dismiss. |
| Joel Thompson | 1/16/2018 | Legal Research | 0.5 | 350 | 175 | Legal research re availability of substantive due process claim. |
| Joel Thompson | 1/17/2018 | Review | 0.4 | 350 | 140 | Review draft preliminary injunction motion. |
| Joel Thompson | 1/17/2018 | Legal Research | 1.6 | 350 | 560 | Legal research re equal protection claims in prison, procedural due process in prison (classification, housing). |
| Joel Thompson | 1/17/2018 | Legal Research | 0.9 | 350 | 315 | Legal research re procedural due process law as applied to housing, classification, transfers. |
| Joel Thompson | 1/18/2018 | Drafting | 1 | 350 | 350 | Outline and begin drafting opposition to motion to dismiss section on due process claim. |
| Joel Thompson | 1/18/2018 | Telephone call | 0.9 | 350 | 315 | Conference call with co-counsel re opposition to motion to dismiss, preparation of preliminary injunction motion. |
| Joel Thompson | 1/19/2018 | Drafting | 2.4 | 350 | 840 | Draft and supplement research for due process argument in opposition to motion to dismiss. |
| Joel Thompson | 1/22/2018 | Drafting | 2.5 | 350 | 875 | Research and draft due process section of opposition to motion to dismiss. |

| Name | Date | Task | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Joel Thompson | 1/22/2018 | Legal Research | 1.4 | 350 | 490 | Legal research re ADA and prisons, scope of Title II, for opposition to motion to dismiss. |
| Joel Thompson | 1/31/2018 | Legal Research | 1 | 350 | 350 | Research re liberty interest that is state-created, necessity of identifying regulation, potential candidates. |
| Joel Thompson | 1/31/2018 | Review | 0.5 | 350 | 175 | Review list of remedies requested in motion for preliminary injunction, propose rewording and discuss relative merits of negative vs. mandatory injunction. |
| Joel Thompson | 2/27/2018 | Review | 0.7 | 350 | 245 | Review motion to dismiss / motion for PI papers, prepare questions for conference call. |
| Joel Thompson | 2/28/2018 | Court Appearance | 1.2 | 350 | 420 | Attend oral argument on motion to dismiss / motion for PI. |
| Joel Thompson | 4/12/2018 | Review | 0.7 | 350 | 245 | Review and propose addition to opposition to DOJ motion for more time to respond. |
| Joel Thompson | 6/14/2018 | Review | 0.2 | 350 | 70 | Begin review of opinion denying motion to dismiss. |
| Joel Thompson | 6/18/2018 | Review | 0.2 | 350 | 70 | Continued review of opinion denying motion to dismiss. |
| | | **Totals** | **27** | | **9450** | |