# EXHIBIT C

| Paralegal | Date | Activity Type | Hours Spent | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| Kate Piper | 7/6/2017 | Telephone call | 0.4 | 125 | 50 | call with ▮ explaining MPCH appeal |
| Kate Piper | 7/12/2017 | Preparation | 0.3 | 125 | 37.5 | for visit with ▮ tomorrow |
| Kate Piper | 7/13/2017 | Prison Visit | 0.8 | 125 | 100 | client meeting with ▮ |
| Kate Piper | 7/19/2017 | Correspondence w/client | 0.2 | 125 | 25 | letter to ▮ asking her to call asap |
| Kate Piper | 7/20/2017 | Telephone call | 0.2 | 125 | 25 | call with ▮ re denial of informal gvc and ADA request process |
| Kate Piper | 7/21/2017 | Correspondence w/client | 0.5 | 125 | 62.5 | letter to ▮ with completed ADA request and instructions |
| Kate Piper | 7/24/2017 | Drafting | 1.7 | 125 | 212.5 | reading/editing/adding to ▮ complaint |
| Kate Piper | 7/24/2017 | Correspondence w/client | 0.3 | 125 | 37.5 | ADA request appeal sent to ▮ with instructions |
| Kate Piper | 7/27/2017 | Drafting | 0.1 | 125 | 12.5 | reviewed/edited notes from 7.13.17 visit with ▮, distributed. |
| Kate Piper | 7/27/2017 | Admin | 0.1 | 125 | 12.5 | talk w/ records dept at MCIN re: ▮ six part and other records |
| Kate Piper | 7/28/2017 | Telephone call | 0.5 | 125 | 62.5 | talk with LM and ▮ on phone about grievance process, filing appeal, other qstns |
| Kate Piper | 7/28/2017 | Correspondence w/client | 0.4 | 125 | 50 | letter to ▮ re: gvc/appeal process, IPS Piva |
| Kate Piper | 7/28/2017 | Review | 0.6 | 125 | 75 | read 103 CMR 491, new gvc policy to advise ▮ |
| Kate Piper | 7/28/2017 | Admin | 0.1 | 125 | 12.5 | rec'd class report, responded asking to come view six part. |
| Kate Piper | 7/31/2017 | Admin | 0.1 | 125 | 12.5 | searching file for orisignal CORi-must be w MCIN already |
| Kate Piper | 7/31/2017 | Correspondence w/client | 0.2 | 125 | 25 | letter to ▮ re: CORI |
| Kate Piper | 7/31/2017 | Admin | 0.1 | 125 | 12.5 | finding med release for Caring Health Center for ▮ |
| Kate Piper | 8/1/2017 | Telephone call | 0.6 | 125 | 75 | with ▮ on complaint detail accuracy |

| Name | Date | Activity | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Kate Piper | 8/1/2017 | Review | 0.7 | 125 | 87.5 | read 2nd draft complaint and discussed with legal intern |
| Kate Piper | 8/1/2017 | Drafting | 0.9 | 125 | 112.5 | editing 2nd draft complaint for details after convo w ▮ |
| Kate Piper | 8/2/2017 | Review | 0.2 | 125 | 25 | read engagement letter |
| Kate Piper | 8/2/2017 | Admin | 0.1 | 125 | 12.5 | records request follow up email to Norfolk |
| Kate Piper | 8/2/2017 | Drafting | 0.6 | 125 | 75 | finished my edits on complaint draft 2 and read through again for good measure |
| Kate Piper | 8/7/2017 | Review | 0.2 | 125 | 25 | sorting through and scanning grievances |
| Kate Piper | 8/7/2017 | File Review | 0.3 | 125 | 37.5 | reviewing grievances for complaint accuracy |
| Kate Piper | 8/9/2017 | File Review | 2.5 | 125 | 312.5 | viewing ▮ six part at MCIN |
| Kate Piper | 8/10/2017 | Admin | 0.1 | 125 | 12.5 | follow up via email w DOC and Goodwinto get six part records |
| Kate Piper | 8/10/2017 | Telephone call | 0.4 | 125 | 50 | call w/ ▮ re: gvc denial, shower curtain now gone |
| Kate Piper | 8/11/2017 | Correspondence w/client | 0.2 | 125 | 25 | letter to ▮ re: upcoming visit |
