UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12255-RGS

JANE DOE,
        Plaintiff

V.

MASSACHUSETTS DEPARTMENT
OF CORRECTION; THOMAS A. TURCO, III;
SEAN MEDEIROS; JAMES M. O'GARA, JR., and
STEPHANIE COLLINS,
        Defendants

## DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

Defendants, Massachusetts Department of Correction, Thomas A. Turco, III, Sean Medeiros, James M. O'Gara Jr., and Stephanie Collins, through counsel, hereby move that this Court enlarge the time for filing a response to plaintiffs' Motion for Award of Attorney's Fees and Costs, up to and including **Tuesday, June 18, 2019**.

In support of this motion, defendants state that the additional time is necessary to review the billing records provided by plaintiffs' counsel. The additional time is also required due to a previously scheduled vacation.

Plaintiffs' counsel has assented to the enlargement of time.

Accordingly, defendants respectfully request that the time for filing a response to Plaintiffs' Motion for an Award of Attorney's Fee and Costs be enlarged up to and including **Tuesday, June 18, 2019**.

Dated: May 22, 2019                              Respectfully submitted,

                                                                                NANCY ANKERS WHITE
                                                                                Special Assistant Attorney General

Jennifer M. Staples, BBO# 631399  
Legal Division  
Department of Correction  
70 Franklin Street, Suite 600  
Boston, MA 02110-1300  
(617) 727-3300, ext. 1144  
Jennifer.Staples@DOC.state.ma.us

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1m I hereby certify that on May 21, 2019, I conferred via email with plaintiff's counsel regarding the relief sought herein. Plaintiff assents to the relief requested.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 22, 2019.

Dated: May 22, 2019

/s/Jennifer M. Staples