UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12255-RGS

JANE DOE,
      Plaintiff

V.

MASSACHUSETTS DEPARTMENT
OF CORRECTION; THOMAS A. TURCO, III;
SEAN MEDEIROS; JAMES M. O'GARA, JR., and
STEPHANIE COLLINS,
      Defendants

### DEFENDANTS' MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendants move for leave of Court to file its Opposition to Plaintiff's Motion for Attorneys' Fees and Costs Memorandum of Law in excess of twenty pages. As reasons therefore, defendants state that a lengthier memorandum is necessary in light of the complex arguments contained in plaintiff's Motion, and will better assist the Court in ruling on plaintiff's requests and defendants' opposing arguments.

WHEREFORE, defendants request that the instant Motion be **allowed**.

Dated: 6/18/2019
                                    Respectfully submitted,

                                    NANCY ANKERS WHITE
                                    Special Asst. Attorney General

                                    /s/ Jennifer M. Staples
                                    Jennifer M. Staples,
                                    BBO No. 631399
                                    Legal Division
                                    Department of Correction
                                    70 Franklin Street, Suite 600
                                    Boston, MA 02110
                                    (617) 727-3300, Ext. 1144
                                    Jennifer.Staples@DOC.state.ma.us

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF this date.

Date:  June 18, 2019  /s/ Jennifer M. Staples
Jennifer M. Staples, Counsel

2