| Kate Piper | 8/14/2017 | Review | 0.1 | 125 | 12.5 | read distributed article on federal case challenging application of PREA to trans prisoners |
| Kate Piper | 8/15/2017 | Review | 0.5 | 125 | 62.5 | read newest draft of ▮ complaint |
| Kate Piper | 8/16/2017 | Preparation | 0.4 | 125 | 50 | preparing for visit: find/prinet typed & blank grievances. Organize filed grivances and date order them on claendar |
| Kate Piper | 8/16/2017 | Admin | 0.2 | 125 | 25 | looked for NY DCJIS, called NY state, found MA DCJIS release |
| Kate Piper | 8/16/2017 | Admin | 0.4 | 125 | 50 | on the phone with DJCIS NY and drafting request for records |
| Kate Piper | 8/16/2017 | Drafting | 0.4 | 125 | 50 | more edits to newest draft of complaint |
| Kate Piper | 8/16/2017 | Admin | 0.1 | 125 | 12.5 | called CAring Health Center for a release (▮ street doctor) |
| Kate Piper | 8/18/2017 | Preparation | 0.3 | 125 | 37.5 | printed visit materials, prepped Goodwin attys on that day's visit/mostly gvc related |
| Kate Piper | 9/8/2017 | Admin | 0.1 | 125 | 12.5 | email, scan, print gvc/response |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kate Piper | 9/8/2017 | Review | 0.3 | 125 | 37.5 | re-read ADA and gvc policies as they relate to ██'s rejected gvc |
| Kate Piper | 9/11/2017 | Preparation | 0.8 | 125 | 100 | For tomorrow's visit: prep gvc/ADA paperwork, request CAring release, emails with LL re paperwork he received, email with JT about missing paperwork, written instructions/timeline for ██ |
| Kate Piper | 9/12/2017 | Prison Visit | 1 | 125 | 125 | met with ██ re: gvcs, ada request, etc... |
| Kate Piper | 9/15/2017 | Admin | 0.3 | 125 | 37.5 | created atty release, caring release, sent to ██ |
| Kate Piper | 9/18/2017 | Admin | 0.1 | 125 | 12.5 | call after call to Caring Health center. Just fax me the release I keep asking you for. |
| Kate Piper | 9/18/2017 | Admin | 0.1 | 125 | 12.5 | Still trying to get Caring release. They say it didn't go through last time. Call #6 |
| Kate Piper | 9/18/2017 | Correspondence w/client | 0.1 | 125 | 12.5 | started letter to ██. can't complete til tomorrow. |
| Kate Piper | 9/20/2017 | Correspondence w/client | 0.1 | 125 | 12.5 | sent caring release and sase. |
| Kate Piper | 9/21/2017 | Meetings | 0.9 | 125 | 112.5 | .5 interview of potential expert--Subia, .2 discussion w/ attys after interview, .2 follow up emails |
| Kate Piper | 9/26/2017 | Correspondence w/client | 0.2 | 125 | 25 | create and send crim atty release that includes Goodwin and GLAD attys (last one didn't) |
| Kate Piper | 9/26/2017 | Telephone call | 0.2 | 125 | 25 | spoke to ██ about ADA appeal rec'd and gvc to file. Also crim atty and Caring release. |
| Kate Piper | 9/27/2017 | Admin | 0.5 | 125 | 62.5 | organizing med files, scan, save, send |
| Kate Piper | 9/27/2017 | File Review | 0.3 | 125 | 37.5 | review of ██ NY crim record |
| Kate Piper | 9/27/2017 | Medical record review | 2.2 | 125 | 275 | condensing and organizing DOC and Hampden County med records |
| Kate Piper | 9/27/2017 | Correspondence w/client | 0.3 | 125 | 37.5 | medical expert releases created and sent to ██ |
| Kate Piper | 10/2/2017 | Admin | 0.3 | 125 | 37.5 | scan/intake releases and gvc denials from ██ |
| Kate Piper | 10/2/2017 | Admin | 0.1 | 125 | 12.5 | requested ██ Caring Health Center records |
| Kate Piper | 10/3/2017 | Telephone call | 0.2 | 125 | 25 | ██ calls to update on ADA/gvc process and recent paperwork |
| Kate Piper | 10/5/2017 | Admin | 0.1 | 125 | 12.5 | releases rec'd, scan and distribute |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kate Piper | 10/13/2017 | Review | 0.5 | 125 | 62.5 | review of submitted gvc and response and comparison to informal complaint |
| Kate Piper | 10/13/2017 | Correspondence w/client | 0.2 | 125 | 25 | news media letter |
| Kate Piper | 10/13/2017 | Legal Research | 0.3 | 125 | 37.5 | review 103 CMR 131 |
| Kate Piper | 10/16/2017 | Admin | 0.2 | 125 | 25 | requesting again with caring ██ records |
| Kate Piper | 10/18/2017 | Correspondence w/client | 0.3 | 125 | 37.5 | re: reclass |
| Kate Piper | 10/19/2017 | Legal Research | 0.2 | 125 | 25 | review of DOC media policy re: DOC refusal to sign form |
| Kate Piper | 10/19/2017 | Telephone call | 0.1 | 125 | 12.5 | w/ sherri elliot re: media |
| Kate Piper | 10/24/2017 | Admin | 0.1 | 125 | 12.5 | locate mpch gvc denial |
| Kate Piper | 10/25/2017 | Review | 0.1 | 125 | 12.5 | letter to AG |
| Kate Piper | 11/13/2017 | Review | 0.2 | 125 | 25 | of motion to review under pseudonym |
| Kate Piper | 11/14/2017 | Telephone call | 0.3 | 125 | 37.5 | w/ client on class hearing, filing, news story, etc... |
| Kate Piper | 11/20/2017 | Correspondence w/client | 0.3 | 125 | 37.5 | re: complaint filed, BG article, RE upcoming eval |
| Kate Piper | 11/28/2017 | Telephone call | 0.3 | 125 | 37.5 | Call w/ ██ re: 3-2 harassment, Ettner eval, Globe article |
| Kate Piper | 11/29/2017 | Telephone call | 0.3 | 125 | 37.5 | 2 calls w/ probate court re: ██ name change |
| Kate Piper | 11/29/2017 | Correspondence w/client | 0.3 | 125 | 37.5 | on name change, housing, globe article and class paperwork. |
| Kate Piper | 12/6/2017 | Telephone call | 0.4 | 125 | 50 | w/ ██ re: retaliation, getting lugged, threats |
| Kate Piper | 12/7/2017 | Correspondence w/client | 0.2 | 125 | 25 | to ██ outlining harassment/retaliation documentation and grievances |
| Kate Piper | 12/7/2017 | Admin | 0.4 | 125 | 50 | spread sheet documenting harassment/retaliation/grievances |
| Kate Piper | 12/7/2017 | Telephone call | 0.4 | 125 | 50 | w/ ██ on mammogram experience, shoer curtains, harassment, documentation |
| Kate Piper | 12/8/2017 | Review | 0.2 | 125 | 25 | 103doc491 |
| Kate Piper | 12/8/2017 | Correspondence w/client | 0.2 | 125 | 25 | about shank incident, safety when documenting |
| Kate Piper | 12/8/2017 | Legal Research | 0.2 | 125 | 25 | informal complaint SOP |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kate Piper | 12/12/2017 | Telephone call | 0.2 | 125 | 25 | w/ ▉ aunt/cousin re: history of ▉ as a woman and photos and ID |
| Kate Piper | 12/12/2017 | Correspondence w/client | 0.3 | 125 | 37.5 | to ▉ re harassment, visit, mtg w/ attys, family communication, etc... |
| Kate Piper | 12/12/2017 | Admin | 0.2 | 125 | 25 | DOC/LSH records request |
| Kate Piper | 12/12/2017 | Admin | 0.2 | 125 | 25 | phone call and follow up fax to Caring Health Center re med records |
| Kate Piper | 12/13/2017 | Drafting | 2.4 | 125 | 300 | creating chronology of ▉'s GD history and incarceration history |
| Kate Piper | 12/15/2017 | Drafting | 1.4 | 125 | 175 | affidavit--▉ |
| Kate Piper | 12/19/2017 | Drafting | 0.2 | 125 | 25 | created release to give/receive info to ▉ family |
| Kate Piper | 12/19/2017 | Admin | 0.1 | 125 | 12.5 | calling for records from rive valley |
| Kate Piper | 12/19/2017 | Preparation | 0.1 | 125 | 12.5 | for 12/21 visit: printing releases, documents to review w/ ▉ |
| Kate Piper | 12/20/2017 | Drafting | 1.1 | 125 | 137.5 | complete first draft of ▉ affidavit |
| Kate Piper | 12/21/2017 | Prison Visit | 2 | 125 | 250 | visit w/ ▉ re: affidavit. Stayed beyond LM visit time. |
| Kate Piper | 12/26/2017 | Admin | 0.1 | 125 | 12.5 | intake notes from visit. |
| Kate Piper | 12/26/2017 | Correspondence w/client | 0.4 | 125 | 50 | to ▉ re: releases, updates, family contact, affidavit |
| Kate Piper | 12/26/2017 | Admin | 0.3 | 125 | 37.5 | found 2 needed releases to send, LSH records to team, scanning completed releases |
| Kate Piper | 1/2/2018 | Drafting | 0.6 | 125 | 75 | edits to ▉ affidavit |
| Kate Piper | 1/3/2018 | Admin | 0.2 | 125 | 25 | records req follow up with Caring and req' to Norwood Hosp |
| Kate Piper | 1/3/2018 | Telephone call | 0.5 | 125 | 62.5 | 2 calls w/ ▉ on showers, affidavit review, med update, etc... |
| Kate Piper | 1/3/2018 | Drafting | 0.2 | 125 | 25 | editing affidavit |
| Kate Piper | 1/8/2018 | Correspondence w/client | 0.3 | 125 | 37.5 | to ▉: SORB, sister's affidavit, visit, MH clinician |
| Kate Piper | 1/8/2018 | Telephone call | 0.2 | 125 | 25 | call w/ Maria Garcia--sister |
| Kate Piper | 1/9/2018 | Telephone call | 0.2 | 125 | 25 | ▉ calls re: new shower procedure |
| Kate Piper | 1/10/2018 | Drafting | 0.4 | 125 | 50 | editing LM version of affidavit |

| Name | Date | Task | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Kate Piper | 1/11/2018 | Drafting | 0.4 | 125 | 50 | edit ■ aff for new facts |
| Kate Piper | 1/11/2018 | Telephone call | 0.4 | 125 | 50 | w/ ■ sister, MG |
| Kate Piper | 1/11/2018 | Drafting | 1.3 | 125 | 162.5 | MG affidavit |
| Kate Piper | 1/16/2018 | Medical record review | 0.3 | 125 | 37.5 | Caring records |
| Kate Piper | 1/16/2018 | Telephone call | 0.4 | 125 | 50 | w/ ■ new harassment, shower, Sherri Elliot |
| Kate Piper | 1/16/2018 | Drafting | 0.1 | 125 | 12.5 | final review of MG affidavit |
| Kate Piper | 1/17/2018 | Telephone call | 0.1 | 125 | 12.5 | call to records dept at MCIN |
| Kate Piper | 1/17/2018 | File Review | 0.4 | 125 | 50 | review of gvc records sent by MCIN |
| Kate Piper | 1/17/2018 | Review | 0.4 | 125 | 50 | ■ LSH records review |
| Kate Piper | 1/17/2018 | File Review | 0.6 | 125 | 75 | review of DOC med records for hormone issues |
| Kate Piper | 1/17/2018 | Review | 0.3 | 125 | 37.5 | of Ettner affidavit for any ■ detail in accuracies |
| Kate Piper | 1/18/2018 | Preparation | 0.1 | 125 | 12.5 | new signature pages for ■ affi |
| Kate Piper | 1/23/2018 | Medical record review | 0.4 | 125 | 50 | for MH reported harassment episodes |
| Kate Piper | 1/24/2018 | Review | 0.1 | 125 | 12.5 | of ■ s recent letter to IPS |
| Kate Piper | 1/25/2018 | Drafting | 0.1 | 125 | 12.5 | small typo edits to ■ affi |
| Kate Piper | 1/26/2018 | Drafting | 0.2 | 125 | 25 | paragraphs 2 and 3 editing |
| Kate Piper | 2/1/2018 | Review | 0.2 | 125 | 25 | of ■ retaliation/harassment reports and potential response from attys--w/ LM |
| Kate Piper | 2/2/2018 | Admin | 0.2 | 125 | 25 | scan/review/intake of letter re: harassment and emergency gvc re strip by Clementa and LeBlanc |
| Kate Piper | 2/2/2018 | Admin | 0.3 | 125 | 37.5 | records invoice/denial reviewed (.1), call to Ciox re: invoice (.1), call to Norwood Hsop re: denial |
| Kate Piper | 2/5/2018 | Admin | 0.2 | 125 | 25 | spoke with norwood hospital about sensitive info/records release (.1), sent ■ new release with instructions (.1) |
| Kate Piper | 2/8/2018 | Review | 0.4 | 125 | 50 | editing letter to opposing counsel for harassment details |
| Kate Piper | 2/8/2018 | Telephone call | 0.6 | 125 | 75 | two calls w/ ■ on harassment, housing, showers, PI hearing, med release, PREA complaints, MH clinician |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kate Piper | 2/13/2018 | Research non-legal | 0.4 | 125 | 50 | policy/practice of clients wearing court appropriate street clothes in court |
| Kate Piper | 2/13/2018 | Telephone call | 0.4 | 125 | 50 | w/ █ re: 3 interview w/ Supt special investigator today |
| Kate Piper | 2/13/2018 | Correspondence w/client | 0.2 | 125 | 25 | began ltr to █ |
| Kate Piper | 2/14/2018 | Correspondence w/client | 0.4 | 125 | 50 | court, clothing, atty visit, family contact, photos, PREA |
| Kate Piper | 2/20/2018 | Telephone call | 0.1 | 125 | 12.5 | call from MCIN questioning our camera request on legal visit |
| Kate Piper | 2/20/2018 | Telephone call | 0.1 | 125 | 12.5 | call w/ sister Maria re: upcoming hearing and court clothes |
| Kate Piper | 2/20/2018 | Admin | 0.3 | 125 | 37.5 | letter to Supt concerning legal visit with camera on 2/22/18 |
| Kate Piper | 2/20/2018 | Drafting | 0.6 | 125 | 75 | edit of supp affi █ |
| Kate Piper | 2/20/2018 | Admin | 0.3 | 125 | 37.5 | req' MCIN med rec from cut off of last rec (had to retrieve cut off date) and attempted req of Hosp rec'-- unwitnessed, so new release downloaded for █ |
| Kate Piper | 2/22/2018 | Review | 0.8 | 125 | 100 | of class reports, and search for housing risk assessment reviews (103 DOC 652.09.B) in CORI/med records |
| Kate Piper | 2/22/2018 | Preparation | 1.8 | 125 | 225 | bought suit, blouse, shoes for █ to wear to court |
| Kate Piper | 2/22/2018 | Telephone call | 0.1 | 125 | 12.5 | phone call w/ heather, supt secretary re: property procedure for █ to get court clothes |
| Kate Piper | 2/26/2018 | Review | 0.3 | 125 | 37.5 | review of █ docs/records to determine accurate housing timeline |
| Kate Piper | 2/28/2018 | Court Appearance | 0.7 | 125 | 87.5 | PI/MTD |
| Kate Piper | 3/1/2018 | Legal Research | 0.3 | 125 | 37.5 | review of DOC classification policy for anything relevant to gender/facility assignment |
| Kate Piper | 3/5/2018 | Review | 0.2 | 125 | 25 | Stearn's initial order on PI/MTD |
| Kate Piper | 3/6/2018 | Admin | 0.1 | 125 | 12.5 | scan/upload █ new CORI and Norwood Hosp release |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kate Piper | 3/15/2018 | Admin | 0.1 | 125 | 12.5 | scan/upload/email ▮ new "shower letter" from DOC to team |
| Kate Piper | 3/16/2018 | Admin | 1 | 125 | 125 | review of file for outstanding classification/bed history records requests (.3) and new requests made for: bed history, classification, housing risk assessment, GD records, PREA records to MCIN records, Medeiros and MPCH (.7) |
| Kate Piper | 3/21/2018 | Admin | 0.1 | 125 | 12.5 | filing recent paperwork |
| Kate Piper | 4/2/2018 | Telephone call | 0.4 | 125 | 50 | call w/ ▮ about: harassment from Sgt, DOC investigations into harassment, insufficient shower time, harassment from nurse, name change paperwork, req' copies of order/article |
| Kate Piper | 4/2/2018 | Telephone call | 0.2 | 125 | 25 | w/ paralegal Terri Taylor at MPCH re: GD Com records req and whether or not mtg minutes, etc... should be included. |
| Kate Piper | 4/2/2018 | File Review | 0.2 | 125 | 25 | reviewed records sample sent by MPCH (GD com mtg min) and determine they are fine, but we needs EVERYTHING |
| Kate Piper | 4/26/2018 | Telephone call | 0.7 | 125 | 87.5 | w/ ▮ (2 calls, one w/ LM, one w/o LM) to get details on strips/showers/harassment since court order |
| Kate Piper | 5/11/2018 | Admin | 0.1 | 125 | 12.5 | upload/review letter to ▮ from DOC that PREA against staff unfounded |
| Kate Piper | 5/14/2018 | Telephone call | 0.3 | 125 | 37.5 | talk w/ ▮ about parole potential, Sgt Clemente, hormones, harassment, showers |
| Kate Piper | 5/18/2018 | File Review | 0.6 | 125 | 75 | review of rec rec'd and outstanding rec req to MCIN to figure out what we're waiting on, what we have, and what is left to req' |
| Kate Piper | 5/22/2018 | Admin | 0.2 | 125 | 25 | call to MCIN gvc coordinator and follow up fax w/ rec req |
| Kate Piper | 5/22/2018 | Admin | 0.2 | 125 | 25 | call to MCIN records dept for oustanding rec' req' |
| Kate Piper | 5/22/2018 | Admin | 0.2 | 125 | 25 | call and email to MPCH re: outstanding GD rec req |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kate Piper | 5/22/2018 | Admin | 0.2 | 125 | 25 | review of records requests to determine outstnading req' |
| Kate Piper | 5/22/2018 | Admin | 0.1 | 125 | 12.5 | call to MCIN med records dept follow up on outstanding rec req |
| Kate Piper | 5/22/2018 | Admin | 0.2 | 125 | 25 | fax from MCIN re rec req, follow up call to clarify b/c CORI already submitted, follow up fax to send them CORI release yet again |
| Kate Piper | 5/24/2018 | Telephone call | 0.3 | 125 | 37.5 | call w/ ▮ on all the IPS interviews they're calling her for and parole thoughts |
| Kate Piper | 5/30/2018 | Telephone call | 0.3 | 125 | 37.5 | call w/ ▮ on updates on treatment at MCIN |
| Kate Piper | 6/18/2018 | Correspondence w/client | 0.4 | 125 | 50 | letter explaining judge's ruling on MTD, parole, next steps |
| Kate Piper | 6/25/2018 | Telephone call | 0.3 | 125 | 37.5 | w/ ▮ re: yesterday's eval by Andrade for MCIF transfer |
| Kate Piper | 8/8/2018 | Preparation | 0.5 | 125 | 62.5 | met w/ LM re: visit tomorrow (.2); 2 calls with MCIN to set up visit (.1), type up of topics for visit and docs from DOC |
| Kate Piper | 8/9/2018 | Review | 0.3 | 125 | 37.5 | of memo to Turco re: ▮ transfer |
| Kate Piper | 8/9/2018 | Admin | 0.1 | 125 | 12.5 | trying to get ▮ class reprt |
| Kate Piper | 8/9/2018 | Review | 0.1 | 125 | 12.5 | of female class scoring system/overrides |
| Kate Piper | 8/9/2018 | Prison Visit | 1 | 125 | 125 | reviewed memo re: transfer to MCIF. aprehensions about being PC there, next steps, PI, etc... |
| Kate Piper | 8/14/2018 | Admin | 0.3 | 125 | 37.5 | transcribed visit notes to file |
| Kate Piper | 8/21/2018 | Telephone call | 0.2 | 125 | 25 | w/ cl;ient re: PC at MCIF, transfer, etc... |
| Kate Piper | 8/22/2018 | Admin | 0.3 | 125 | 37.5 | found/downloaded Female Class manual and MCIF orientation handbook for ▮ at her req' |
| Kate Piper | 8/23/2018 | Telephone call | 0.1 | 125 | 12.5 | call to ▮ crim atty Brendon Freeman |
| Kate Piper | 9/4/2018 | Telephone call | 0.3 | 125 | 37.5 | w/ ▮ re: uptick in harassment |
| Kate Piper | 9/4/2018 | Correspondence w/client | 0.4 | 125 | 50 | w/ ▮: gvcs, harassment, inmate acct, transfer, etc... |
| Kate Piper | 9/6/2018 | Telephone call | 0.4 | 125 | 50 | call w/ ▮ re: Clemente harassment, transfer, Code C |
| Kate Piper | 9/10/2018 | Telephone call | 0.3 | 125 | 37.5 | w/ ▮ re: transfer and property |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kate Piper | 9/18/2018 | Telephone call | 0.3 | 125 | 37.5 | w/ ▌ re: ongoing harassment, upcoming transfer, frozen acct |
| Kate Piper | 9/20/2018 | Admin | 0.1 | 125 | 12.5 | scan and upload new gvcs re: strip searches/showers |
| Kate Piper | 9/20/2018 | Legal Research | 0.4 | 125 | 50 | read through of Inamte Funds CMR to figure out ▌ acct problems |
| Kate Piper | 9/20/2018 | Telephone call | 0.3 | 125 | 37.5 | w/ ▌ on what IPS is telling her about the transfer and concern that it won't happen, also about visit tomorrow. |
| Kate Piper | 9/25/2018 | Telephone call | 0.4 | 125 | 50 | w/ ▌ re: she's at MCIF! (.2), and to inform her family-- called sister and 2 aunts (.2) |
| Kate Piper | 10/1/2018 | Telephone call | 0.1 | 125 | 12.5 | w/ ▌ from MCIF |
| Kate Piper | 10/22/2018 | Admin | 0.1 | 125 | 12.5 | fax to MCIF re: visit w/ ▌ weds |
| Kate Piper | 10/24/2018 | Prison Visit | 0.9 | 125 | 112.5 | met w/ ▌ |
| Kate Piper | 11/1/2018 | Telephone call | 0.3 | 125 | 37.5 | w/ ▌ on new harassment and problem CO at MCIF |
| Kate Piper | 11/14/2018 | Telephone call | 0.3 | 125 | 37.5 | w/ ▌ re: visiting, calls, transfer |
| Kate Piper | 11/15/2018 | Telephone call | 0.2 | 125 | 25 | w/ ▌ re: electrolysis |
| Kate Piper | 11/21/2018 | Legal Research | 0.5 | 125 | 62.5 | new visiting regs for deadlines/transfers/additions |
| Kate Piper | 11/26/2018 | Telephone call | 0.2 | 125 | 25 | w/ ▌ re: problems at MCIF and electrolysis |
| Kate Piper | 12/2/2018 | Prison Visit | 1.3 | 125 | 162.5 | hard visit w/ ▌ |
| Kate Piper | 12/3/2018 | Review | 0.6 | 125 | 75 | of long and sad notes from yesterdays mtg w/ ▌ and type into memo for team |
| Kate Piper | 12/10/2018 | Telephone call | 0.2 | 125 | 25 | w/ ▌ |
| Kate Piper | 12/10/2018 | Correspondence w/client | 0.1 | 125 | 12.5 | to ▌ |
| Kate Piper | 12/11/2018 | Admin | 0.2 | 125 | 25 | intake of correspondence re: kitchen harassment |
| Kate Piper | 12/14/2018 | Telephone call | 0.2 | 125 | 25 | call w/ ▌ |
| Kate Piper | 12/18/2018 | Review | 0.4 | 125 | 50 | careful review of CT GD policy for potential language for settlement |
| Kate Piper | 12/18/2018 | Review | 0.3 | 125 | 37.5 | review of NYC PREA policy for potential language for settlement |
| | | **Total** | **73.7** | | **9212.5** | |