*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 7/6/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call with J.D. explaining MPCH appeal | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/10/2017 | 4 | $ 600.00 | 2,400.00 | research ADA case law | Not specifying what pleading research is for | | Excessive time |
| Jennifer Levi (GLAD) | 7/11/2017 | 3.5 | $ 600.00 | 2,100.00 | compile and draft analysis | Not specifying what analysis is of/for | | Excessive time |
| | | | | | | Analysis of an internal document is non-core | | |
| Jennifer Levi (GLAD) | 7/12/2017 | 1.5 | $ 600.00 | 900.00 | write-up interview Qs | Not specifying who interviews are with | | |
| Kate Piper (Paralegal) (PLS) | 7/12/2017 | 0.3 | $ 125.00 | 37.50 | Preparation: for visit with J.D. tomorrow | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/13/2017 | 0.5 | $ 600.00 | 300.00 | write up memo re: interviews | Not specifying who interviews are with | | |
| | | | | | | Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/13/2017 | 0.8 | $ 125.00 | 100.00 | Prison Visit: client meeting with Jane Doe | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 7/13/2017 | 3.2 | $ 300.00 | 960.00 | Interviews at MCI-Norfolk: interviewed plaintiff | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/14/2017 | 3 | $ 600.00 | 1,800.00 | research EP case law; state claims | Block billing | | Excessive time on research |
| | | | | | | Not specifying what pleading research is for | | |
| Jennifer Levi (GLAD) | 7/17/2017 | 2.5 | $ 600.00 | 1,500.00 | review case law (ADA/EP); DOC policy and regs | Block billing | | Excessive time on research |
| | | | | | | Not specifying what pleading research is for | | |
| Jennifer Levi (GLAD) | 7/19/2017 | 3.5 | $ 600.00 | 2,100.00 | draft/revise complaint | | | |
| Kate Piper (Paralegal) (PLS) | 7/19/2017 | 0.2 | $ 125.00 | 25.00 | Correspondence w/client: letter to Jane Doe asking her to call asap | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/20/2017 | 0.2 | $ 125.00 | 25.00 | Telephone call: call with J.D. re denial of informal gvc and ADA request process | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/21/2017 | 0.5 | $ 125.00 | 62.50 | Correspondence w/client: letter to Jane Doe with completed ADA request and instructions | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/24/2017 | 2.5 | $ 600.00 | 1,500.00 | review medical records | Not specifying what review is for | | |
| | | | | | | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/24/2017 | 1.7 | $ 125.00 | 212.50 | Drafting: reading/adding to J.D. complaint | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 7/24/2017 | 0.3 | $ 125.00 | 37.50 | Correspondence w/client: ADA request appeal sent to J.D. with instructions | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 7/24/2017 | 2.1 | $ 300.00 | 630.00 | meeting at Goodwin: discussed complaint and claims to raise | Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 7/25/2017 | 2 | $ 600.00 | 1,200.00 | review edits from PLS; revise; | Block billing | | |
| | | | | | | Not specifying what edits are of/for | | |
| | | | | | | Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 7/26/2017 | 3.5 | $ 600.00 | 2,100.00 | correspondence to team; re: updates; research; team meeting | Block billing | | Excessive time |
| | | | | | | Team meetings/co-counsel correspondence is non-core | | |
| Joel Thompson (PLS) | 7/26/2017 | 1.4 | $ 350.00 | 490.00 | Review: Review draft Jane Doe complaint and email comments thereon: review memoranda re Jane Doe ohter potential plaintiffs. | Block billing | | |
| | | | | | | Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/27/2017 | 0.1 | $ 125.00 | 12.50 | Drafting: reviewed/edited notes from 7.13.17 visit with J.D. distributed. | Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/27/2017 | 0.1 | $ 125.00 | 12.50 | Admin: talk w/ records dept at MCIN re: J.D. six part and other records | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 7/27/2017 | 0.4 | $ 300.00 | 120.00 | complaint drafting and editing: editing of initial complaint | | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.5 | $ 125.00 | 62.50 | Telephone call: talk with LM and J.D. on phone about grievance process, filing appeal, other qstns | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.4 | $ 125.00 | 50.00 | Correspondence w/client: letter to J.D. re: gvc/appeal process, IPS Piva | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.6 | $ 125.00 | 75.00 | Review: read 103 CMR 491, new gvc policy to advise J.D. | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.1 | $ 125.00 | 12.50 | Admin: rec'd class report, responded asking to come view six part. | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 7/28/2017 | 0.8 | $ 300.00 | 240.00 | Telephone call: phone call with Jane Doe | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/31/2017 | 0.1 | $ 125.00 | 12.50 | Admin: searching file for orisgnal CORi-must be w MCIN already | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/31/2017 | 0.2 | $ 125.00 | 25.00 | Correspondence w/client: letter to J.D. re: CORI | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/31/2017 | 0.1 | $ 125.00 | 12.50 | Admin: finding med release for Caring Health Center for J.D. | Admin tasks are non-core | | |

All Plaintiff's Counsel Fee Entries

Jane Doe v. Massachusetts Department of Correction
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 8/1/2017 | 0.6 | $ 125.00 | $ 75.00 | Telephone call: with ▇ on complaint detail accuracy | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 8/1/2017 | 0.7 | $ 125.00 | $ 87.50 | Review: read 2nd draft complaint and discussed with legal intern | Reading legal document is non-core (only writing legal document is core) | | |
| Kate Piper (Paralegal) (PLS) | 8/1/2017 | 0.9 | $ 125.00 | $ 112.50 | Drafting: editing 2nd draft complaint for details after convo w ▇ | | | |
| Kate Piper (Paralegal) (PLS) | 8/2/2017 | 0.2 | $ 125.00 | $ 25.00 | Review: read engagement letter | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 8/2/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: records request follow up email to Norfolk | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/2/2017 | 0.6 | $ 125.00 | $ 75.00 | Drafting: finished my edits on complaint draft 2 and read through again for good measure | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 8/7/2017 | 0.3 | $ 125.00 | $ 37.50 | File Review: reviewing grievances for complaint accuracy | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/7/2017 | 0.2 | $ 125.00 | $ 25.00 | Review: sorting through and scanning grievances | Sorting/scanning documents is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2017 | 2.5 | $ 125.00 | $ 312.50 | File Review: viewing ▇ six part at MCIN | Document review is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 8/10/2017 | 2.5 | $ 600.00 | $ 1,500.00 | BK feedback incorporated in current complaint | Correspondence with team/co-counsel is non-core. Not specifying if incorporating includes writing the complaint | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 8/10/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: follow up via email to DOC and Goodwin to get six part records | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/10/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call w/ ▇ re: gvc denial, shower curtain now gone | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 8/11/2017 | 1.9 | $ 350.00 | $ 665.00 | Prison Visit: Prison visit to ▇Jane Doe▇ re litigation, recent developments since she began grieving. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 8/11/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: letter to ▇ re: upcoming visit | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 8/14/2017 | 0.2 | $ 350.00 | $ 70.00 | Drafting: Draft outline of dates given by Ms. ▇Jane Doe▇ for exhaustion; forward outline and documents provided by Ms. ▇Jane Doe▇ to Ms. Piper. | Internal note/memo is non-core Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 8/14/2017 | 0.6 | $ 350.00 | $ 210.00 | Review: Review engagement agreement: email co-counsel re same and re issues that may arise during client visit. | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/14/2017 | 0.1 | $ 125.00 | $ 12.50 | Review: read distributed article on federal case challenging application of PREA to trans prisoners | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 8/15/2017 | 0.5 | $ 125.00 | $ 62.50 | Review: read newest draft of ▇ complaint | Reading legal document is non-core (only writing is core) | | |
| Joel Thompson (PLS) | 8/16/2017 | 1.7 | $ 350.00 | $ 595.00 | Review: Review draft Complaint and propose changes thereto. | Reviewing documents is non-core (only writing is core) | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.4 | $ 125.00 | $ 50.00 | Preparation: preparing for visit find/print typed & blank grievances. Organize filed grivances and date order them on claendar | Block billing Preparation, organizing, and calendaring are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.2 | $ 125.00 | $ 25.00 | Admin: looked for NY DCJIS, called NY state, found MA DCJIS release | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.4 | $ 125.00 | $ 50.00 | Admin: on the phone with DJCIS NY and drafting request for records | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.4 | $ 125.00 | $ 50.00 | Drafting: more edits to newest draft of complaint | | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: called CAring Health Center for a release ▇ street doctor) | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/18/2017 | 0.3 | $ 125.00 | $ 37.50 | Preparation: printed visit materials, prepped Goodwin attys on that day's visit/mostly gvc related | Block billing Correspondence with team/co-counsel is non-core Printing documents is non-core | | |
| Jennifer Levi (GLAD) | 8/24/2017 | 4 | $ 600.00 | $ 2,400.00 | revised edit, redraft complaint; notes to file | Internal note/memo is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 9/8/2017 | 1.5 | $ 600.00 | $ 900.00 | confer w/ SM, AW re: claims; national case law | Block billing Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 9/8/2017 | 0.6 | $ 350.00 | $ 210.00 | Legal Research: Legal research re accommodation request and inmate grievance procedures, requirement for including number on appeal form, possible options. | | | |
| Joel Thompson (PLS) | 9/8/2017 | 0.3 | $ 350.00 | $ 105.00 | Legal Research: Locate DOC policy on obtaining medical exam of prisoner client by outside medical expert: review and forward to co-counsel. | Block billing | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 9/8/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: email, scan, print gvc/response | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/8/2017 | 0.3 | $ 125.00 | $ 37.50 | Review: re-read ADA and gvc policies as they relate to J.D. rejected gvc | Re-reading is non-core | | |
| Jennifer Levi (GLAD) | 9/11/2017 | 2.5 | $ 600.00 | $ 1,500.00 | research re: experts; notes; drafts | Block billing<br>Expert research is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 9/11/2017 | 0.8 | $ 125.00 | $ 100.00 | Preparation: For tomorrow's visit: prep gvc/ADA paperwork, request CAring release, emails with LL re paperwork he received, email with JT about missing paperwork, written instructions/timeline for JD | Block billing<br>Preparation of paperwork is non-core<br>Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 9/12/2017 | 1.5 | $ 600.00 | $ 900.00 | drafting/research re: EP claims | Block billing<br>Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 9/12/2017 | 1 | $ 125.00 | $ 125.00 | Prison Visit: met with Jane Doe re: gvcs, ada request, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/15/2017 | 0.3 | $ 125.00 | $ 37.50 | Admin: created atty release, caring release, sent to Jane Doe | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: call after call to Caring Health center. Just fax me the release I keep asking you for. | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: Still trying to get Caring release. They say it didn't go through last time. Call #6 | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2017 | 0.1 | $ 125.00 | $ 12.50 | Correspondence w/client: started letter to J.D. can't complete til tomorrow. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/20/2017 | 0.1 | $ 125.00 | $ 12.50 | Correspondence w/client: sent caring release and sase. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/21/2017 | 0.9 | $ 125.00 | $ 112.50 | Meetings: .5 interview of potential expert--Subia, .2 discussion w/ attys after interview, .2 follow up emails | Block billing<br>Correspondence with third party/experts is non-core<br>Team/ co-counsel correspondence is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/26/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: create and send crim atty release that includes Goodwin and GLAD attys (last one didn't) | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/26/2017 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: spoke to JD about ADA appeal rec'd and gvc to file. Also crim atty and Caring release. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 9/27/2017 | 0.6 | $ 350.00 | $ 210.00 | Review: Review messages and respond re preparation of medical records, prearing request for expert to enter prison to evaluate Ms. Jane Doe | Block billing<br>Third party/expert correspondence is non-core<br>Preparing documents is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 0.3 | $ 125.00 | $ 37.50 | File Review: review of JD NY crim record | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 0.5 | $ 125.00 | $ 62.50 | Admin: organizing med files, scan, save, send | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 2.2 | $ 125.00 | $ 275.00 | Medical record review: condensing and organizing DOC and Hampden County med records | Condensing and organizing documents is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: medical expert releases created and sent to JD | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 9/29/2017 | 0.2 | $ 350.00 | $ 70.00 | Review: Review and reply to message re exhaustion, release forms, expert. | Not specifying to whom message is to/from | | |
| Jennifer Levi (GLAD) | 10/2/2017 | 2 | $ 600.00 | $ 1,200.00 | review security expert CVs; review DOC regs | Block billing<br>Expert research is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 10/2/2017 | 0.3 | $ 125.00 | $ 37.50 | Admin: scan/intake releases and gvc denials from JD | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/2/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: requested JD Caring Health Center records | Admin tasks are non-core | | |
| Jennifer Levi (GLAD) | 10/3/2017 | 1 | $ 600.00 | $ 600.00 | review administrative appeal of reas acc request (KP records) | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 10/3/2017 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: JD calls to update on ADA/gvc process and recent paperwork | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/5/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: releases rec'd, scan and distribute | Admin tasks are non-core | | |
| Louis Lobel (Goodwin Procter) | 10/7/2017 | 2.5 | $ 250.00 | $ 625.00 | Draft brief in support of motion for a preliminary injunction; teleconference with Ms.[_]Piper | Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 10/8/2017 | 2.5 | $ 600.00 | $ 1,500.00 | review medical records for expert review (RE); prepare docs | Block billing<br>Expert prep is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 10/9/2017 | 1 | $ 600.00 | $ 600.00 | review criminal history docs | Not specifying what review is for<br>Document review is non-core | | |
| Jennifer Levi (GLAD) | 10/10/2017 | 1.5 | $ 600.00 | $ 900.00 | Revise complaint; research remedies; revise | Block billing | | |
| Jennifer Levi (GLAD) | 10/11/2017 | 2 | $ 600.00 | $ 1,200.00 | Revise/edit complaint | | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Jennifer Levi (GLAD) | 10/12/2017 | 2.5 | $ 600.00 | $ 1,500.00 | Research jurisdx; FRA research; complaint revisions | Block billing | | |
| Jennifer Levi (GLAD) | 10/13/2017 | 3.5 | $ 600.00 | $ 2,100.00 | Review APA, AMA policies; draft | Block billing | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 10/13/2017 | 0.5 | $ 125.00 | $ 62.50 | Review: review of submitted gvc and response and comparison to informal complaint | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/13/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: news media letter | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/13/2017 | 0.3 | $ 125.00 | $ 37.50 | Legal Research: review 103 CMR 131 | Not specifying what pleading research is for | | |
| Louis Lobel (Goodwin Procter) | 10/13/2017 | 1.9 | $ 250.00 | $ 475.00 | Teleconference with team; edit draft of brief in support of preliminary injunction | Block billing<br>Correspondence with team/co-counsel is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 10/16/2017 | 0.2 | $ 125.00 | $ 25.00 | Admin: requesting again with caring J.D. records | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/18/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: re: reclass | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/19/2017 | 0.2 | $ 125.00 | $ 25.00 | Legal Research: review of DOC media policy re: DOC refusal to sign form | | | |
| Kate Piper (Paralegal) (PLS) | 10/19/2017 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: w/ sherri elliot re: media | Not specifying Sherri Elliot's role in case | | |
| Joel Thompson (PLS) | 10/24/2017 | 0.3 | $ 350.00 | $ 105.00 | Review: Review draft email to AGO and propose revision. | Third party correspondence is non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/24/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: locate mpch gvc denial | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/25/2017 | 0.1 | $ 125.00 | $ 12.50 | Review: letter to AG | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 10/26/2017 | 0.6 | $ 250.00 | $ 300.00 | Edit complaint; draft Jane Doe complaint | | | |
| Ashley Drake (Goodwin Procter) | 11/1/2017 | 6.7 | $ 250.00 | $ 1,675.00 | Draft motion and memorandum in support to proceed under a pseudonym | | | Excessive time |
| Jennifer Levi (GLAD) | 11/2/2017 | 2 | $ 600.00 | $ 1,200.00 | review DOC files | Document review is non-core | Review of our file is duplicate of Thompson 11/2/17 | |
| Joel Thompson (PLS) | 11/2/2017 | 0.7 | $ 350.00 | $ 245.00 | Review: Review email from co-counsel; review DOC records for Ms. Jane Doe re prior sex offenses, recommendations for SOTP, etc. | Block billing<br>Correspondence with team/co-counsel is non-core | Review of our file is duplicate of Levi 11/2/17 | |
| Jennifer Levi (GLAD) | 11/3/2017 | 2.5 | $ 600.00 | $ 1,500.00 | email to team re: disclosure, identity concerns and associated research | Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 11/7/2017 | 4 | $ 600.00 | $ 2,400.00 | client meeting; transcribed notes; update BK | Block billing<br>Correspondence with plaintiff is non-core if not in preparation for depo/trial<br>Transcribed notes is administrative task<br>BK Correspondence with team/co-counsel is non-core | | Excessive time |
| Ashley Drake (Goodwin Procter) | 11/8/2017 | 0.3 | $ 250.00 | $ 75.00 | Review Commonwealth's opposition | | | |
| Jennifer Levi (GLAD) | 11/8/2017 | 0.5 | $ 600.00 | $ 300.00 | email review to team re: timing and | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/13/2017 | 0.2 | $ 125.00 | $ 25.00 | Review: of motion to review under pseudonym | Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 11/14/2017 | 1.3 | $ 475.00 | $ 617.50 | Review status, filing plans and all associated papers; revise draft Complaint; conference with Mr.[_]Lobel, Ms.[_]Drake and Ms.[_]Carney regarding filing of draft Complaint | Block billing<br>Correspondence with team/co-counsel is non-core<br>Status review is non-core | Conference duplicate of Lobel 11/14/17 | |
| Ashley Drake (Goodwin Procter) | 11/14/2017 | 4.4 | $ 250.00 | $ 1,100.00 | Edit cover motion and memorandum in support of motion to proceed under a pseudonym; research relevant First Circuit case law | Block billing | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 11/14/2017 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ client re: class hearing, filing, news story, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 11/14/2017 | 0.5 | $ 300.00 | $ 150.00 | review of complaint | Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/14/2017 | 5.3 | $ 250.00 | $ 1,325.00 | Edit named complaint and Jane Doe complaint; edit Motion to File Under Pseudonym; teleconference with Ms.[_]Levi; meet with Mr.[_]Downs, Ms.[_]Drake and Ms.[_]Carney; teleconference with | Block billing<br>Correspondence with team/co-counsel is non-core | Conference duplicate of Downs 11/14/17 | Excessive time |
| Anthony Downs (Goodwin Procter) | 11/15/2017 | 1.4 | $ 475.00 | $ 665.00 | Attention to Section 1983 claim and jury trial issue; final review of draft Complaint; emails to team regarding same | Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 11/16/2017 | 0.4 | $ 475.00 | $ 190.00 | Review emails regarding filing and strategy issues | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/20/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: re: complaint filed, BG article, RE upcoming eval | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Anthony Downs (Goodwin Procter) | 11/22/2017 | 0.2 | $ 475.00 | $ 95.00 | Review emails regarding motion for preliminary injunction | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/26/2017 | 0.8 | $ 250.00 | $ 200.00 | Draft outline of "Success on the merits" section of brief in support of motion for preliminary injunction | Outline is not drafting substantive portions of a pleading | | |
| Ashley Drake (Goodwin Procter) | 11/27/2017 | 0.4 | $ 250.00 | $ 100.00 | Call with Mr.[_]Lobel and Ms.[_]Carney to discuss preliminary injunction research | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/27/2017 | 0.8 | $ 250.00 | $ 250.00 | Research and outline success on the merits section of the brief in support of the preliminary injunction; email Ms.[]Levi | Block billing Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal (PLS) | 11/28/2017 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: Call w/ **JD** re: 3-2 harassment, Ettner eval, Globe article | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 11/28/2017 | 1.7 | $ 250.00 | $ 425.00 | Research for success on the merits section of preliminary injunction | | | |
| Ashley Drake (Goodwin Procter) | 11/29/2017 | 1.1 | $ 250.00 | $ 275.00 | Research case law regarding Massachusetts constitutional claims | Not specifying pleading research is for | Duplicate excessive task of 12/1/17 | |
| Jennifer Levi (GLAD) | 11/29/2017 | 4 | $ 600.00 | $ 2,400.00 | research for PI; confer w/ SM re: ADA; GD claims | Block billing Team/co-counsel corresponsence is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 11/29/2017 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: calls w/ probate court re: **JD** name change | Call with different court unrelated to case is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/29/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: on name change, housing, globe article and class paperwork. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 11/30/2017 | 3.5 | $ 600.00 | $ 2,100.00 | research for PI; state constitutional claims; ADA; review Blatt materials | Block billing Not specifying what pleading research is for | | Excessive time |
| Ashley Drake (Goodwin Procter) | 12/1/2017 | 3.3 | $ 250.00 | $ 825.00 | Research case law regarding Massachusetts constitutional claims | Not specifying what pleading research is for | Duplicate excessive task of 11/29/17 | Excessive time |
| Jennifer Levi (GLAD) | 12/1/2017 | 3.5 | $ 600.00 | $ 2,100.00 | Team conferral re: PI; claims and relief; follow up research on claims | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 12/5/2017 | 4 | $ 600.00 | $ 2,400.00 | emails to Goodwin/PLS; expert review and research | Block billing Correspondence with team/co-counsel is non-core Expert research is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 12/6/2017 | 2 | $ 600.00 | $ 1,200.00 | review emails; evaluate comms strategy/risk | Block billing Review of correspondence is non-core Evaluation is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 12/6/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ **Jane Doe** re: retaliation, getting lugged, threats | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/7/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: to **JD** outlining harassment/retaliation documentation and grievances | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/7/2017 | 0.4 | $ 125.00 | $ 50.00 | Admin: spread sheet documenting harassment/retaliation/grievances | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/7/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ **JD** on mammogram experience, shoer curtains, harassment, documentation | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 12/8/2017 | 1 | $ 350.00 | $ 350.00 | Legal Research: Legal research of exhaustion issue raised by co-counsel. | | | |
| Kate Piper (Paralegal) (PLS) | 12/8/2017 | 0.2 | $ 125.00 | 25.00 | Review: 103doc491 | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 12/8/2017 | 0.2 | $ 125.00 | 25.00 | Correspondence w/client: about shank incident, safety when documenting | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/8/2017 | 0.2 | $ 125.00 | 25.00 | Legal Research: informal complaint SOP | Not specifying what was researched | | |
| Louis Lobel (Goodwin Procter) | 12/8/2017 | 1.9 | $ 250.00 | $ 475.00 | Research for motion for preliminary injunction; edit outline | Block billing Outline is not drafting substantive portions of a pleading | | |
| Louis Lobel (Goodwin Procter) | 12/11/2017 | 0.6 | $ 250.00 | $ 150.00 | Respond to calls from third party sources; edit and send draft outline of motion for preliminary injunction; teleconference with Mr.[_]Downs | Block billing Third party correspondence is non-core Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.2 | $ 125.00 | 25.00 | Telephone call: w/ **JD** aunt/cousin re: history of **JD** as a woman and photos and ID | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: to **JD** re harassment, visit, mtg w/ attys, family communication, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.2 | $ 125.00 | 25.00 | Admin: DOC/LSH records request | Admin tasks are non-core | | |

All Plaintiff's Counsel Fee Entries

Jane Doe v. Massachusetts Department of Correction

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.2 | $ 125.00 | $ 25.00 | Admin: phone call and follow up fax to Caring Health Center re med records | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 12/12/2017 | 0.9 | $ 300.00 | $ 270.00 | conference call w/litigation team: discussed parameters of complaint and whether or not to include additional plaintiffs | Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 12/13/2017 | 0.3 | $ 475.00 | $ 142.50 | Review emails regarding status of preparation of injunction motion | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/13/2017 | 2.4 | $ 125.00 | $ 300.00 | Drafting: creating chronology of ▆▆ GD history and incarceration history | Internal note/memo is non-core | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/13/2017 | 5.3 | $ 250.00 | $ 1,325.00 | Draft motion in support of preliminary injunction and temporary restraining order | | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/14/2017 | 0.5 | $ 250.00 | $ 125.00 | Research for and draft memorandum in support of motion for preliminary injunction | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 12/15/2017 | 1.4 | $ 125.00 | $ 175.00 | Drafting: affidavit-▆▆ | Not specifying what affidavit is for | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/15/2017 | 3.2 | $ 250.00 | $ 800.00 | Research for and draft memorandum in support of motion for preliminary injunction | Block billing | Duplicate task on 12/14/17 Duplicate motion draft as Downs 12/18/17 | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/17/2017 | 2 | $ 250.00 | $ 500.00 | Draft and edit memorandum in support of motion for a preliminary injunction | | Duplicate motion draft as Downs 12/18/17 | |
| Anthony Downs (Goodwin Procter) | 12/18/2017 | 1 | $ 475.00 | $ 475.00 | Review and revise draft preliminary injunction motion | | Duplicate motion draft as Lobel 12/15/17, 12/17/17, 12/18/17 | |
| Louis Lobel (Goodwin Procter) | 12/18/2017 | 2.3 | $ 250.00 | $ 575.00 | Edit draft of memorandum in support of motion for preliminary injunction | | Duplicate motion draft as Downs 12/18/17 | |
| Kate Piper (Paralegal) (PLS) | 12/19/2017 | 0.2 | $ 125.00 | $ 25.00 | Drafting: created release to give/receive info to ▆▆ family | Not specifying what release is for | | |
| Kate Piper (Paralegal) (PLS) | 12/19/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: calling for records from rive valley | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/19/2017 | 0.1 | $ 125.00 | $ 12.50 | Preparation: for 12/21 visit: printing releases, documents to review w/ ▆▆ | Meeting prep with plaintiff is non-core | | |
| Lizz Matos (PLS) | 12/19/2017 | 0.2 | $ 300.00 | $ 60.00 | Meetings: called ▆▆ aunt's re copy of ID and photos, etc. | Meeting with plaintiff/family is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 12/19/2017 | 2.6 | $ 250.00 | $ 650.00 | Research for and edit memorandum in support of motion for preliminary injunction | Block billing | | |
| Ashley Drake (Goodwin Procter) | 12/20/2017 | 2.2 | $ 250.00 | $ 550.00 | Research case law regarding Massachusetts due process claims | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 12/20/2017 | 1.1 | $ 125.00 | $ 137.50 | Drafting: complete first draft of ▆▆ affidavit | No specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 12/20/2017 | 4 | $ 250.00 | $ 1,000.00 | Edit memorandum in support of motion for preliminary injunction | | | Excessive time |
| Anthony Downs (Goodwin Procter) | 12/21/2017 | 0.1 | $ 475.00 | $ 47.50 | Review and revise draft motion for a temporary restraining order | | | |
| Ashley Drake (Goodwin Procter) | 12/21/2017 | 1.7 | $ 250.00 | $ 425.00 | Edit draft motion for preliminary injunction and temporary restraining order | | Duplicate motion edit as Lobel 12/21/17 | |
| Kate Piper (Paralegal) (PLS) | 12/21/2017 | 2 | $ 125.00 | $ 250.00 | Prison Visit: visit w/ ▆▆ re: affidavit. Stayed beyond LM visit time. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/21/2017 | 1.4 | $ 250.00 | $ 350.00 | Meet with Ms.[_]Drake; edit memorandum in support of preliminary injunction; email team | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit as Drake 12/21/17 | |
| Kate Piper (Paralegal) (PLS) | 12/26/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: intake notes from visit. | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/26/2017 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: to ▆▆ re: releases, updates, family contact, affidavit | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/26/2017 | 0.3 | $ 125.00 | $ 37.50 | Admin: found 2 needed releases to send, LSH records to team, scanning completed releases | Admin tasks are non-core | | |
| Jennifer Levi (GLAD) | 12/27/2017 | 3.5 | $ 600.00 | $ 2,100.00 | confer w/ BK re: PI merits, arguments; relief; research | Block billing Correspondence with team/co-counsel is non-core Not specifying what pleading research is for | | Excessive time |
| Lizz Matos (PLS) | 12/29/2017 | 0.3 | $ 300.00 | $ 90.00 | ▆▆ affidavit: edited ▆▆ affidavit | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/2/2018 | 0.6 | $ 125.00 | $ 75.00 | Drafting: edits to ▆▆ affidavit | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/3/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: records req follow up with Caring and req' to Norwood Hosp | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/3/2018 | 0.5 | $ 125.00 | $ 62.50 | Telephone call: 2 calls w/ ▆▆ on showers, affidavit review, med detail, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/3/2018 | 0.2 | $ 125.00 | $ 25.00 | Drafting: editing affidavit | Not specifying what affidavit is for | | |

All Plaintiff's Counsel Fee Entries

Jane Doe v. Massachusetts Department of Correction
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Jennifer Levi (GLAD) | 1/4/2018 | 2 | $ 600.00 | $ 1,200.00 | review MTD; research oppo to MTD | Block billing; Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 1/5/2018 | 1 | $ 475.00 | $ 475.00 | Review and revise draft PI outline and affidavits; conference with Mr.[_]Lobel regarding proposed PI | Block billing; Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/5/2018 | 0.7 | $ 250.00 | $ 175.00 | Review and revise draft affidavits | Not specifying what affidavits are for | | |
| Jennifer Levi (GLAD) | 1/5/2018 | 1.5 | $ 600.00 | $ 900.00 | review MTD; review RE affidavit | Block billing; Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 1/5/2018 | 2.1 | $ 250.00 | $ 525.00 | Draft memorandum in support of preliminary injunction; review and revise motion to dismiss | Block billing | Duplicate draft motion as Downs 1/8/18 | |
| Louis Lobel (Goodwin Procter) | 1/7/2018 | 5.1 | $ 250.00 | $ 1,275.00 | Draft memorandum in support of preliminary injunction | | Duplicate draft motion as Downs 1/8/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/8/2018 | 0.1 | $ 475.00 | $ 47.50 | Review and revise draft preliminary injunction motion | | Duplicate draft motion as Lobel 1/5/18, 1/7/18 | |
| Ashley Drake (Goodwin Procter) | 1/8/2018 | 8.1 | $ 250.00 | $ 2,025.00 | Review and analyze Defendant's motion to dismiss; draft opposition to motion to dismiss; edit motion extending deadline to file the opposition to the motion to dismiss | Block billing | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/8/2018 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: to [_]SORB, sister's affidavit, visit, MH clinician | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/8/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: call w/ Maria Garcia--sister | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 1/8/2018 | 3.5 | $ 250.00 | $ 875.00 | Edit draft of memorandum in support of preliminary injunction | | Duplicate draft motion as Downs 1/8/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 1/9/2018 | 5.2 | $ 250.00 | $ 1,300.00 | Meeting with Mr[_]Lobel and Ms.[_]Levi to discuss dismiss and filing for injunctive relief; draft outline for opposition to motion to dismissstrategy for responding to Defendants' motion to | Block billing; Correspondence with team/co-counsel is non-core | Duplicate meeting as Lobel 1/9/18 | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/9/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: [_]calls re: new shower procedure | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 1/9/2018 | 3.5 | $ 250.00 | $ 875.00 | Meet with Ms.[_]Levi and Ms.[_]Drake at GLAD headquarters; draft opposition to motion to dismiss | Block billing; Correspondence with team/co-counsel is non-core | Duplicate meeting as Drake 1/9/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/10/2018 | 1.3 | $ 475.00 | $ 617.50 | Review and revise draft declaration of Jane Doe; review defendant's opposition to Motion to Dismiss; revise preliminary injunction motion | Block billing | | |
| Ashley Drake (Goodwin Procter) | 1/10/2018 | 4.5 | $ 250.00 | $ 1,125.00 | Draft updated outline for opposition to motion to dismiss based on meeting with Ms.[_]Levi and Mr.[_]Lobel | Outline is not drafting substantive portions of legal document | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/10/2018 | 0.4 | $ 125.00 | $ 50.00 | Drafting: editing LM version of affidavit | Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 1/10/2018 | 0.9 | $ 250.00 | $ 225.00 | Research and draft opposition to motion to dismiss | Block billing | | |
| Anthony Downs (Goodwin Procter) | 1/11/2018 | 0.5 | $ 475.00 | $ 237.50 | Conference with Mr.[_]Lobel regarding Opposition to Motion to Dismiss | Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/11/2018 | 3.3 | $ 250.00 | $ 825.00 | Edit draft opposition to motion to dismiss | | Duplicate motion edit task as Lobel 1/12/18 | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 0.4 | $ 125.00 | $ 50.00 | Drafting: edit [_]aff for new facts | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ [_]sister, MG | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 1.3 | $ 125.00 | $ 162.50 | Drafting: MG affidavit | Not specifying what affidavit is for | | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/11/2018 | 4.4 | $ 250.00 | $ 1,100.00 | Research, draft and edit opposition to motion to dismiss | Block billing | | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/12/2018 | 0.5 | $ 475.00 | $ 237.50 | Review and revise draft Opposition to Motion to Dismiss | | Duplicate motion draft task as Lobel 1/11/18, 1/12/18 and Drake 1/11/18 | |
| Ashley Drake (Goodwin Procter) | 1/12/2018 | 0.7 | $ 250.00 | $ 175.00 | Edit draft opposition to motion to dismiss | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18 | |
| Joel Thompson (PLS) | 1/12/2018 | 0.9 | $ 350.00 | $ 315.00 | Legal Research: Legal research re law governing substantive due process claim. | Not specifying what pleading research is for | | |
| Louis Lobel (Goodwin Procter) | 1/12/2018 | 3.2 | $ 350.00 | $ 800.00 | Edit opposition to motion to dismiss and brief in support of a preliminary injunction; meet with Ms.[_]Drake; teleconference with Mr.[_]Downs | Block billing; Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Drake 1/11/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/15/2018 | 2 | $ 475.00 | $ 950.00 | Review and revise draft Opposition to Motion to Dismiss | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18 and Downs 1/12/18 | |

All Plaintiff's Counsel Fee Entries

Jane Doe v. Massachusetts Department of Correction
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Jennifer Levi (GLAD) | 1/15/2018 | 3 | $ 600.00 | $ 1,800.00 | review plaintiff affidavit; revise; review medical records | Block billing<br>Document review is non-core<br>Not specifying what affidavit is for<br>Not specifying what is being revised | | |
| Louis Lobel (Goodwin Procter) | 1/15/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit opposition to motion to dismiss | | Duplicate motion edit task as Drake 1/11/18 and Downs 1/12/18 | |
| Joel Thompson (PLS) | 1/16/2018 | 0.5 | $ 350.00 | $ 175.00 | Legal Research: Legal research re availability of substantive due process claim. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/16/2018 | 0.5 | $ 350.00 | $ 175.00 | Review: Review draft opposition to motion to dismiss. | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/16/2018 | 0.3 | $ 125.00 | $ 37.50 | Medical record review: Caring records | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/16/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ [JD]new harassment, shower, Sherri Elliot | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/16/2018 | 0.1 | $ 125.00 | $ 12.50 | Drafting: final review of MG affidavit | Not specifying what affidavit is for | | |
| Lizz Matos (PLS) | 1/16/2018 | 0.6 | $ 300.00 | $ 180.00 | worked on expert affidavit: reviewed and edited affidavit, questions and comments to expert, email correspondance | Correspondence with third party/experts is non-core | | |
| Louis Lobel (Goodwin Procter) | 1/16/2018 | 2.3 | $ 250.00 | $ 575.00 | Coordinate team meeting; research for opposition to motion to dismiss | Block billing<br>Coordinating/scheduling is non-core<br>Correspondence with team/co-counsel is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/17/2018 | 0.5 | $ 475.00 | $ 237.50 | Review correspondence regarding status of Opposition to Motion to Dismiss | Not specifying if correspondence is from court (core) or team/co-counsel (non-core) | | |
| Joel Thompson (PLS) | 1/17/2018 | 1.6 | $ 350.00 | $ 560.00 | Legal Research: Legal research re equal protection claims in prison, procedural due process in prison (classification, housing). | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/17/2018 | 0.9 | $ 350.00 | $ 315.00 | Legal Research: Legal research re procedural due process law as applied to housing, classification, transfers. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/17/2018 | 0.4 | $ 350.00 | $ 140.00 | Review: Review draft preliminary injunction motion. | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.4 | $ 125.00 | $ 50.00 | File Review: review of gvc records sent by MCIN | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.4 | $ 125.00 | $ 50.00 | Review: [JD]LSH records review | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call to records dept at MCIN | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.6 | $ 125.00 | $ 75.00 | File Review: review of DOC med records for hormone issues | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: of Ettner affidavit for any [JD]detail in accuracies | Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 1/17/2018 | 1.8 | $ 250.00 | $ 450.00 | Research for opposition to motion to dismiss and brief in support of preliminary injunction | Not specifying what was researched | | |
| Ashley Drake (Goodwin Procter) | 1/18/2018 | 1.2 | $ 250.00 | $ 300.00 | Research case law for opposition to motion to dismiss | | | |
| Joel Thompson (PLS) | 1/18/2018 | 1 | $ 350.00 | $ 350.00 | Drafting: Outline and begin drafting opposition to motion to dismiss section on due process claim. | | | |
| Joel Thompson (PLS) | 1/18/2018 | 0.9 | $ 350.00 | $ 315.00 | Telephone call: Conference call with co-counsel re opposition to motion to dismiss, preparation of preliminary injunction motion. | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/18/2018 | 0.1 | $ 125.00 | $ 12.50 | Preparation: new signature pages for [JD]affi | Preparation of documents is non-core<br>Not specifying what affidavit is for | | |
| Lizz Matos (PLS) | 1/18/2018 | 0.3 | $ 300.00 | $ 90.00 | editing of [Jane Doe]affidavit: edited [Jane Doe]affidavit for PI | | | |
| Lizz Matos (PLS) | 1/18/2018 | 1.3 | $ 300.00 | $ 390.00 | litigation conference call: discussed developments in complaint | Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 1/19/2018 | 2.4 | $ 350.00 | $ 840.00 | Drafting: Draft and supplement research for due process argument in opposition to motion to dismiss. | Block billing | Duplicate motion draft as Lobel 1/19/18 | |
| Louis Lobel (Goodwin Procter) | 1/19/2018 | 3.1 | $ 250.00 | $ 775.00 | Research for, draft and edit section of opposition to motion to dismiss | Block billing | Duplicate motion draft as Thompson 1/19/18 | |
| Ashley Drake (Goodwin Procter) | 1/20/2018 | 0.9 | $ 250.00 | $ 225.00 | Research case law for opposition to defendants' motion to dismiss | | Duplicate motion research as on 1/18/18 | |
| Louis Lobel (Goodwin Procter) | 1/20/2018 | 1.9 | $ 250.00 | $ 475.00 | Research for, draft and edit section of opposition to motion to dismiss | Block billing | Duplicate motion draft as Thompson 1/19/18 | |
| Anthony Downs (Goodwin Procter) | 1/22/2018 | 1.6 | $ 475.00 | $ 760.00 | Review case law regarding "class of one" argument; revise draft Opposition to Motion to Dismiss | Block billing | | |
| Ashley Drake (Goodwin Procter) | 1/22/2018 | 0.6 | $ 250.00 | $ 150.00 | Research ADA case law for opposition to motion to dismiss | | Duplicate research for ADA law as Thompson 1/22/18 | |
| Jennifer Levi (GLAD) | 1/22/2018 | 2.5 | $ 600.00 | $ 1,500.00 | research re: PI/oppo to MTD; review expert affidavit | Block billing<br>Document review is non-core | | |

All Plaintiff's Counsel Fee Entries

Jane Doe v. Massachusetts Department of Correction

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Joel Thompson (PLS) | 1/22/2018 | 2.5 | $ 350.00 | $ 875.00 | Drafting: Research and draft due process section of opposition to motion to dismiss. | Block billing | | |
| Joel Thompson (PLS) | 1/22/2018 | 1.4 | $ 350.00 | $ 490.00 | Legal Research: Leagal research re ADA and prisons, scope of Title II, for opposition to motion to dismiss. | | Duplicate research for ADA law as Drake 1/22/18 | |
| Lizz Matos (PLS) | 1/22/2018 | 0.8 | $ 300.00 | $ 240.00 | editing affidavits: edited affidavits of plaintiff and correctional exper | Block billing<br>Not specifying what affidavts are for | | |
| Lizz Matos (PLS) | 1/22/2018 | 0.8 | $ 300.00 | $ 240.00 | work on opp to MTD: editing of Opp to MTD | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18 and Downs 1/12/18, 1/15/18 | |
| Louis Lobel (Goodwin Procter) | 1/22/2018 | 1.7 | $ 250.00 | $ 425.00 | Edit equal protection section of opposition to motion to dismiss; email team; teleconference with Mr.[_]Downs; meet with Ms.[_]Drake regarding opposition | Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/23/2018 | 1.3 | $ 250.00 | $ 325.00 | Research case law for opposition to motion to dismiss | | Dupliate research task as on 1/18/18 | |
| Kate Piper (Paralegal) (PLS) | 1/23/2018 | 0.4 | $ 125.00 | $ 50.00 | Medical record review: for MH reported harassment episodes | Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 1/24/2018 | 1.9 | $ 475.00 | $ 902.50 | Review Mass. prison regulations and 1st Circuit case law on 8th Amendment issues; review draft declarations; review draft motion to dismiss opposition | Block billing<br>Document review is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/24/2018 | 0.5 | $ 250.00 | $ 125.00 | Research case law for the opposition to the motion to dismiss | | Dupliate research task as on 1/18/18, 1/24/18 | |
| Kate Piper (Paralegal) (PLS) | 1/24/2018 | 0.1 | $ 125.00 | $ 12.50 | Review: of ARs recent letter to IPS | Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 1/24/2018 | 2.1 | $ 250.00 | $ 525.00 | Edit opposition to motion to dismiss; research notice requirements to United States Department of Justice; edit affidavit of Mr.[_]Aiken | Block billing<br>Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/25/2018 | 0.1 | $ 125.00 | $ 12.50 | Drafting: small typo edits to [**]affi | Not specifying what affidavit is for | | |
| Anthony Downs (Goodwin Procter) | 1/26/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft affidavits; draft Motion for Preliminary Injunction | Block billing<br>Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/26/2018 | 0.2 | $ 125.00 | $ 25.00 | Drafting: paragraphs 2 and 3 editing | Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 1/26/2018 | 1.9 | $ 250.00 | $ 475.00 | Draft motion for temporary restraining order and preliminary injunction; draft proposed temporary restraining order; teleconference with Ms.[_]Carney | Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 1/29/2018 | 2.3 | $ 475.00 | $ 1,092.50 | Review and revise Opposition to Motion to Dismiss; Review and revise case law on ADA | Block billing | Dupliate research for ADA law as Thompson 1/22/18 and Drake 1/22/18 | |
| Ashley Drake (Goodwin Procter) | 1/29/2018 | 0.3 | $ 250.00 | $ 75.00 | Review and revise current drafts of filings | | | |
| Louis Lobel (Goodwin Procter) | 1/29/2018 | 1.4 | $ 250.00 | $ 350.00 | Edit opposition to motion to dismiss | | | |
| Anthony Downs (Goodwin Procter) | 1/30/2018 | 4.9 | $ 475.00 | $ 2,327.50 | Review and revise draft opposition to motion to dismiss; Review and revise case law and case materials | Block billing | Dupliate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, Downs 1/12/18, 1/15/18 and Matos 1/22/18 | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/30/2018 | 4.8 | $ 250.00 | $ 1,200.00 | Edit opposition to motion to dismiss; meet with Ms.[_]Drake; teleconference with Ms.[_]Carney | Block billing<br>Correspondence with team/co-counsel is non-core | Dupliate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, Downs 1/12/18, 1/15/18, 1/30/18, and Matos 1/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/31/2018 | 2 | $ 475.00 | $ 950.00 | Revise draft Opposition to Motion to Dismiss; conference with Mr.[_]Lobel regarding same; review and revise documents for filing | Block billing<br>Correspondence with team/co-counsel is non-core | Dupliate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, 1/30/18, Downs 1/12/18, 1/15/18, 1/30/18, and Matos 1/22/18 | |
| Joel Thompson (PLS) | 1/31/2018 | 1 | $ 350.00 | $ 350.00 | Legal Research: Research re liberty interest that is state-created, necessity of identifying regulation, potential candidates. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/31/2018 | 0.5 | $ 350.00 | $ 175.00 | Review: Review list of remedies requested in motion for preliminary injunction, propose rewording and discuss relative merits of negative vs. mandatory injunction. | Not specifying if this is legal research or internal memo | | |
| Lizz Matos (PLS) | 1/31/2018 | 0.7 | $ 300.00 | $ 210.00 | research for PI: research for PI arguments/claims | Not specifying what was researched | | |
| Louis Lobel (Goodwin Procter) | 1/31/2018 | 5.7 | $ 250.00 | $ 1,425.00 | Teleconference with Mr.[_]Downs; edit opposition to motion to dismiss; draft motion for preliminary injunction; meet with Ms.[_]Drake to discuss draft motion for additional pages | Block billing<br>Correspondence with team/co-counsel is non-core | Dupliate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, 1/30/18, Downs 1/12/18, 1/15/18, 1/30/18, 1/31/18, and Matos 1/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/1/2018 | 2 | $ 475.00 | $ 950.00 | Revise draft memorandum in support of motion for preliminary injunction; emails with Mr.[_]Lobel regarding same; review and revise draft introduction | Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/1/2018 | 0.2 | $ 125.00 | $ 25.00 | Review: of [**]retaliation/harassment reports and potential response from attys--w/ LM | Document review is non-core | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Lizz Matos (PLS) | 2/1/2018 | 0.3 | $ 300.00 | $ 90.00 | editing on PI: editing of PI intro section | | | |
| Louis Lobel (Goodwin Procter) | 2/1/2018 | 6.1 | $ 250.00 | $ 1,525.00 | Edit brief in support of preliminary injunction; edit motion for preliminary injunction; edit motion for additional pages; meet with Mr.[_]Downs; meet with Ms.[_]Drake; edit affidavits of experts and Ms. [_] Doe | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/2/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: scan/review/intake of letter re: harassment and emergency gvc re strip by Clementa and LeBlanc | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/2/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: records invoice/denial reviewed (.1), call to Ciox re: invoice (.1), call to Norwood Hsop re: denial spoke with norwood hospital about sensitive | Admin tasks are non-core | | |
| Anthony Downs (Goodwin Procter) | 2/5/2018 | 0.2 | $ 475.00 | $ 95.00 | Attention to the Court's Scheduling Order and hearing date | | | |
| Kate Piper (Paralegal) (PLS) | 2/5/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: info/records release (.1), sent ▇▇ new release with instructions (.1) | Admin tasks are non-core | | |
| Anthony Downs (Goodwin Procter) | 2/6/2018 | 1.6 | $ 475.00 | $ 760.00 | Telephone conference with GLAD and PLS regarding preliminary injunction hearing; conference with Mr.[_]Lobel and Ms.[_]Drake regarding task list for pretrial hearing | Block billing Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 2/6/2018 | 1.3 | $ 300.00 | $ 390.00 | telephone call: conference call with litigation team and prep | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/6/2018 | 2.7 | $ 250.00 | $ 675.00 | Teleconference with team; draft petition for writ of habeas corpus ad testificandum; email team with agenda for this week | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/7/2018 | 4.2 | $ 475.00 | $ 1,995.00 | Prepare for oral argument; review case materials and ADA legislative history; conference with Mr[_]Lobel; review ADA materials | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Lizz Matos (PLS) | 2/7/2018 | 0.8 | $ 300.00 | $ 240.00 | letter to opp counsel: drafted letter to opposing counsel | Not specifying what correspondence is regarding | | |
| Anthony Downs (Goodwin Procter) | 2/8/2018 | 2 | $ 475.00 | $ 950.00 | Analyze ADA issues, case law and background materials for oral argument | | | |
| Jennifer Levi (GLAD) | 2/8/2018 | 2 | $ 600.00 | $ 1,200.00 | Hearing prep; review cases | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 2/8/2018 | 0.4 | $ 125.00 | $ 50.00 | Review: editing letter to opposing counsel for harassment details | | | |
| Kate Piper (Paralegal) (PLS) | 2/8/2018 | 0.6 | $ 125.00 | $ 75.00 | Telephone call: two calls w/ ▇▇ on harassment, housing, showers, PI hearing, med release, PREA complaints, MH clinician | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 2/9/2018 | 1.8 | $ 475.00 | $ 855.00 | Review case materials regarding ADA and gender discrimination; review background materials | Block billing Not specifying what are background materials Document review is non-core | | |
| Jennifer Levi (GLAD) | 2/9/2018 | 3 | $ 600.00 | $ 1,800.00 | Hearing prep; research re: PREA; TG prison cases | Block billing | | |
| Louis Lobel (Goodwin Procter) | 2/9/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit petition to have Ms.[_]Doe in court; teleconference with Mr.[_]Downs | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/11/2018 | 0.1 | $ 250.00 | $ 25.00 | Edit motion to have Ms.[_]Doe appear in court | | | |
| Anthony Downs (Goodwin Procter) | 2/12/2018 | 0.6 | $ 475.00 | $ 285.00 | Review emails regarding habeas corpus petition; review correspondence regarding courtroom procedures for Ms.[_]Doe's attendance at hearing | Block billing | | |
| Louis Lobel (Goodwin Procter) | 2/12/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit motion to have Ms.[_]Doe in court; teleconference with Mr.[_]]Downs; email team | Block billing Correspondence with team/co-counsel is non-core | Duplicate edit motion as on 2/11/18 | |
| Anthony Downs (Goodwin Procter) | 2/13/2018 | 3.1 | $ 475.00 | $ 1,472.50 | Telephone conference with GLAD regarding oral argument preparation | Correspondence with team/co-counsel is non-core | | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/13/2018 | 2.5 | $ 250.00 | $ 625.00 | Meeting with case team to discuss strategy for responding to plaintiffs' opposition brief and upcoming hearing | Correspondence with team/co-counsel is non-core | Duplicate team meeting as Lobel 2/13/18 | Excessive time |
| Jennifer Levi (GLAD) | 2/13/2018 | 1.5 | $ 600.00 | $ 900.00 | Hearing prep; research re: medical transition/bsu | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 2/13/2018 | 0.4 | $ 125.00 | $ 50.00 | Research non-legal: policy/practice of clients wearing court appropriate street clothes in court | Non-legal research is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/13/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ ▇▇ re: 3 interview w/ Supt special investigator today | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 2/13/2018 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: began ltr to ▇▇ | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |

Jane Doe v. Massachusetts Department of Correction
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Lizz Matos (PLS) | 2/13/2018 | 1.1 | $ 300.00 | $ 330.00 | litigation meeting: met with team to prep for PI hearing | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/13/2018 | 4.2 | $ 250.00 | $ 1,050.00 | Meet with team; teleconference with Mr.[_]Klein and Ms.[_]Levi; research regarding unions and strip searches | Block billing Correspondence with team/co-counsel is non-core | Duplicate team meeting as Drake 2/13/18 | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/14/2018 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: court, clothing, atty visit, family contact, photos, PREA | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 2/15/2018 | 1.7 | $ 475.00 | $ 807.50 | Conference with GLAD regarding potential issues for oral argument | Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 2/15/2018 | 2 | $ 600.00 | $ 1,200.00 | Hearing prep; research re: consitution avoidance | Block billing | | |
| Anthony Downs (Goodwin Procter) | 2/16/2018 | 0.5 | $ 475.00 | $ 237.50 | Conference with Mr.[_]Lobel regarding petition for Ms.[_]Doe's attendance at court | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/16/2018 | 0.8 | $ 250.00 | $ 200.00 | Edit motion and proposed order for having client in court; teleconference with clerk of Judge Sterns | Block billing Third party correspondence is non-core Not specifying purpose of teleconference with clerk of Judge Sterns | | |
| Jennifer Levi (GLAD) | 2/18/2018 | 2.5 | $ 600.00 | $ 1,500.00 | Review amicus brief; related amicus from WPATH | Block billing Document review is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call from MCIN questioning our camera request on legal visit | Third party correspondence is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call w/ sister Maria re: upcoming hearing and court clothes | Correspondence with plaintiff/family is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: letter to Supt concerning legal visit with camera on 2/22/18 | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.6 | $ 125.00 | $ 75.00 | Drafting: edit of supp affi [] | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: req' MCIN med rec from cut off of last rec (had to retrieve cut off date) and attempted req of Hosp rec'-- unwitnessed, so new release downloaded for [Jane Doe] | Admin tasks are non-core | | |
| Anthony Downs (Goodwin Procter) | 2/21/2018 | 3 | $ 475.00 | $ 1,425.00 | Review issues for district court argument; review Opposition to Motion for Preliminary Injunction; prepare for visit to Norfolk prison | Block billing Preparation for plaintiff meeting is non-core | | Excessive time |
| Lizz Matos (PLS) | 2/21/2018 | 0.3 | $ 300.00 | $ 90.00 | letter to DOC: letter and email to DOC re client visit and bringing camera | | | |
| Louis Lobel (Goodwin Procter) | 2/21/2018 | 1.8 | $ 250.00 | $ 450.00 | Research in preparation for hearing | Not specifying what was researched | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/22/2018 | 5.7 | $ 475.00 | $ 2,707.50 | Visit Ms.[_]Doe at MCI-Norfolk; conference with Ms.[_]Levi and Ms.[_]Matos; telephone conference with litigation team regarding draft reply brief; conference with Mr.[_]Lobel regarding amicus brief | Block billing Correspondence with team/co-counsel is non-core Correspondence with plaintiff is non-core if not in preparation for depo/trial | Duplicate team conference as Lobel 2/22/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/22/2018 | 2.4 | $ 250.00 | $ 600.00 | Review and analyze defendants' opposition to motion for preliminary injunction; call with case team to discuss reply and upcoming hearing | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 2/22/2018 | 2.5 | $ 600.00 | $ 1,500.00 | review and revise oppo to MTD; Blatt review; edit and revise PI memo and more | Block billing Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 0.8 | $ 125.00 | $ 100.00 | Review: of class reports, and search for housing risk assessment reviews (103 DOC 652.09.B) in CORI/med records | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 1.8 | $ 125.00 | $ 225.00 | Preparation: bought suit, blouse, shoes for [JD] to wear to court | Shopping is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: phone call w/ heather, supt secretary re: property procedure for [JD] to get court clothes | Third party correspondence is non-core | | |
| Lizz Matos (PLS) | 2/22/2018 | 2.2 | $ 300.00 | $ 660.00 | telephone call: conf regarding opp to PI and response | Not specifying who conference call is with | | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/22/2018 | 7.1 | $ 250.00 | $ 1,775.00 | Research for reply; teleconference with team; teleconference with Mr.[_]Downs | Block billing Correspondence with team/co-counsel is non-core | Duplicate team conference as Downs 2/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/23/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft reply affidavit; review draft amicus brief; email team regarding same | Block billing Correspondence with team/co-counsel is non-core | Duplicate amicus review as Matos 2/23/18 | |
| Jennifer Levi (GLAD) | 2/23/2018 | 2 | $ 600.00 | $ 1,200.00 | Review oppo to MTD; related | Block billing Document review is non-core | Duplicate motion review as Drake 2/22/18 | |

All Plaintiff's Counsel Fee Entries

Jane Doe v. Massachusetts Department of Correction

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Lizz Matos (PLS) | 2/23/2018 | 0.7 | $ 300.00 | $ 210.00 | review amicus: reviewed and commented on amicus brief | Document review is non-core | Duplicate amicus review as Downs 2/23/18 | |
| Anthony Downs (Goodwin Procter) | 2/25/2018 | 1 | $ 475.00 | $ 475.00 | Review DOC document rejecting transfer of trans gender woman to Framingham; review and revise draft affidavit and reply brief; seek local counsel for amicus brief | Block billing Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 2/25/2018 | 1.5 | $ 600.00 | $ 900.00 | Hearing prep/review | Block billing Not specifying what was reviewed | | |
| Louis Lobel (Goodwin Procter) | 2/25/2018 | 3.5 | $ 250.00 | $ 875.00 | Research for and edit reply memorandum in support of motion for preliminary injunction; email team | Block billing Correspondence with team/co-counsel is non-core Not specifying what was researched | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/26/2018 | 2.1 | $ 475.00 | $ 997.50 | Review recent case law; draft practice questions for Ms.[_]Levi; telephone conference with Ms.[_]Levi regarding oral argument preparation | Block billing Correspondence with team/co-counsel is non-core Practice questions are non-core Not specifying purpose of reviewing case law | Duplicate team conference as Lobel 2/26/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/26/2018 | 0.4 | $ 250.00 | $ 100.00 | Review case law in preparation for hearing | | | |
| Jennifer Levi (GLAD) | 2/26/2018 | 7.5 | $ 600.00 | $ 4,500.00 | Review filings; hearing prep; calls with SM; review filings; oppo | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/26/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: review of JD docs/records to determine accurate housing timeline | Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/26/2018 | 5.5 | $ 250.00 | $ 1,375.00 | Edit reply memorandum; draft presentation for hearing; teleconference with Mr.[_]Downs; meet with Ms.[_]Toomey; meet with Ms.[_]Drake; edit supplemental affidavit of Ms.[_]Doe; coordinate filing | Block billing Correspondence with team/co-counsel is non-core Coordinating filing is non-core | Duplicate team conference as Downs 2/26/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/27/2018 | 1.7 | $ 250.00 | $ 425.00 | Call with case team in preparation for hearing on motion to dismiss and preliminary injunction | Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 2/27/2018 | 6.5 | $ 600.00 | $ 3,900.00 | Hearing argument prep; outlines and | Block billing Outlines are non-core writing | | Excessive time |
| Joel Thompson (PLS) | 2/27/2018 | 0.7 | $ 350.00 | $ 245.00 | Review: Review motion to dismiss / motion for PI papers, prepare questions for conference call. | Team/co-counsel meeting prep is non-core Document review is non-core | | |
| Lizz Matos (PLS) | 2/27/2018 | 1.7 | $ 300.00 | $ 510.00 | Telephone call: call with team to prepare for hearing | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/27/2018 | 5.7 | $ 250.00 | $ 1,425.00 | Research in preparation for hearing; draft list of question for Ms.[_]Levi in preparation of hearing; join preparation call | Block billing Correspondence with team/co-counsel is non-core Question list prep is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/28/2018 | 3 | $ 475.00 | $ 1,425.00 | Attend meeting with Ms.[_]Doe at federal court; attend oral argument on Motion to Dismiss and Motion for Preliminary Injunction | Block billing | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Lobel, Drake | |
| Ashley Drake (Goodwin Procter) | 2/28/2018 | 2.5 | $ 250.00 | $ 625.00 | Attend hearing on the motion to dismiss and preliminary injunction | | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Lobel, Downs | |
| Jennifer Levi (GLAD) | 2/28/2018 | 7.5 | $ 600.00 | $ 4,500.00 | Hearing prep; Hearing; meetings | Block billing Not specifying who meetings are with | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Lobel, Downs, Drake | Excessive time |
| Joel Thompson (PLS) | 2/28/2018 | 1.2 | $ 350.00 | $ 420.00 | Court Appearance: Attend oral argument on motion to dismiss / motion for PI. | | Duplicate 2/28/18 court appearance as Matos, Piper, Levi, Lobel, Downs, Drake | |
| Kate Piper (Paralegal) (PLS) | 2/28/2018 | 0.7 | $ 125.00 | $ 87.50 | Court Appearance: PI/MTD | | Duplicate 2/28/18 court appearance as Matos, Thompson, Levi, Lobel, Downs, Drake | |
| Lizz Matos (PLS) | 2/28/2018 | 2.5 | $ 300.00 | $ 750.00 | PI and MTD hearing: attend motion hearing, assist at counsel table | | Duplicate 2/28/18 court appearance as Thompson, Piper, Levi, Lobel, Downs, Drake | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/28/2018 | 5.6 | $ 250.00 | $ 1,400.00 | Research in preparation for hearing; teleconference with Mr.[_]Downs; attend hearing; edit presentation | Block billing Not specifying what was researched Correspondence with team/co-counsel is non-core | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Downs, Drake | Excessive time |

All Plaintiff's Counsel Fee Entries

**Jane Doe v. Massachusetts Department of Correction**
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 3/1/2018 | 0.3 | $ 125.00 | $ 37.50 | Legal Research: review of DOC classification policy for anything relevant to gender/facility assignment | Not specifying what pleading research is for | | |
| Jennifer Levi (GLAD) | 3/2/2018 | 3.5 | $ 600.00 | $ 2,100.00 | Review case law re: constitutional avoidance; review DOJ positions in ADA claims (Blatt, others) | Block billing<br>Not specifying what pleading research is for | | Excessive time |
| Anthony Downs (Goodwin Procter) | 3/5/2018 | 0.3 | $ 475.00 | $ 142.50 | Review preliminary injunction order | | Duplicate 3/5/18 order review as Matos, Piper, Levi, Lobel, Drake | |
| Ashley Drake (Goodwin Procter) | 3/5/2018 | 0.6 | $ 250.00 | $ 150.00 | Review court's order regarding the motion to dismiss and preliminary injunction | | Duplicate 3/5/18 order review as Matos, Piper, Levi, Downs, Lobel | |
| Jennifer Levi (GLAD) | 3/5/2018 | 1 | $ 600.00 | $ 600.00 | Review court order | | Duplicate 3/5/18 order review as Matos, Piper, Downs, Lobel, Drake | Excessive time for reviewing 1 document |
| Kate Piper (Paralegal) (PLS) | 3/5/2018 | 0.2 | $ 125.00 | $ 25.00 | Review: Stearn's initial order on PI/MTD | | Duplicate 3/5/18 order review as Matos, Levi, Downs, Lobel, Drake | |
| Lizz Matos (PLS) | 3/5/2018 | 0.3 | $ 300.00 | $ 90.00 | reviewed order: reviewed order and correspondance regarding order | Not specifying if correspondence is from court (core) or team/co-counsel (non-core) | Duplicate 3/5/18 order review as Piper, Levi, Downs, Lobel, Drake | |
| Louis Lobel (Goodwin Procter) | 3/5/2018 | 1 | $ 250.00 | $ 250.00 | Review Court order; email team regarding next steps | Block billing<br>Correspondence with team/co-counsel is non-core | Duplicate 3/5/18 order review as Matos, Piper, Levi, Downs, Drake | Excessive time |
| Anthony Downs (Goodwin Procter) | 3/6/2018 | 0.9 | $ 475.00 | $ 427.50 | Telephone conference with team regarding preliminary injunction ruling; conference with Mr.[_]Lobel regarding case strategy | Block billing<br>Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Matos, Drake | |
| Ashley Drake (Goodwin Procter) | 3/6/2018 | 0.9 | $ 250.00 | $ 250.00 | Call with case team to discuss court order and next steps | Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Matos, Downs | |
| Kate Piper (Paralegal) (PLS) | 3/6/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: scan/upload [19] new CORI and Norwood Hosp release | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 3/6/2018 | 0.8 | $ 300.00 | $ 240.00 | teleconference: teleconference with team to discuss order and next steps | Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Downs, Drake | |
| Louis Lobel (Goodwin Procter) | 3/8/2018 | 1.3 | $ 250.00 | $ 325.00 | Draft notice of supplemental authority and coordinate filing | Block billing<br>Coordinating filing is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 3/9/2018 | 2.5 | $ 600.00 | $ 1,500.00 | Review D's proposal; research PREA policies re: searches | Block billing<br>Document review is non-core | | |
| Jennifer Levi (GLAD) | 3/10/2018 | 2 | $ 600.00 | $ 1,200.00 | Review prison policies re: searches (men's/women's) | Not specifying what pleading research is for | Duplicate searches research as on 3/9/18 | |
| Kate Piper (Paralegal) (PLS) | 3/15/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: scan/upload/email [19] new "shower letter" from DOC to team | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 3/15/2018 | 2.1 | $ 300.00 | $ 630.00 | visit Plaintiff in prison | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Louis Lobel (Goodwin Procter) | 3/15/2018 | 0.3 | $ 250.00 | $ 75.00 | Review letter regarding shower time from client; email team with court filing | Correspondence with plaintiff is non-core if not in preparation for depo/trial<br>Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 3/16/2018 | 1 | $ 125.00 | $ 125.00 | Admin: review of file for outstanding classification/bed history records requests (.3) and new requests made for: bed history, classification, housing risk assessment, GD records, PREA records to MCIN records, Medeiros and MPCH (.7) | Objection to billing time after 3/15/18<br>Admin tasks are non-core | | |
| Louis Lobel (Goodwin Procter) | 3/16/2018 | 1.3 | $ 250.00 | $ 325.00 | Teleconference with team; draft motion for reconsideration | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 3/17/2018 | 2 | $ 600.00 | $ 1,200.00 | research re: prison policies on strip searches | Objection to billing time after 3/15/18<br>Not specifying what pleading research is for | Duplicate searches research as on 3/9/18, 3/10/18 | |
| Jennifer Levi (GLAD) | 3/18/2018 | 3 | $ 600.00 | $ 1,800.00 | research re: PREA and strip searching | Objection to billing time after 3/15/18<br>Not specifying what pleading research is for | Duplicate searches research as on 3/9/18, 3/10/18, 3/17/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 3/19/2018 | 3.1 | $ 250.00 | $ 775.00 | Research case law for motion for reconsideration | Objection to billing time after 3/15/18 | | |
| Lizz Matos (PLS) | 3/19/2018 | 0.3 | $ 300.00 | $ 90.00 | opp to d's motion: edited opp to motion for clarification | Objection to billing time after 3/15/18 | | |
| Louis Lobel (Goodwin Procter) | 3/19/2018 | 0.1 | $ 250.00 | $ 25.00 | Email team regarding motion for reconsideration | Objection to billing time after 3/15/18<br>Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 3/20/2018 | 2.9 | $ 250.00 | $ 725.00 | Review and edit motion for reconsideration; finalize motion; file motion with the court | Objection to billing time after 3/15/18<br>Block billing<br>Filing task is administrative and non-core | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Ashley Drake (Goodwin Procter) | 3/21/2018 | 0.7 | $ 250.00 | $ 175.00 | Edit motion for reconsideration; file an updated motion with the court | Objection to billing time after 3/15/18 Block billing Filing task is administrative and non-core | | |
| Kate Piper (Paralegal) (PLS) | 3/21/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: filing recent paperwork | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 4/2/2018 | 0.2 | $ 125.00 | $ 25.00 | File review: reviewed records sample sent by MPCH (GD com mtg min) and determine they are fine, but we needs EVERYTHING | Objection to billing time after 3/15/18 Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 4/2/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call w/ JD about: harrassment from Sgt, DOC investigations into harrassment, insufficient shower time, harassment from nurse, name change paperwork, req' copies of order/article | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 4/2/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ paralegal Terri Taylor at MPCH re: GD Com records req and whether or not mtg minutes, etc... should be included. | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 4/10/2018 | 0.2 | $ 475.00 | $ 95.00 | Review emails regarding DOJ extension request | Objection to billing time after 3/15/18 Review of correspondence is non-core | | |
| Lizz Matos (PLS) | 4/10/2018 | 0.7 | $ 300.00 | $ 210.00 | legal research: research regarding collective bargaining and strip searches | Objection to billing time after 3/15/18 Not specifying what pleading research is for | Duplicate searches research as Levi 3/9/18, 3/10/18, 3/17/18, 3/18/18 | |
| Ashley Drake (Goodwin Procter) | 4/12/2018 | 3.4 | $ 250.00 | $ 850.00 | Review and analyze United States' Motion for Extension of Time; review similar motions and oppositions filed in other cases; draft opposition to the United States' motion | Objection to billing time after 3/15/18 Block billing | | |
| Joel Thompson (PLS) | 4/12/2018 | 0.7 | $ 350.00 | $ 245.00 | Review: Review and propose addition to opposition to DOJ motion for more time to respond. | Objection to billing time after 3/15/18 Document review is non-core | | |
| Ashley Drake (Goodwin Procter) | 4/13/2018 | 1.2 | $ 250.00 | $ 300.00 | Review the team's comments and edits to draft motion; implement edits; file motion opposing the United States' motion for extension of time | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 4/13/2018 | 2.5 | $ 600.00 | $ 1,500.00 | Review DOJ position in related ADA cases; updates; review, edit motion in oppo to extension of time | Objection to billing time after 3/15/18 Block billing | Duplicate motion edit as Matos 4/13/18 | |
| Lizz Matos (PLS) | 4/13/2018 | 0.3 | $ 300.00 | $ 90.00 | edit motion: edit opp to US motion for extension of time | Objection to billing time after 3/15/18 | Duplicate motion edit as Levi 4/13/18 | |
| Kate Piper (Paralegal) (PLS) | 4/26/2018 | 0.7 | $ 125.00 | $ 87.50 | Telephone call: w/ Jane Doe 2 calls, one w/ LM, one w/o LM) to get details on strips/showers/harassment since court order | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Ashley Drake (Goodwin Procter) | 5/7/2018 | 0.3 | $ 250.00 | $ 75.00 | Call with case team to discuss discovery plan | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/11/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: upload/review letter to JD from DOC that PREA against staff unfounded | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/14/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: talk w/ JD about parole potential, Sgt Clemente, hormones, harassment, showers | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 5/14/2018 | 0.7 | $ 250.00 | $ 175.00 | Email team; respond to motion to intervene; conduct research | Objection to billing time after 3/15/18 Block billing | | |
| Lizz Matos (PLS) | 5/15/2018 | 1.1 | $ 300.00 | $ 330.00 | teleconference: call with team to discuss getting additional plaintiffs | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 5/17/2018 | 2.9 | $ 300.00 | $ 870.00 | visit to MCI-Norfolk: interviewd Plaintiff and other potential plaintiffs | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 5/18/2018 | 0.6 | $ 125.00 | $ 75.00 | File review: review of rec rec'd and outstanding rec req to MCIN to figure out what we're waiting on, what we have, and what is left to req' | Objection to billing time after 3/15/18 Document review is non-core | | |
| Lizz Matos (PLS) | 5/18/2018 | 0.8 | $ 300.00 | $ 240.00 | letter to opp counsel: drafted letter to opposing counsel regarding concerns and violations of order issued in case | Objection to billing time after 3/15/18 | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: call to MCIN gvc coordinator and follow up fax w/ rec req | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: call to MCIN records dept for outstanding rec' req' | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: call and email to MPCH re: outstanding GD rec req | Objection to billing time after 3/15/18 Admin tasks are non-core | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: review of records requests to determine outstanding req' | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin call to MCIN med records dept follow up on outstanding rec req | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: fax from MCIN re rec req, follow up call to clarify b/c CORI already submitted, follow up fax to send them CORI release yet again | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/24/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: call w/ [Jane Doe] on all the IPS interviews they're calling her for and parole thoughts | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 5/30/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: call w/ [JD] on updates on treatment at MCIN | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 6/13/2018 | 0.6 | $ 475.00 | $ 285.00 | Telephone conference with team regarding case status and proposed letter to the court; review and revise draft letter to the court regarding new MA legislation | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | Duplicate 6/13/18 team teleconference as Matos | |
| Lizz Matos (PLS) | 6/13/2018 | 1.3 | $ 300.00 | $ 390.00 | teleconference: teleconference with team re status of case and letter to court re new legislation | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | Duplicate 6/13/18 team teleconference as Downs | |
| Louis Lobel (Goodwin Procter) | 6/13/2018 | 0.2 | $ 250.00 | $ 50.00 | Edit notice of supplemental authority | Objection to billing time after 3/15/18 | | |
| Joel Thompson (PLS) | 6/14/2018 | 0.2 | $ 350.00 | $ 70.00 | Review: Begin review of opinion denying motion to dismiss. | Objection to billing time after 3/15/18 | Duplicate 6/14/18 opinion review as Lobel | |
| Louis Lobel (Goodwin Procter) | 6/14/2018 | 2.1 | $ 250.00 | $ 525.00 | Edit notice of supplemental authority; email team; read opinion denying motion to dismiss; teleconference with Mr.[_]Downs | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | Duplicate 6/14/18 opinion review as Thompson | |
| Anthony Downs (Goodwin Procter) | 6/18/2018 | 0.3 | $ 475.00 | $ 142.50 | Review emails regarding case status following denial of Motion to Dismiss | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 6/18/2018 | 0.2 | $ 350.00 | $ 70.00 | Review: Continued review of opinion denying motion to dismiss. | Objection to billing time after 3/15/18 | | |
| Kate Piper (Paralegal) (PLS) | 6/18/2018 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: letter explaining judge's ruling on MTD, parole, next steps | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 6/25/2018 | 1.2 | $ 475.00 | $ 570.00 | Telephone conference with team regarding case strategy for Ms. Doe and potential new plaintiff; review email regarding Ms.[_]Doe's status and potential transfer | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | Duplicate 6/25/18 team teleconference as Drake | |
| Ashley Drake (Goodwin Procter) | 6/25/2018 | 1.1 | $ 250.00 | $ 275.00 | Call with case team to discuss court order and upcoming meet and confer | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | Duplicate 6/25/18 team teleconference as Downs | |
| Kate Piper (Paralegal) (PLS) | 6/25/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call:w/ [Jane Doe] Re: yesterday's eval by Andrade for MCIF transfer met w/ LM re: visit tomorrow (.2); 2 calls with MCIN to | Objection to billing time after 3/15/18 Block billing Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 6/25/2018 | 1.3 | $ 300.00 | $ 390.00 | research for PI: research re mootness, PLRA and potential damages claim | Objection to billing time after 3/15/18 | | |
| Anthony Downs (Goodwin Procter) | 6/26/2018 | 0.3 | $ 475.00 | $ 142.50 | Review emails regarding status | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 6/26/2018 | 0.2 | $ 250.00 | $ 50.00 | Review research regarding declaratory relief and the PLRA's injury requirement | Objection to billing time after 3/15/18 | | |
| Anthony Downs (Goodwin Procter) | 6/28/2018 | 2.6 | $ 475.00 | $ 1,235.00 | Telephone conference with Ms.[_]Carney regarding telephone conference with defendants; telephone conference with Norfolk officials regarding potential issues regarding Ms.[_]Doe's status; draft | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Ashley Drake (Goodwin Procter) | 6/28/2018 | 2.5 | $ 250.00 | $ 625.00 | Review research regarding the PLRA; call with case team to discuss agenda for meet and confer; meet and confer call with DOC | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | | |

All Plaintiff's Counsel Fee Entries

Jane Doe v. Massachusetts Department of Correction
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Lizz Matos (PLS) | 6/28/2018 | 1.9 | $ 300.00 | $ 570.00 | meet and confer call: meet and confer with parties and debrief/next steps | Objection to billing time after 3/15/18<br>Not specifying if meeting is with defendants (core) or with plaintiff/co-counsel (non-core) | | Excessive time |
| Anthony Downs (Goodwin Procter) | 7/2/2018 | 4.5 | $ 475.00 | $ 2,137.50 | Visit Ms.[_]Doe at Norfolk MCI with Ms.[_]Levi and Ms.[_]Matos to discuss current status and next steps | Objection to billing time after 3/15/18<br>Correspondence with team/co-counsel is non-core<br>Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Ashley Drake (Goodwin Procter) | 7/2/2018 | 0.4 | $ 250.00 | $ 100.00 | Review and revise draft letter to Massachusetts Department of Corrections | Objection to billing time after 3/15/18<br>Not specifying purpose of letter to defendants | Duplicate 7/2/18 letter revisions as Lobel, Matos | |
| Jennifer Levi (GLAD) | 7/2/2018 | 1.5 | $ 600.00 | $ 900.00 | research re: transfer; DOC policy | Objection to billing time after 3/15/18 | | |
| Louis Lobel (Goodwin Procter) | 7/2/2018 | 0.5 | $ 250.00 | $ 125.00 | Review and revise letter to defendants; review team emails | Objection to billing time after 3/15/18<br>Block billing<br>Not specifying purpose of letter to defendants<br>Correspondence with team/co-counsel is non-core | Duplicate 7/2/18 letter revisions as Drake, Matos | |
| Anthony Downs (Goodwin Procter) | 7/3/2018 | 1.2 | $ 475.00 | $ 570.00 | Email correspondence regarding Ms.[_]Doe's issues and letter to DOC; review memo regarding mootness issues | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core<br>Internal note/memo is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 7/3/2018 | 2.5 | $ 600.00 | $ 1,500.00 | review state legislation; interstate policy review | Objection to billing time after 3/15/18<br>Not specifying what review is for | | |
| Lizz Matos (PLS) | 7/3/2018 | 0.4 | $ 300.00 | $ 120.00 | meet and confer follow up letter: edited meet and confer letter to opposing counsel, correspondence with counsel | Objection to billing time after 3/15/18 | Duplicate 7/2/18 letter revisions as Drake, Lobel | |
| Jennifer Levi (GLAD) | 7/4/2018 | 2.5 | $ 600.00 | $ 1,500.00 | research re: renewed PI | Objection to billing time after 3/15/18<br>Not specifying what was researched | | |
| Anthony Downs (Goodwin Procter) | 7/5/2018 | 3 | $ 475.00 | $ 1,425.00 | Visit Ms.[_]Doe with Ms.[_]Levi to review draft declaration; conference with Ms.[_]Levi regarding same; review and revise draft declaration and renewed injunction motion | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core<br>Not specifying purpose of declaration | | Excessive time |
| Lizz Matos (PLS) | 7/5/2018 | 0.3 | $ 300.00 | $ 90.00 | renewed PI motion: edits | Objection to billing time after 3/15/18 | | |
| Anthony Downs (Goodwin Procter) | 7/9/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft Motion for Injunction; email Ms.[_]Carney with comments; telephone conference with Ms.[_]Levi regarding Motion for Relief | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 7/9/2018 | 1.5 | $ 600.00 | $ 900.00 | research and review on transfer; | Objection to billing time after 3/15/18<br>Not specifying what pleading research is for | | |
| Louis Lobel (Goodwin Procter) | 7/9/2018 | 2.9 | $ 250.00 | $ 725.00 | Edit renewed motion for preliminary injunction; edit affidavit teleconference with Ms.[_]Carney; meet with Ms.[_]Orpilla; email Ms.[_]Levi | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 7/10/2018 | 0.2 | $ 475.00 | $ 95.00 | Review correspondence regarding revised PI request | Objection to billing time after 3/15/18<br>Not specifying if correspondence is to defendants (core) or team/co-counsel (non-core) | | |
| Louis Lobel (Goodwin Procter) | 7/10/2018 | 0.5 | $ 250.00 | $ 125.00 | Email team; review update from Prisoner Legal Services | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 7/11/2018 | 1 | $ 475.00 | $ 475.00 | Telephone conference with team regarding revised Motion for Injunctive Relief | Objection to billing time after 3/15/18<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 7/12/2018 | 1 | $ 475.00 | $ 475.00 | Review emails regarding status of Renewed Motion for Injunction; review draft preliminary injunction | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 7/12/2018 | 3 | $ 600.00 | $ 1,800.00 | draft; revisions; review of renewed PI and status | Objection to billing time after 3/15/18<br>Block billing | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Lizz Matos (PLS) | 7/12/2018 | 0.3 | $ 300.00 | $ 90.00 | drafted affidavit: drafted with Plaintiff and edited 3rd affidavit of client for filing | Objection to billing time after 3/15/18; Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 7/12/2018 | 3.6 | $ 250.00 | $ 900.00 | Edit renewed motion for preliminary injunction; edit affidavit of Jane Doe | Objection to billing time after 3/15/18; Block billing | | Excessive time |
| Anthony Downs (Goodwin Procter) | 7/13/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft preliminary injunction brief; email to team regarding same; read revised draft injunction brief; final revisions to motion for injunctive relief; email to team regarding same | Objection to billing time after 3/15/18; Block billing; Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 7/13/2018 | 0.6 | $ 250.00 | $ 150.00 | Review and revise draft motion for renewed injunction | Objection to billing time after 3/15/18 | | |
| Louis Lobel (Goodwin Procter) | 7/13/2018 | 3.6 | $ 250.00 | $ 900.00 | Teleconference with Ms.[_]Levi; teleconference with Mr.[_]Downs; teleconference with Ms.[_]Drake; edit all filings; emails with team | Objection to billing time after 3/15/18; Block billing; Correspondence with team/co-counsel is non-core | | Excessive time |
| Lizz Matos (PLS) | 8/2/2018 | 0.2 | $ 300.00 | $ 60.00 | review of transfer decision: reviewed decision of DOC | Objection to billing time after 3/15/18 | | |
| Lizz Matos (PLS) | 8/7/2018 | 0.9 | $ 300.00 | $ 270.00 | teleconference: teleconference with team re transfer, next steps and potential issues | Objection to billing time after 3/15/18; Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/8/2018 | 0.5 | $ 125.00 | $ 62.50 | Preparation: set up visit (.1), type up of topics for visit and docs from DOC | Objection to billing time after 3/15/18; Preparation for meeting is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: of memo to Turco re: [JD] transfer | Objection to billing time after 3/15/18; Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: trying to get [JD] class reprt | Objection to billing time after 3/15/18; Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 0.1 | $ 125.00 | $ 12.50 | Review: of female class scoring system/overrides | Objection to billing time after 3/15/18; Not specifying if this is legal research or internal memo | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 1 | $ 125.00 | $ 125.00 | Prison Visit: reviewed memo re: transfer to MCIF. aprehensions about being PC there, next steps, PI, etc... | Objection to billing time after 3/15/18; Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/14/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: transcribed visit notes to file | Objection to billing time after 3/15/18; Admin tasks are non-core | | |
| Lizz Matos (PLS) | 8/14/2018 | 0.8 | $ 300.00 | $ 240.00 | teleconference: teleconference with team re problems with transfer and letter to DOC | Objection to billing time after 3/15/18; Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 8/14/2018 | 0.8 | $ 300.00 | $ 240.00 | letter to opp counsel: drafted letter to opposing counsel regarding Plaintiff's transition to MCI-Framingham | Objection to billing time after 3/15/18 | | |
| Kate Piper (Paralegal) (PLS) | 8/21/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ cl;ient re: PC at MCIF, transfer, etc... | Objection to billing time after 3/15/18; Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 8/21/2018 | 1.2 | $ 300.00 | $ 360.00 | teleconference: teleconference with team and then DOC re transfer | Objection to billing time after 3/15/18; Block billing; Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/22/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: found/downloaded Female Class manual and MCIF orientation handbook for [JD] at her req' | Objection to billing time after 3/15/18; Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/23/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call to [JD] crim atty Brendon Freeman | Objection to billing time after 3/15/18; Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/4/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ [JD] re: uptick in harassment | Objection to billing time after 3/15/18; Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/4/2018 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: 50 w/ [JD] gvcs, harassment, inmate acct, transfer, etc... | Objection to billing time after 3/15/18; Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/6/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call w/ [JD] re: Clemente harassment, transfer, Code C | Objection to billing time after 3/15/18; Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/10/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ [JD] re: transfer and property | Objection to billing time after 3/15/18; Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ [JD] re: ongoing harassment, upcoming transfer, frozen acct | Objection to billing time after 3/15/18; Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 9/20/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: scan and upload new gvcs re: strip searches/showers | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/20/2018 | 0.4 | $ 125.00 | $ 50.00 | Legal Research: read through of Inamte Funds CMR to figure out JD acct problems | Objection to billing time after 3/15/18 Review of account funds is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/20/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD on what IPS is telling her about the transfer and concern that it won't happen, also about visit tomorrow. | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/25/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ JD re: she's at MCIF! (.2), and to inform her family-called sister and 2 aunts (.2) | Objection to billing time after 3/15/18 Block billing Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/1/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: w/ JD from MCIF | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/22/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: fax to MCIF re: visit w/ JD weds | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/24/2018 | 0.9 | $ 125.00 | $ 112.50 | Prison Visit: met w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 10/29/2018 | 0.7 | $ 300.00 | $ 210.00 | teleconference: teleconference with team re impending transfer | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/1/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD on new harassment and problem CO at MCIF | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 11/14/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD re: visiting, calls, transfer | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 11/15/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ JD re: electrolysis | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 11/21/2018 | 0.5 | $ 125.00 | $ 62.50 | Legal Research: new visiting regs for deadlines/transfers/additions | Objection to billing time after 3/15/18 Block billing Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 11/26/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ JD re: problems at MCIF and electrolysis | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/2/2018 | 1.3 | $ 125.00 | $ 162.50 | Prison Visit: hard visit w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/3/2018 | 0.6 | $ 125.00 | $ 75.00 | Review: of long and sad notes from yesterdays mtg w/ JD and type into memo for team | Objection to billing time after 3/15/18 Internal note/memos are non-core | | |
| Lizz Matos (PLS) | 12/7/2018 | 0.9 | $ 300.00 | $ 270.00 | teleconference: teleconference with team regarding re transfer update and next steps | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/10/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/10/2018 | 0.1 | $ 125.00 | $ 12.50 | Correspondence w/client: to JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/11/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: intake of correspondence re: kitchen harassment | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/14/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: call w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/18/2018 | 0.4 | $ 125.00 | $ 50.00 | Review: careful review of CT GD policy for potential language for settlement | Objection to billing time after 3/15/18 Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/18/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: review of NYC PREA policy for potential language for settlement | Objection to billing time after 3/15/18 Document review is non-core | | |

All Plaintiff's Counsel Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Lizz Matos (PLS) | 12/18/2018 | 1.1 | $ 300.00 | $ 330.00 | teleconference: teleconference re what proposed settlement would look like | Objection to billing time after 3/15/18 Not specifying if this is a meeting with defendants (core) or with team/co-counsel (non-core) | | |
| | **TOTAL** | **607.4** | | **$ 221,000.00** | | | | |

*Specific Objections to Plaintiff's Fee Entries*

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 7/6/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call with ▇ explaining MPCH appeal | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/10/2017 | 4 | $ 600.00 | $ 2,400.00 | research ADA case law | Not specifying what pleading research is for | | Excessive time |
| Jennifer Levi (GLAD) | 7/11/2017 | 3.5 | $ 600.00 | $ 2,100.00 | compile and draft analysis | Not specifying what analysis is of/for Analysis of an internal document is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 7/12/2017 | 1.5 | $ 600.00 | $ 900.00 | write-up interview Qs | Not specifying who interviews are with | | |
| Kate Piper (Paralegal) (PLS) | 7/12/2017 | 0.3 | $ 125.00 | $ 37.50 | Preparation: for visit with ▇ tomorrow | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/13/2017 | 0.5 | $ 600.00 | $ 300.00 | write up memo re: interviews | Not specifying who interviews are with Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/13/2017 | 0.8 | $ 125.00 | $ 100.00 | Prison Visit: client meeting with ▇ | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 7/13/2017 | 3.2 | $ 300.00 | $ 960.00 | Interviews at MCI-Norfolk: interviewed plaintiff | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/14/2017 | 3 | $ 600.00 | $ 1,800.00 | research EP case law; state claims | Block billing Not specifying what pleading research is for | | Excessive time on research |
| Jennifer Levi (GLAD) | 7/17/2017 | 2.5 | $ 600.00 | $ 1,500.00 | review case law (ADA/EP); DOC policy and regs | Block billing Not specifying what pleading research is for | | Excessive time on research |
| Kate Piper (Paralegal) (PLS) | 7/19/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: letter to ▇ asking her to call asap | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/20/2017 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: call with ▇ re denial of informal gvc and ADA request process | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/21/2017 | 0.5 | $ 125.00 | $ 62.50 | Correspondence w/client: letter to ▇ with completed ADA request and instructions | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 7/24/2017 | 2.5 | $ 600.00 | $ 1,500.00 | review medical records | Not specifying what review is for Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/24/2017 | 1.7 | $ 125.00 | $ 212.50 | Drafting: reading/editing/adding to ▇ complaint | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 7/24/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: ADA request appeal sent to ▇ with instructions | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 7/24/2017 | 2.1 | $ 300.00 | $ 630.00 | meeting at Goodwin: discussed complaint and claims to raise | Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 7/25/2017 | 2 | $ 600.00 | $ 1,200.00 | review edits from PLS; revise; | Block billing Not specifying what edits are of/for Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 7/26/2017 | 3.5 | $ 600.00 | $ 2,100.00 | correspondence to team; re: updates; research; team meeting | Block billing Team meetings/co-counsel correspondence is non-core | | Excessive time |
| Joel Thompson (PLS) | 7/26/2017 | 1.4 | $ 350.00 | $ 490.00 | Review: Review draft ▇ complaint and email comments thereon: review memoranda re ▇ ohter potential plaintiffs. | Block billing Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/27/2017 | 0.1 | $ 125.00 | $ 12.50 | Drafting: reviewed/edited notes from 7.13.17 visit with ▇ distributed. | Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/27/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: talk w/ records dept at MCIN re: ▇ six part and other records | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.5 | $ 125.00 | $ 62.50 | Telephone call: talk with LM and ▇ on phone about grievance process, filing appeal, other qstns | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: letter to ▇ re: gvc/appeal process, IPS Piva | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.6 | $ 125.00 | $ 75.00 | Review: read 103 CMR 491, new gvc policy to advise ▇ | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 7/28/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: rec'd class report, responded asking to come view six part. | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 7/28/2017 | 0.8 | $ 300.00 | $ 240.00 | Telephone call: phone call with Jane Doe | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/31/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: searching file for orisignal CORI-must be w MCIN already | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 7/31/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: letter to ▇ re: CORI | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 7/31/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: finding med release for Caring Health Center for ▇ | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/1/2017 | 0.6 | $ 125.00 | $ 75.00 | Telephone call: with ▇ on complaint detail accuracy | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 8/1/2017 | 0.7 | $ 125.00 | $ 87.50 | Review: read 2nd draft complaint and discussed with legal intern | Reading legal document is non-core (only writing legal document is core) | | |
| Kate Piper (Paralegal) (PLS) | 8/2/2017 | 0.2 | $ 125.00 | $ 25.00 | Review: read engagement letter | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 8/2/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: records request follow up email to Norfolk | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/2/2017 | 0.6 | $ 125.00 | $ 75.00 | Drafting: finished my edits on complaint draft 2 and read through again for good measure | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 8/7/2017 | 0.3 | $ 125.00 | $ 37.50 | File Review: reviewing grievances for complaint accuracy | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/7/2017 | 0.2 | $ 125.00 | $ 25.00 | Review: sorting through and scanning grievances | Sorting/scanning documents is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2017 | 2.5 | $ 125.00 | $ 312.50 | File Review: viewing [J.D.] six part at MCIN | Document review is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 8/10/2017 | 2.5 | $ 600.00 | $ 1,500.00 | BK feedback incorporated in current complaint | Correspondence with team/co-counsel is non-core<br>Not specifying if incorporating includes writing the complaint | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 8/10/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: follow up via email w DOC and Goodwin to get six part records | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/10/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call w/ [J.D.] re: gvc denial, shower curtain now gone | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 8/11/2017 | 1.9 | $ 350.00 | $ 665.00 | Prison Visit: Prison visit to [Jane Doe] re litigation, recent developments since she began grieving. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 8/11/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: letter to [J.D.] re: upcoming visit | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 8/14/2017 | 0.2 | $ 350.00 | $ 70.00 | Drafting: Draft outline of dates given by Ms. [Jane Doe] for exhaustion; forward outline and exhaustion provided by Ms. [Jane Doe] to Ms. Piper. | Internal note/memo is non-core<br>Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 8/14/2017 | 0.6 | $ 350.00 | $ 210.00 | Review: Review engagement agreement: email co-counsel re same and re issues that may arise during client visit. | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/14/2017 | 0.1 | $ 125.00 | $ 12.50 | Review: read distributed article on federal case challenging application of PREA to trans prisoners | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 8/15/2017 | 0.5 | $ 125.00 | $ 62.50 | Review: read newest draft of [J.D.] complaint | Reading legal document is non-core (only writing is core) | | |
| Joel Thompson (PLS) | 8/16/2017 | 1.7 | $ 350.00 | $ 595.00 | Review: Review draft Complaint and propose changes thereto. | Reviewing documents is non-core (only writing is core) | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.4 | $ 125.00 | $ 50.00 | Preparation: preparing for visit find/prinet typed & blank grievances. Organize filed grivances and date order them on claendar | Block billing<br>Preparation, organizing, and calendaring are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.2 | $ 125.00 | $ 25.00 | Admin: looked for NY DCJIS, called NY state, found MA DCJIS release | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.4 | $ 125.00 | $ 50.00 | Admin: on the phone with DJCIS NY and drafting request for records | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: called CAring Health Center for a release [J.D.] street doctor) | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/18/2017 | 0.3 | $ 125.00 | $ 37.50 | Preparation: printed visit materials, prepped Goodwin attys on that day's visit/mostly gvc related | Block billing<br>Correspondence with team/co-counsel is non-core<br>Printing documents is non-core | | |
| Jennifer Levi (GLAD) | 8/24/2017 | 4 | $ 600.00 | $ 2,400.00 | revised edit, redraft complaint; notes to file | Internal note/memo is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 9/8/2017 | 1.5 | $ 600.00 | $ 900.00 | confer w/ SM, AW re: claims; national case law | Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 9/8/2017 | 0.3 | $ 350.00 | $ 105.00 | Legal Research: Locate DOC policy on obtaining medical exam of prisoner client by outside medical expert: review and forward to co-counsel. | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 9/8/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: email, scan, print gvc/response | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/8/2017 | 0.3 | $ 125.00 | $ 37.50 | Review: re-read ADA and gvc policies as they relate to [J.D.] rejected gvc | Re-reading is non-core | | |
| Jennifer Levi (GLAD) | 9/11/2017 | 2.5 | $ 600.00 | $ 1,500.00 | research re: experts; notes; drafts | Block billing<br>Expert research is non-core | | Excessive time |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 9/11/2017 | 0.8 | $ 125.00 | $ 100.00 | Preparation: For tomorrow's visit: prep gvc/ADA paperwork, request CAring release, emails with LL re paperwork he received, email with JT about missing paperwork, written instructions/timeline for ██ | Block billing / Preparation of paperwork is non-core / Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 9/12/2017 | 1.5 | $ 600.00 | $ 900.00 | drafting/research re: EP claims | Block billing / Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 9/12/2017 | 1 | $ 125.00 | $ 125.00 | Prison Visit: met with ██████ re: gvcs, ada request, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/15/2017 | 0.3 | $ 125.00 | $ 37.50 | Admin: created atty release, caring release, sent to ██████ | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: call after call to Caring Health center. Just fax me the release I keep asking you for. | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: Still trying to get Caring release. They say it didn't go through last time. Call #6 | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2017 | 0.1 | $ 125.00 | $ 12.50 | Correspondence w/client: started letter to ██ can't complete til tomorrow. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/20/2017 | 0.1 | $ 125.00 | $ 12.50 | Correspondence w/client: sent caring release and sase. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/21/2017 | 0.9 | $ 125.00 | $ 112.50 | Meetings: .5 interview of potential expert--Subia, .2 discussion w/ attys after interview, .2 follow up emails | Block billing / Correspondence with third party/experts is non-core / Team/ co-counsel correspondence is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/26/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: create and send crim atty release that includes Goodwin and GLAD attys (last one didn't) | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/26/2017 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: spoke to ██ about ADA appeal rec'd and gvc to file. Also crim atty and Caring release. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 9/27/2017 | 0.6 | $ 350.00 | $ 210.00 | Review: Review messages and respond re preparation of medical records, prearing request for expert to enter prison to evaluate Ms. ██████ | Block billing / Third party/expert correspondence is non-core / Preparing documents is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 0.3 | $ 125.00 | $ 37.50 | File Review: review of ██ NY crim record | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 0.5 | $ 125.00 | $ 62.50 | Admin: organizing med files, scan, save, send | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 2.2 | $ 125.00 | $ 275.00 | Medical record review: condensing and organizing DOC and Hampden County med records | Condensing and organizing documents is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 9/27/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: medical expert releases created and sent to ██ | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Joel Thompson (PLS) | 9/29/2017 | 0.2 | $ 350.00 | $ 70.00 | Review: Review and reply to message re exhaustion, release forms, expert. | Not specifying to whom message is to/from | | |
| Jennifer Levi (GLAD) | 10/2/2017 | 2 | $ 600.00 | $ 1,200.00 | review security expert CVs; review DOC regs | Block billing / Expert research is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 10/2/2017 | 0.3 | $ 125.00 | $ 37.50 | Admin: scan/intake releases and gvc denials from ██ | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/2/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: requested ██ Caring Health Center records | Admin tasks are non-core | | |
| Jennifer Levi (GLAD) | 10/3/2017 | 1 | $ 600.00 | $ 600.00 | review administrative appeal of reas acc request (KP records) | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 10/3/2017 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: ██ calls to update on ADA/gvc process and recent paperwork | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/5/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: releases rec'd, scan and distribute | Admin tasks are non-core | | |
| Louis Lobel (Goodwin Procter) | 10/7/2017 | 2.5 | $ 250.00 | $ 625.00 | Draft brief in support of motion for a preliminary injunction; teleconference with Ms.[_]Piper | Block billing / Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 10/8/2017 | 2.5 | $ 600.00 | $ 1,500.00 | review medical records for expert review (RE); prepare docs | Block billing / Expert prep is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 10/9/2017 | 1 | $ 600.00 | $ 600.00 | review criminal history docs | Not specifying what review is for / Document review is non-core | | |
| Jennifer Levi (GLAD) | 10/10/2017 | 1.5 | $ 600.00 | $ 900.00 | Revise complaint; research remedies; revise | Block billing | | |
| Jennifer Levi (GLAD) | 10/12/2017 | 2.5 | $ 600.00 | $ 1,500.00 | Research jurisdx; FRA research; complaint revisions | Block billing | | |
| Jennifer Levi (GLAD) | 10/13/2017 | 3.5 | $ 600.00 | $ 2,100.00 | Review APA, AMA policies; draft | Block billing | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 10/13/2017 | 0.5 | $ 125.00 | $ 62.50 | Review: review of submitted gvc and response and comparison to informal complaint | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/13/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: news media letter | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 10/13/2017 | 0.3 | $ 125.00 | $ 37.50 | Legal Research: review 103 CMR 131 | Not specifying what pleading research is for | | |
| Louis Lobel (Goodwin Procter) | 10/13/2017 | 1.9 | $ 250.00 | $ 475.00 | Teleconference with team; edit draft of brief in support of preliminary injunction | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 10/16/2017 | 0.2 | $ 125.00 | $ 25.00 | Admin: requesting again with caring [ID] records | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/18/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: re: reclass | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/19/2017 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: w/ sherri elliot re: media | Not specifying Sherri Elliot's role in case | | |
| Joel Thompson (PLS) | 10/24/2017 | 0.3 | $ 350.00 | $ 105.00 | Review: Review draft email to AGO and propose revision. | Third party correspondence is non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/24/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: locate mpch gvc denial | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/25/2017 | 0.1 | $ 125.00 | $ 12.50 | Review: letter to AG | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Ashley Drake (Goodwin Procter) | 11/1/2017 | 6.7 | $ 250.00 | $ 1,675.00 | Draft motion and memorandum in support to proceed under a pseudonym | | | Excessive time |
| Jennifer Levi (GLAD) | 11/2/2017 | 2 | $ 600.00 | $ 1,200.00 | review DOC files | Document review is non-core | Review of our file is duplicate of Thompson 11/2/17 | |
| Joel Thompson (PLS) | 11/2/2017 | 0.7 | $ 350.00 | $ 245.00 | Review: Review email from co-counsel; review DOC records for Ms. [ID] re prior sex offenses, recommendations for SOTP, etc. | Block billing Correspondence with team/co-counsel is non-core | Review of our file is duplicate of Levi 11/2/17 | |
| Jennifer Levi (GLAD) | 11/3/2017 | 2.5 | $ 600.00 | $ 1,500.00 | email to team re: disclosure, identity concerns and associated research | Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 11/7/2017 | 4 | $ 600.00 | $ 2,400.00 | client meeting; transcribed notes; update BK | Block billing Correspondence with plaintiff is non-core if not in preparation for depo/trial Transcribed notes is administrative task BK Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 11/8/2017 | 0.5 | $ 600.00 | $ 300.00 | email review to team re: timing and | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/13/2017 | 0.2 | $ 125.00 | $ 25.00 | Review: of motion to review under pseudonym | Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 11/14/2017 | 1.3 | $ 475.00 | $ 617.50 | Review status, filing plans and all associated papers; revise draft Complaint; conference with Mr.[_]Lobel, Ms.[_]Drake and Ms.[_]Carney regarding filing of draft Complaint | Block billing Correspondence with team/co-counsel is non-core Status review is non-core | Conference duplicate of Lobel 11/14/17 | |
| Ashley Drake (Goodwin Procter) | 11/14/2017 | 4.4 | $ 250.00 | $ 1,100.00 | Edit cover motion and memorandum in support of motion to proceed under a pseudonym; research relevant First Circuit case law | Block billing | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 11/14/2017 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ client on class hearing, filing, news story, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 11/14/2017 | 0.5 | $ 300.00 | $ 150.00 | review of complaint | Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/14/2017 | 5.3 | $ 250.00 | $ 1,325.00 | Edit named complaint and Jane Doe complaint; edit Motion to File Under Pseudonym; teleconference with Ms.[_]Levi; meet with Mr.[_]Downs, Ms.[_]Drake and Ms.[_]Carney; teleconference with | Block billing Correspondence with team/co-counsel is non-core | Conference duplicate of Downs 11/14/17 | Excessive time |
| Anthony Downs (Goodwin Procter) | 11/15/2017 | 1.4 | $ 475.00 | $ 665.00 | Attention to Section 1983 claim and jury trial issue; final review of draft Complaint; emails to team regarding same | Block billing Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 11/16/2017 | 0.4 | $ 475.00 | $ 190.00 | Review emails regarding filing and strategy issues | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/20/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: re: complaint filed, BG article, RE upcoming eval | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 11/22/2017 | 0.2 | $ 475.00 | $ 95.00 | Review emails regarding motion for preliminary injunction | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/26/2017 | 0.8 | $ 250.00 | $ 200.00 | Draft outline of "Success on the merits" section of brief in support of motion for preliminary injunction | Outline is not drafting substantive portions of a pleading | | |
| Ashley Drake (Goodwin Procter) | 11/27/2017 | 0.4 | $ 250.00 | $ 100.00 | Call with Mr.[_]Lobel and Ms.[_]Carney to discuss preliminary injunction research | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/27/2017 | 0.8 | $ 250.00 | $ 250.00 | Research and outline success on the merits section of the brief in support of the preliminary injunction; email Ms.[]Levi | Block billing Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/28/2017 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: Call w/ [ID] re: 3-2 harassment, Ettner eval, Globe article | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Ashley Drake (Goodwin Procter) | 11/29/2017 | 1.1 | $ 250.00 | $ 275.00 | Research case law regarding Massachusetts constitutional claims | Not specifying pleading research is for | Duplicate excessive task of 12/1/17 | |
| Jennifer Levi (GLAD) | 11/29/2017 | 4 | $ 600.00 | $ 2,400.00 | research for PI; confer w/ SM re: ADA; GD claims | Block billing<br>Team/co-counsel corresponsence is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 11/29/2017 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: calls w/ probate court re: J.D. name change | Call with different court unrelated to case is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/29/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: on name change, housing, globe article and class paperwork. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Jennifer Levi (GLAD) | 11/30/2017 | 3.5 | $ 600.00 | $ 2,100.00 | research for PI; state constitutional claims; ADA; review Blatt materials | Block billing<br>Not specifying what pleading research is for | | Excessive time |
| Ashley Drake (Goodwin Procter) | 12/1/2017 | 3.3 | $ 250.00 | $ 825.00 | Research case law regarding Massachusetts constitutional claims | Not specifying what pleading research is for | Duplicate excessive task of 11/29/17 | Excessive time |
| Jennifer Levi (GLAD) | 12/1/2017 | 3.5 | $ 600.00 | $ 2,100.00 | Team conferral re: PI; claims and relief; follow up research on claims | Block billing<br>Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 12/5/2017 | 4 | $ 600.00 | $ 2,400.00 | emails to Goodwin/PLS; expert review and research | Block billing<br>Correspondence with team/co-counsel is non-core<br>Expert research is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 12/6/2017 | 2 | $ 600.00 | $ 1,200.00 | review emails; evaluate strategy/risk | Block billing<br>Review of correspondence is non-core<br>Evaluation is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 12/6/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ Jane Doe re: retaliation, getting lugged, threats | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/7/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: to J.D. outlining harassment/retaliation documentation and grievances | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/7/2017 | 0.4 | $ 125.00 | $ 50.00 | Admin: spread sheet documenting harassment/retaliation/grievances | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/7/2017 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ J.D. on mammogram experience, shoer curtains, harassment, documentation | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/8/2017 | 0.2 | $ 125.00 | $ 25.00 | Review: 103doc491 | Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 12/8/2017 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: about shank incident, safety when documenting | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/8/2017 | 0.2 | $ 125.00 | $ 25.00 | Legal Research: informal complaint SOP | Not specifying what was researched | | |
| Louis Lobel (Goodwin Procter) | 12/8/2017 | 1.9 | $ 250.00 | $ 475.00 | Research for motion for preliminary injunction; edit outline | Block billing<br>Outline is not drafting substantive portions of a pleading | | |
| Louis Lobel (Goodwin Procter) | 12/11/2017 | 0.6 | $ 250.00 | $ 150.00 | Respond to calls from third party sources; edit and send draft outline of motion for preliminary injunction; teleconference with Mr.[_]Downs | Block billing<br>Third party correspondence is non-core<br>Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ J.D. aunt/cousin re: history of J.D. as a woman and photos and ID | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: to J.D. re harassment, visit, mtg w/ attys, family communication, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.2 | $ 125.00 | $ 25.00 | Admin: DOC/LSH records request | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/12/2017 | 0.2 | $ 125.00 | $ 25.00 | Admin: phone call and follow up fax to Caring Health Center re med records | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 12/12/2017 | 0.9 | $ 300.00 | $ 270.00 | conference call w/litigation team: discussed parameters of complaint and whether or not to include additional plaintiffs | Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 12/13/2017 | 0.3 | $ 475.00 | $ 142.50 | Review emails regarding status of preparation of injunction motion | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/13/2017 | 2.4 | $ 125.00 | $ 300.00 | Drafting: creating chronology of Jane Doe GD history and incarceration history | Internal note/memo is non-core | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/13/2017 | 5.3 | $ 250.00 | $ 1,325.00 | Draft motion in support of preliminary injunction and temporary restraining order | | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/14/2017 | 0.5 | $ 250.00 | $ 125.00 | Research for and draft memorandum in support of motion for preliminary injunction | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 12/15/2017 | 1.4 | $ 125.00 | $ 175.00 | Drafting: affidavit--Jane Doe | Not specifying what affidavit is for | | Excessive time |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Louis Lobel (Goodwin Procter) | 12/15/2017 | 3.2 | $ 250.00 | $ 800.00 | Research for and draft memorandum in support of motion for preliminary injunction | Block billing | Duplicate task as on 12/14/17 Duplicate motion draft as Downs 12/18/17 | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/17/2017 | 2 | $ 250.00 | $ 500.00 | Draft and edit memorandum in support of motion for a preliminary injunction | | Duplicate motion draft as Downs 12/18/17 | |
| Anthony Downs (Goodwin Procter) | 12/18/2017 | 1 | $ 475.00 | $ 475.00 | Review and revise draft preliminary injunction motion | | Duplicate motion draft as Lobel 12/15/17, 12/17/17, 12/18/17 | |
| Louis Lobel (Goodwin Procter) | 12/18/2017 | 2.3 | $ 250.00 | $ 575.00 | Edit draft of memorandum in support of motion for preliminary injunction | | Duplicate motion draft as Downs 12/18/17 | |
| Kate Piper (Paralegal) (PLS) | 12/19/2017 | 0.2 | $ 125.00 | $ 25.00 | Drafting: created release to give/receive info to [JD] family | Not specifying what release is for | | |
| Kate Piper (Paralegal) (PLS) | 12/19/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: calling for records from rive valley | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/19/2017 | 0.1 | $ 125.00 | $ 12.50 | Preparation: for 12/21 visit: printing releases, documents to review w/ [JD] | Meeting prep with plaintiff is non-core | | |
| Lizz Matos (PLS) | 12/19/2017 | 0.2 | $ 300.00 | $ 60.00 | Meetings: called [Jane Doe] aunt's re copy of ID and photos, etc. | Meeting with plaintiff/family is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 12/19/2017 | 2.6 | $ 250.00 | $ 650.00 | Research for and edit memorandum in support of motion for preliminary injunction | Block billing | | |
| Ashley Drake (Goodwin Procter) | 12/20/2017 | 2.2 | $ 250.00 | $ 550.00 | Research case law regarding Massachusetts due process claims | Not specifying pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 12/20/2017 | 1.1 | $ 125.00 | $ 137.50 | Drafting: complete first draft of [JD] affidavit | No specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 12/20/2017 | 4 | $ 250.00 | $ 1,000.00 | Edit memorandum in support of motion for preliminary injunction | | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 12/21/2017 | 2 | $ 125.00 | $ 250.00 | Prison Visit: visit w/ [JD] re: affidavit. Stayed beyond LM visit time. | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/21/2017 | 1.4 | $ 250.00 | $ 350.00 | Meet with Ms.[_]Drake; edit memorandum in support of preliminary injunction; email team | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit as Drake 12/21/17 | |
| Ashley Drake (Goodwin Procter) | 12/21/2017 | 1.7 | $ 250.00 | $ 425.00 | Edit draft motion for preliminary injunction and temporary restraining order | | Duplicate motion edit as Lobel 12/21/17 | |
| Kate Piper (Paralegal) (PLS) | 12/26/2017 | 0.1 | $ 125.00 | $ 12.50 | Admin: intake notes from visit. | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/26/2017 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: to [JD] re: releases, updates, family contact, affidavit | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/26/2017 | 0.3 | $ 125.00 | $ 37.50 | Admin: found 2 needed releases to send, LSH records to team, scanning completed releases | Admin tasks are non-core | | |
| Jennifer Levi (GLAD) | 12/27/2017 | 3.5 | $ 600.00 | $ 2,100.00 | confer w/ BK re: PI merits, arguments, relief; research | Block billing Correspondence with team/co-counsel is non-core Not specifying what pleading research is for | | Excessive time |
| Lizz Matos (PLS) | 12/29/2017 | 0.3 | $ 300.00 | $ 90.00 | [Jane Doe] affidavit: edited [Jane Doe] affidavit | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/2/2018 | 0.6 | $ 125.00 | $ 75.00 | Drafting: edits to [JD] affidavit | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/3/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: records req follow up with Caring and req' to Norwood Hosp | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/3/2018 | 0.5 | $ 125.00 | $ 62.50 | Telephone call: 2 calls w/ [JD] on showers, affidavit review, med update, etc... | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/3/2018 | 0.2 | $ 125.00 | $ 25.00 | Drafting: editing affidavit | Not specifying what affidavit is for | | |
| Jennifer Levi (GLAD) | 1/4/2018 | 2 | $ 600.00 | $ 1,200.00 | review MTD; research oppo to MTD | Block billing Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 1/5/2018 | 1 | $ 475.00 | $ 475.00 | Review and revise draft PI outline and affidavits; conference with Mr.[_]Lobel regarding proposed PI | Block billing Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/5/2018 | 0.7 | $ 250.00 | $ 175.00 | Review and revise draft affidavits | Not specifying what affidavits are for | | |
| Jennifer Levi (GLAD) | 1/5/2018 | 1.5 | $ 600.00 | $ 900.00 | review MTD; review RE affidavit | Block billing Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 1/5/2018 | 2.1 | $ 250.00 | $ 525.00 | Draft memorandum in support of preliminary injunction; review and revise motion to dismiss | Block billing | Duplicate draft motion as Downs 1/8/18 | |
| Louis Lobel (Goodwin Procter) | 1/7/2018 | 5.1 | $ 250.00 | $ 1,275.00 | Draft memorandum in support of preliminary injunction | | Duplicate draft motion as Downs 1/8/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 1/8/2018 | 8.1 | $ 250.00 | $ 2,025.00 | Review and analyze Defendant's motion to dismiss; draft opposition to motion to dismiss; edit motion extending deadline to file the opposition to the motion to dismiss | Block billing | | Excessive time |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 1/8/2018 | 0.3 | $ 125.00 | $ 37.50 | Correspondence w/client: to [JD]SORB, sister's affidavit, visit, MH clinician | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/8/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: call w/ Maria Garcia--sister | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 1/8/2018 | 0.1 | $ 475.00 | $ 47.50 | Review and revise draft preliminary injunction motion | | Duplicate draft motion as Lobel 1/5/18, 1/7/18 | |
| Louis Lobel (Goodwin Procter) | 1/8/2018 | 3.5 | $ 250.00 | $ 875.00 | Edit draft of memorandum in support of preliminary injunction | | Duplicate draft motion as Downs 1/8/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 1/9/2018 | 5.2 | $ 250.00 | $ 1,300.00 | Meeting with Mr[_]Lobel and Ms.[_]Levi to discuss dismiss and filing for injunctive relief; draft outline for opposition to motion to dismissstrategy for responding to Defendants' motion to | Block billing Correspondence with team/co-counsel is non-core | Duplicate meeting as Lobel 1/9/18 | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/9/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: [JD]calls re: new shower procedure | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 1/9/2018 | 3.5 | $ 250.00 | $ 875.00 | Meet with Ms.[_]Levi and Ms.[_]Drake at GLAD headquarters; draft opposition to motion to dismiss | Block billing Correspondence with team/co-counsel is non-core | Duplicate meeting as Drake 1/9/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/10/2018 | 1.3 | $ 475.00 | $ 617.50 | Review and revise draft declaration of Jane Doe; review defendant's opposition to Motion to Dismiss; revise preliminary injunction motion | Block billing | | |
| Ashley Drake (Goodwin Procter) | 1/10/2018 | 4.5 | $ 250.00 | $ 1,125.00 | Draft updated outline for opposition to motion to dismiss based on meeting with Ms.[_]Levi and Mr.[_]Lobel | Outline is not drafting substantive portions of legal document | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/10/2018 | 0.4 | $ 125.00 | $ 50.00 | Drafting: editing LM version of affidavit | Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 1/10/2018 | 0.9 | $ 250.00 | $ 225.00 | Research and draft opposition to motion to dismiss | Block billing | | |
| Anthony Downs (Goodwin Procter) | 1/11/2018 | 0.5 | $ 475.00 | $ 237.50 | Conference with Mr.[_]Lobel regarding Opposition to Motion to Dismiss | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 0.4 | $ 125.00 | $ 50.00 | Drafting: edit [JD]aff for new facts | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ [JD]sister, MG | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 1.3 | $ 125.00 | $ 162.50 | Drafting: MG affidavit | Not specifying what affidavit is for | | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/11/2018 | 4.4 | $ 250.00 | $ 1,100.00 | Research, draft and edit opposition to motion to dismiss | Block billing | | Excessive time |
| Ashley Drake (Goodwin Procter) | 1/11/2018 | 3.3 | $ 250.00 | $ 825.00 | Edit draft opposition to motion to dismiss | | Duplicate motion edit task as Lobel 1/12/18 | Excessive time |
| Joel Thompson (PLS) | 1/12/2018 | 0.9 | $ 350.00 | $ 315.00 | Legal Research: Legal research re law governing substantive due process claim. | Not specifying what pleading research is for | | |
| Louis Lobel (Goodwin Procter) | 1/12/2018 | 3.2 | $ 350.00 | $ 800.00 | Edit opposition to motion to dismiss and brief in support of a preliminary injunction; meet with Ms.[_]Drake; teleconference with Mr.[_]Downs | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Drake 1/11/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/12/2018 | 0.5 | $ 475.00 | $ 237.50 | Review and revise draft Opposition to Motion to Dismiss | | Duplicate motion draft task as Lobel 1/11/18, 1/12/18 and Drake 1/11/18 | |
| Ashley Drake (Goodwin Procter) | 1/12/2018 | 0.7 | $ 250.00 | $ 175.00 | Edit draft opposition to motion to dismiss | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18 | |
| Jennifer Levi (GLAD) | 1/15/2018 | 3 | $ 600.00 | $ 1,800.00 | review plaintiff affidavit; revise; review medical records | Block billing Document review is non-core Not specifying what affidavit is for Not specifying what is being revised | | |
| Anthony Downs (Goodwin Procter) | 1/15/2018 | 2 | $ 475.00 | $ 950.00 | Review and revise draft Opposition to Motion to Dismiss | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18 and Downs 1/12/18 | |
| Louis Lobel (Goodwin Procter) | 1/15/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit opposition to motion to dismiss | | Duplicate motion edit task as Drake 1/11/18 and Downs 1/12/18 | |
| Joel Thompson (PLS) | 1/16/2018 | 0.5 | $ 350.00 | $ 175.00 | Legal Research: Legal research re availability of substantive due process claim. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/16/2018 | 0.5 | $ 350.00 | $ 175.00 | Review: Review draft opposition to motion to dismiss. | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/16/2018 | 0.3 | $ 125.00 | $ 37.50 | Medical record review: Caring records | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/16/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ [JD]new harassment, shower, Sherri Elliot | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/16/2018 | 0.1 | $ 125.00 | $ 12.50 | Drafting: final review of MG affidavit | Not specifying what affidavit is for | | |
| Lizz Matos (PLS) | 1/16/2018 | 0.6 | $ 300.00 | $ 180.00 | worked on expert affidavit: reviewed and edited affidavit, questions and comments to expert, email correspondence | Correspondence with third party/experts is non-core | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Louis Lobel (Goodwin Procter) | 1/16/2018 | 2.3 | $ 250.00 | $ 575.00 | Coordinate team meeting; research for opposition to motion to dismiss | Block billing<br>Coordinating/scheduling is non-core<br>Correspondence with team/co-counsel is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/17/2018 | 0.5 | $ 475.00 | $ 237.50 | Review correspondence regarding status of Opposition to Motion to Dismiss | Not specifying if correspondence is from court (core) or team/co-counsel (non-core) | | |
| Joel Thompson (PLS) | 1/17/2018 | 1.6 | $ 350.00 | $ 560.00 | Legal Research: Legal research re equal protection claims in prison, procedural due process in prison (classification, housing). | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/17/2018 | 0.9 | $ 350.00 | $ 315.00 | Legal Research: Legal research re procedural due process law as applied to housing, classification, transfers. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/17/2018 | 0.4 | $ 350.00 | $ 140.00 | Review: Review draft preliminary injunction motion. | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.4 | $ 125.00 | $ 50.00 | File Review: review of gvc records sent by MCIN | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.4 | $ 125.00 | $ 50.00 | Review: [J.D.]LSH records review | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call to records dept at MCIN | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.6 | $ 125.00 | $ 75.00 | File Review: review of DOC med records for hormone issues | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/17/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: of Ettner affidavit for any [J.D.]detail in accuracies | Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 1/17/2018 | 1.8 | $ 250.00 | $ 450.00 | Research for opposition to motion to dismiss and brief in support of preliminary injunction | Not specifying what was researched | | |
| Joel Thompson (PLS) | 1/18/2018 | 0.9 | $ 350.00 | $ 315.00 | Telephone call: Conference call with co-counsel re opposition to motion to dismiss, preparation of preliminary injunction motion. | Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/18/2018 | 0.1 | $ 125.00 | $ 12.50 | Preparation: new signature pages for [J.D.]affi | Preparation of documents is non-core<br>Not specifying what affidavit is for | | |
| Lizz Matos (PLS) | 1/18/2018 | 1.3 | $ 300.00 | $ 390.00 | litigation conference call: discussed developments in complaint | Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 1/19/2018 | 2.4 | $ 350.00 | $ 840.00 | Drafting: Draft and supplement research for due process argument in opposition to motion to dismiss. | Block billing | Duplicate motion draft as Lobel 1/19/18 | |
| Louis Lobel (Goodwin Procter) | 1/19/2018 | 3.1 | $ 250.00 | $ 775.00 | Research for, draft and edit section of opposition to motion to dismiss | Block billing | Duplicate motion draft as Thompson 1/19/18 | |
| Louis Lobel (Goodwin Procter) | 1/20/2018 | 1.9 | $ 250.00 | $ 475.00 | Research for, draft and edit section of opposition to motion to dismiss | Block billing | Duplicate motion draft as Thompson 1/19/18 | |
| Ashley Drake (Goodwin Procter) | 1/20/2018 | 0.9 | $ 250.00 | $ 225.00 | Research case law for opposition to defendants' motion to dismiss | | Duplicate motion research as on 1/18/18 | |
| Anthony Downs (Goodwin Procter) | 1/22/2018 | 1.6 | $ 475.00 | $ 760.00 | Review case law regarding "class of one" argument; revise draft Opposition to Motion to Dismiss | Block billing | | |
| Jennifer Levi (GLAD) | 1/22/2018 | 2.5 | $ 600.00 | $ 1,500.00 | research re: PI/oppo to MTD; review expert affidavit | Block billing<br>Document review is non-core | | |
| Joel Thompson (PLS) | 1/22/2018 | 2.5 | $ 350.00 | $ 875.00 | Drafting: Research and draft due process section of opposition to motion to dismiss. | Block billing | | |
| Lizz Matos (PLS) | 1/22/2018 | 0.8 | $ 300.00 | $ 240.00 | editing affidavits: edited affidavits of plaintiff and correctional exper | Block billing<br>Not specifying what affidavits are for | | |
| Louis Lobel (Goodwin Procter) | 1/22/2018 | 1.7 | $ 250.00 | $ 425.00 | Edit equal protection section of opposition to motion to dismiss; email team; teleconference with Mr.[ ]Downs; meet with Ms.[ ]Drake regarding opposition | Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/22/2018 | 0.6 | $ 250.00 | $ 150.00 | Research ADA case law for opposition to motion to dismiss | | Duplicate research for ADA law as Thompson 1/22/18 | |
| Joel Thompson (PLS) | 1/22/2018 | 1.4 | $ 350.00 | $ 490.00 | Legal Research: Leagal research re ADA and prisons, scope of Title II, for opposition to motion to dismiss. | | Duplicate research for ADA law as Drake 1/22/18 | |
| Lizz Matos (PLS) | 1/22/2018 | 0.8 | $ 300.00 | $ 240.00 | work on opp to MTD: editing of Opp to MTD | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18 and Downs 1/12/18, 1/15/18 | |
| Kate Piper (Paralegal) (PLS) | 1/23/2018 | 0.4 | $ 125.00 | $ 50.00 | Medical record review: for MH reported harassment episodes | Document review is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/23/2018 | 1.3 | $ 250.00 | $ 325.00 | Research case law for opposition to motion to dismiss | | Dupliate research task as on 1/18/18 | |
| Anthony Downs (Goodwin Procter) | 1/24/2018 | 1.9 | $ 475.00 | $ 902.50 | Review Mass. prison regulations and 1st Circuit case law on 8th Amendment issues; review draft declarations; review draft motion to dismiss opposition | Block billing<br>Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/24/2018 | 0.1 | $ 125.00 | $ 12.50 | Review: of ARs recent letter to IPS | Document review is non-core | | |

Specific Objections to Plaintiff's Fee Entries

Jane Doe v. Massachusetts Department of Correction
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Louis Lobel (Goodwin Procter) | 1/24/2018 | 2.1 | $ 250.00 | $ 525.00 | Edit opposition to motion to dismiss; research notice requirements to United States Department of Justice; edit affidavit of Mr.[_]Aiken | Block billing  Not specifying what affidavit is for | | |
| Ashley Drake (Goodwin Procter) | 1/24/2018 | 0.5 | $ 250.00 | $ 125.00 | Research case law for the opposition to the motion to dismiss | | Dupliate research task as on 1/18/18, 1/24/18 | |
| Kate Piper (Paralegal) (PLS) | 1/25/2018 | 0.1 | $ 125.00 | $ 12.50 | Drafting: small typo edits to [?]affi | Not specifying what affidavit is for | | |
| Anthony Downs (Goodwin Procter) | 1/26/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft affidavits; draft Motion for Preliminary Injunction | Block billing  Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/26/2018 | 0.2 | $ 125.00 | $ 25.00 | Drafting: paragraphs 2 and 3 editing | Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 1/26/2018 | 1.9 | $ 250.00 | $ 475.00 | Draft motion for temporary restraining order and preliminary injunction; draft proposed temporary restraining order; teleconference with Ms.[_]Carney | Block billing  Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 1/29/2018 | 2.3 | $ 475.00 | $ 1,092.50 | Review and revise Opposition to Motion to Dismiss; Review and revise case law on ADA | Block billing | Duplicate research for ADA law as Thompson 1/22/18 and Drake 1/22/18 | |
| Anthony Downs (Goodwin Procter) | 1/30/2018 | 4.9 | $ 475.00 | $ 2,327.50 | Review and revise draft opposition to motion to dismiss; Review and revise case law and case materials | Block billing | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, Downs 1/12/18, 1/15/18 and Matos 1/22/18 | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/30/2018 | 4.8 | $ 250.00 | $ 1,200.00 | Edit opposition to motion to dismiss; meet with Ms.[_]Drake; teleconference with Ms.[_]Carney | Block billing  Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, Downs 1/12/18, 1/15/18, 1/30/18, and Matos 1/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/31/2018 | 2 | $ 475.00 | $ 950.00 | Revise draft Opposition to Motion to Dismiss; conference with Mr.[_]Lobel regarding same; review and revise documents for filing | Block billing  Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, 1/30/18, Downs 1/12/18, 1/15/18, 1/30/18, and Matos 1/22/18 | |
| Joel Thompson (PLS) | 1/31/2018 | 1 | $ 350.00 | $ 350.00 | Legal Research: Research re liberty interest that is state-created, necessity of identifying regulation, potential candidates. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/31/2018 | 0.5 | $ 350.00 | $ 175.00 | Review: Review list of remedies requested in motion for preliminary injunction, propose rewording and discuss relative merits of negative vs. mandatory injunction. | Not specifying if this is legal research or internal memo | | |
| Lizz Matos (PLS) | 1/31/2018 | 0.7 | $ 300.00 | $ 210.00 | research for PI: research for PI arguments/claims | Not specifying what was researched | | |
| Louis Lobel (Goodwin Procter) | 1/31/2018 | 5.7 | $ 250.00 | $ 1,425.00 | Teleconference with Mr.[_]Downs; edit opposition to motion to dismiss; draft motion for preliminary injunction; meet with Ms.[_]Drake to discuss draft motion for additional pages | Block billing  Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, 1/30/18, Downs 1/12/18, 1/15/18, 1/30/18, 1/31/18, and Matos 1/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/1/2018 | 2 | $ 475.00 | $ 950.00 | Revise draft memorandum in support of motion for preliminary injunction; emails with Mr.[_]Lobel regarding same; review and revise draft introduction | Block billing  Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/1/2018 | 0.2 | $ 125.00 | $ 25.00 | Review: of [?]retaliation/harassment reports and potential response from attys--w/ LM | Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/1/2018 | 6.1 | $ 250.00 | $ 1,525.00 | Edit brief in support of preliminary injunction; edit motion for preliminary injunction; edit motion for additional pages; meet with Mr.[_]Downs; meet with Ms.[_]Drake; edit affidavits of experts and Ms. [_] Doe | Block billing  Correspondence with team/co-counsel is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/2/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: scan/review/intake of letter re: harassment and emergency gvc re strip by Clementa and LeBlanc | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/2/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: records invoice/denial reviewed (.1), call to Ciox re: invoice (.1), call to Norwood Hosp re: denial spoke with norwood hospital about sensitive | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/5/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: info/records release (.1), sent [?]new release with instructions (.1) | Admin tasks are non-core | | |
| Anthony Downs (Goodwin Procter) | 2/6/2018 | 1.6 | $ 475.00 | $ 760.00 | Telephone conference with GLAD and PLS regarding preparation for preliminary injunction hearing; conference with Mr.[_]Lobel and Ms.[_]Drake regarding task list for pretrial hearing | Block billing  Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 2/6/2018 | 1.3 | $ 300.00 | $ 390.00 | telephone call: conference call with litigation team and prep | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/6/2018 | 2.7 | $ 250.00 | $ 675.00 | Teleconference with team; draft petition for writ of habeas corpus ad testificandum; email team with agenda for this week | Block billing  Correspondence with team/co-counsel is non-core | | Excessive time |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Anthony Downs (Goodwin Procter) | 2/7/2018 | 4.2 | $ 475.00 | $ 1,995.00 | Prepare for oral argument; review case materials and ADA legislative history; conference with Mr[_]Lobel; review ADA materials | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Lizz Matos (PLS) | 2/7/2018 | 0.8 | $ 300.00 | $ 240.00 | letter to opp counsel: drafted letter to opposing counsel | Not specifying what correspondence is regarding | | |
| Jennifer Levi (GLAD) | 2/8/2018 | 2 | $ 600.00 | $ 1,200.00 | Hearing prep; review cases | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 2/8/2018 | 0.6 | $ 125.00 | $ 75.00 | Telephone call: two calls w/ [19]on harassment, housing, showers, PI hearing, med release, PREA complaints, MH clinician | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 2/9/2018 | 1.8 | $ 475.00 | $ 855.00 | Review case materials regarding ADA and gender discrimination; review background materials | Block billing Not specifying what are background materials Document review is non-core | | |
| Jennifer Levi (GLAD) | 2/9/2018 | 3 | $ 600.00 | $ 1,800.00 | Hearing prep; research re: PREA; TG prison cases | Block billing | | |
| Louis Lobel (Goodwin Procter) | 2/9/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit petition to have Ms.[_]Doe in court; teleconference with Mr.[_]Downs | Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 2/12/2018 | 0.6 | $ 475.00 | $ 285.00 | Review emails regarding habeas corpus petition; review correspondence regarding courtroom procedures for Ms.[_]Doe's attendance at hearing | Block billing | | |
| Louis Lobel (Goodwin Procter) | 2/12/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit motion to have Ms.[_]Doe in court; teleconference with Mr.[_]]Downs; email team | Block billing Correspondence with team/co-counsel is non-core | Duplicate edit motion as on 2/11/18 | |
| Anthony Downs (Goodwin Procter) | 2/13/2018 | 3.1 | $ 475.00 | $ 1,472.50 | Telephone conference with GLAD regarding oral argument preparation | Correspondence with team/co-counsel is non-core | | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/13/2018 | 2.5 | $ 250.00 | $ 625.00 | Meeting with case team to discuss strategy for responding to plaintiffs' opposition brief and upcoming hearing | Correspondence with team/co-counsel is non-core | Duplicate team meeting as Lobel 2/13/18 | Excessive time |
| Jennifer Levi (GLAD) | 2/13/2018 | 1.5 | $ 600.00 | $ 900.00 | Hearing prep; research re: medical transition/bio | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 2/13/2018 | 0.4 | $ 125.00 | $ 50.00 | Research non-legal: policy/practice of clients wearing court appropriate street clothes in court | Non-legal research is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/13/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ [19]re: 3 interview w/ Supt special investigator today | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 2/13/2018 | 0.2 | $ 125.00 | $ 25.00 | Correspondence w/client: began ltr to [19] | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 2/13/2018 | 1.1 | $ 300.00 | $ 330.00 | Litigation meeting: met with team to prep for PI hearing | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/13/2018 | 4.2 | $ 250.00 | $ 1,050.00 | Meet with team; teleconference with Mr.[_]Klein and Ms.[_]Levi; research regarding unions and strip searches | Block billing Correspondence with team/co-counsel is non-core | Duplicate team meeting as Drake 2/13/18 | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/14/2018 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: court, clothing, atty visit, family contact, photos, PREA | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 2/15/2018 | 1.7 | $ 475.00 | $ 807.50 | Conference with GLAD regarding potential issues for oral argument | Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 2/15/2018 | 2 | $ 600.00 | $ 1,200.00 | Hearing prep; research re: consitution avoidance | Block billing | | |
| Anthony Downs (Goodwin Procter) | 2/16/2018 | 0.5 | $ 475.00 | $ 237.50 | Conference with Mr.[_]Lobel regarding petition for Ms.[_]Doe's attendance at court | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/16/2018 | 0.8 | $ 250.00 | $ 200.00 | Edit motion and proposed order for having client in court; teleconference with clerk of Judge Sterns | Block billing Third party correspondence is non-core Not specifying purpose of teleconference with clerk of Judge Sterns | | |
| Jennifer Levi (GLAD) | 2/18/2018 | 2.5 | $ 600.00 | $ 1,500.00 | Review amicus brief; related amicus from WPATH | Block billing Document review is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call from MCIN questioning our camera request on legal visit | Third party correspondence is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call w/ sister Maria re: upcoming hearing and court clothes | Correspondence with plaintiff/family is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: letter to Supt concerning legal visit with camera on 2/22/18 | Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.6 | $ 125.00 | $ 75.00 | Drafting: edit of supp affi [19] | Block billing | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: req' MCIN med rec from cut off of last rec (had to retrieve cut off date) and attempted reg of Hosp rec'-- unwitnessed, so new release downloaded for ___ | Admin tasks are non-core | | |
| Anthony Downs (Goodwin Procter) | 2/21/2018 | 3 | $ 475.00 | $ 1,425.00 | Review issues for district court argument; review Opposition to Motion for Preliminary Injunction; prepare for visit to Norfolk prison | Block billing Preparation for plaintiff meeting is non-core | | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/21/2018 | 1.8 | $ 250.00 | $ 450.00 | Research in preparation for hearing | Not specifying what was researched | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/22/2018 | 5.7 | $ 475.00 | $ 2,707.50 | Visit Ms.[_]Doe at MCI-Norfolk; conference with Ms.[_]Levi and Ms.[_]Matos; telephone conference with litigation team regarding draft reply brief; conference with Mr.[_]Lobel regarding amicus brief | Block billing Correspondence with team/co-counsel is non-core Correspondence with plaintiff is non-core if not in preparation for depo/trial | Duplicate team conference as Lobel 2/22/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/22/2018 | 2.4 | $ 250.00 | $ 600.00 | Review and analyze defendants' opposition to motion for preliminary injunction; call with case team to discuss reply and upcoming hearing | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 2/22/2018 | 2.5 | $ 600.00 | $ 1,500.00 | review and revise oppo to MTD; Blatt review; edit and revise PI memo and motion | Block billing Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 0.8 | $ 125.00 | $ 100.00 | Review: of class reports, and search for housing risk assessment reviews (103 DOC 652.09.8) in CORI/med records | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 1.8 | $ 125.00 | $ 225.00 | Preparation: bought suit, blouse, shoes for ___ to wear to court | Shopping is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: phone call w/ heather, supt secretary re: property procedure for ___ to get court clothes | Third party correspondence is non-core | | |
| Lizz Matos (PLS) | 2/22/2018 | 2.2 | $ 300.00 | $ 660.00 | telephone call: conf regarding opp to PI and response | Not specifying who conference call is with | | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/22/2018 | 7.1 | $ 250.00 | $ 1,775.00 | Research for reply; teleconference with team; teleconference with Mr.[_]Downs | Block billing Correspondence with team/co-counsel is non-core | Duplicate team conference as Downs 2/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/23/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft reply affidavit; review draft amicus brief; email team regarding same | Block billing Correspondence with team/co-counsel is non-core | Duplicate amicus review as Matos 2/23/18 | |
| Jennifer Levi (GLAD) | 2/23/2018 | 2 | $ 600.00 | $ 1,200.00 | Review oppo to MTD; related | Block billing Document review is non-core | Duplicate motion review as Drake 2/22/18 | |
| Lizz Matos (PLS) | 2/23/2018 | 0.7 | $ 300.00 | $ 210.00 | review amicus: reviewed and commented on amicus brief | Document review is non-core | Duplicate amicus review as Downs 2/23/18 | |
| Anthony Downs (Goodwin Procter) | 2/25/2018 | 1 | $ 475.00 | $ 475.00 | Review DOC document rejecting transfer of trans gender woman to Framingham; review and revise draft affidavit and reply brief; seek local counsel for amicus brief | Block billing Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 2/25/2018 | 1.5 | $ 600.00 | $ 900.00 | Hearing prep/review | Block billing Not specifying what was reviewed | | |
| Louis Lobel (Goodwin Procter) | 2/25/2018 | 3.5 | $ 250.00 | $ 875.00 | Research and edit reply memorandum in support of motion for preliminary injunction; email team | Block billing Correspondence with team/co-counsel is non-core Not specifying what was researched | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/26/2018 | 2.1 | $ 475.00 | $ 997.50 | Review recent case law; draft practice questions for Ms.[_]Levi; telephone conference with Ms.[_]Levi regarding oral argument preparation | Block billing Correspondence with team/co-counsel is non-core Practice questions are non-core Not specifying purpose of reviewing case law | Duplicate team conference as Lobel 2/26/18 | Excessive time |
| Jennifer Levi (GLAD) | 2/26/2018 | 7.5 | $ 600.00 | $ 4,500.00 | Review filings; hearing prep; calls with SM; review filings; oppo | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/26/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: review of ___ docs/records to determine accurate housing timeline | Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/26/2018 | 5.5 | $ 250.00 | $ 1,375.00 | Edit reply memorandum; draft presentation for hearing; teleconference with Mr.[_]Downs; meet with Ms.[_]Toomey; meet with Ms.[_]Drake; edit supplemental affidavit of Ms.[_]Doe; coordinate filing | Block billing Correspondence with team/co-counsel is non-core Coordinating filing is non-core | Duplicate team conference as Downs 2/26/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/27/2018 | 1.7 | $ 250.00 | $ 425.00 | Call with case team in preparation for hearing on motion to dismiss and preliminary injunction | Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 2/27/2018 | 6.5 | $ 600.00 | $ 3,900.00 | Hearing argument prep; outlines and | Block billing Outlines are non-core writing | | Excessive time |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Joel Thompson (PLS) | 2/27/2018 | 0.7 | $ 350.00 | $ 245.00 | Review: Review motion to dismiss / motion for PI papers, prepare questions for conference call. | Team/co-counsel meeting prep is non-core Document review is non-core | | |
| Lizz Matos (PLS) | 2/27/2018 | 1.7 | $ 300.00 | $ 510.00 | Telephone call: call with team to prepare for hearing | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/27/2018 | 5.7 | $ 250.00 | $ 1,425.00 | Research in preparation for hearing; draft list of question for Ms.[_]Levi in preparation of hearing; join preparation call | Block billing Correspondence with team/co-counsel is non-core Question list prep is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/28/2018 | 3 | $ 475.00 | $ 1,425.00 | Attend meeting with Ms.[_]Doe at federal court; attend oral argument on Motion to Dismiss and Motion for Preliminary Injunction | Block billing | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Lobel, Drake | |
| Jennifer Levi (GLAD) | 2/28/2018 | 7.5 | $ 600.00 | $ 4,500.00 | Hearing prep; Hearing; meetings | Block billing Not specifying who meetings are with | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Lobel, Downs, Drake | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/28/2018 | 5.6 | $ 250.00 | $ 1,400.00 | Research in preparation for hearing; teleconference with Mr.[_]Downs; attend hearing; edit presentation | Block billing Not specifying what was researched Correspondence with team/co-counsel is non-core | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Downs, Drake | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/28/2018 | 2.5 | $ 250.00 | $ 625.00 | Attend hearing on the motion to dismiss and preliminary injunction | | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Lobel, Downs | |
| Joel Thompson (PLS) | 2/28/2018 | 1.2 | $ 350.00 | $ 420.00 | Court Appearance: Attend oral argument on motion to dismiss / motion for PI. | | Duplicate 2/28/18 court appearance as Matos, Piper, Levi, Lobel, Downs, Drake | |
| Kate Piper (Paralegal) (PLS) | 2/28/2018 | 0.7 | $ 125.00 | $ 87.50 | Court Appearance: PI/MTD | | Duplicate 2/28/18 court appearance as Matos, Thompson, Levi, Lobel, Downs, Drake | |
| Lizz Matos (PLS) | 2/28/2018 | 2.5 | $ 300.00 | $ 750.00 | PI and MTD hearing: attend motion hearing,assist at counsel table | | Duplicate 2/28/18 court appearance as Thompson, Piper, Levi, Lobel, Downs, Drake | Excessive time |
| Kate Piper (Paralegal) (PLS) | 3/1/2018 | 0.3 | $ 125.00 | $ 37.50 | Legal Research: review of DOC classification policy for anything relevant to gender/facility assignment | Not specifying what pleading research is for | | |
| Jennifer Levi (GLAD) | 3/2/2018 | 3.5 | $ 600.00 | $ 2,100.00 | Review case law re: constitutional avoidance; review DOJ positions in ADA claims (Blatt, others) | Block billing Not specifying what pleading research is for | | Excessive time |
| Lizz Matos (PLS) | 3/5/2018 | 0.3 | $ 300.00 | $ 90.00 | reviewed order: reviewed order and correspondence regarding order | Not specifying if correspondence is from court (core) or team/co-counsel (non-core) | Duplicate 3/5/18 order review as Piper, Levi, Downs, Lobel, Drake | |
| Louis Lobel (Goodwin Procter) | 3/5/2018 | 1 | $ 250.00 | $ 250.00 | Review Court order; email team regarding next steps | Block billing Correspondence with team/co-counsel is non-core | Duplicate 3/5/18 order review as Matos, Piper, Levi, Downs, Drake | Excessive time |
| Anthony Downs (Goodwin Procter) | 3/5/2018 | 0.3 | $ 475.00 | $ 142.50 | Review preliminary injunction order | | Duplicate 3/5/18 order review as Matos, Piper, Levi, Lobel, Drake | |
| Ashley Drake (Goodwin Procter) | 3/5/2018 | 0.6 | $ 250.00 | $ 150.00 | Review court's order regarding the motion to dismiss and preliminary injunction | | Duplicate 3/5/18 order review as Matos, Piper, Levi, Downs, Lobel | |
| Jennifer Levi (GLAD) | 3/5/2018 | 1 | $ 600.00 | $ 600.00 | Review court order | | Duplicate 3/5/18 order review as Matos, Piper, Downs, Lobel, Drake | Excessive time for review |
| Kate Piper (Paralegal) (PLS) | 3/5/2018 | 0.2 | $ 125.00 | $ 25.00 | Review: Stearn's initial order on PI/MTD | | Duplicate 3/5/18 order review as Matos, Levi, Downs, Lobel, Drake | |
| Anthony Downs (Goodwin Procter) | 3/6/2018 | 0.9 | $ 475.00 | $ 427.50 | Telephone conference with team regarding preliminary injunction ruling; conference with Mr.[_]Lobel regarding case strategy | Block billing Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Matos, Drake | |
| Ashley Drake (Goodwin Procter) | 3/6/2018 | 0.9 | $ 250.00 | $ 250.00 | Call with case team to discuss court order and next steps | Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Matos, Downs | |
| Kate Piper (Paralegal) (PLS) | 3/6/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: scan/upload <mark>49</mark>new CORI and Norwood Hosp release | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 3/6/2018 | 0.8 | $ 300.00 | $ 240.00 | teleconference: teleconference with team to discuss order and next steps | Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Downs, Drake | |
| Louis Lobel (Goodwin Procter) | 3/8/2018 | 1.3 | $ 250.00 | $ 325.00 | Draft notice of supplemental authority and coordinate filing | Block billing Coordinating filing is non-core | | Excessive time |

12

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Jennifer Levi (GLAD) | 3/9/2018 | 2.5 | $ 600.00 | $ 1,500.00 | Review D's proposal; research PREA policies re: searches | Block billing / Document review is non-core | | |
| Jennifer Levi (GLAD) | 3/10/2018 | 2 | $ 600.00 | $ 1,200.00 | Review prison policies re: searches (men's/women's) | Not specifying what pleading research is for | Duplicate searches research as on 3/9/18 | |
| Kate Piper (Paralegal) (PLS) | 3/15/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: scan/upload/email JD new "shower letter" from DOC to team | Admin tasks are non-core | | |
| Lizz Matos (PLS) | 3/15/2018 | 2.1 | $ 300.00 | $ 630.00 | visit Plaintiff in prison | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Louis Lobel (Goodwin Procter) | 3/15/2018 | 0.3 | $ 250.00 | $ 75.00 | Review letter regarding shower time from client; email team with court filing | Correspondence with plaintiff is non-core if not in preparation for depo/trial / Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 3/16/2018 | 1 | $ 125.00 | $ 125.00 | Admin: review of file for outstanding classification/bed history records requests (.3) and new requests made for: bed history, classification, housing risk assessment, GD records, PREA records to MCIN records, Medeiros and MPCH (.7) | Objection to billing time after 3/15/18 / Admin tasks are non-core | | |
| Louis Lobel (Goodwin Procter) | 3/16/2018 | 1.3 | $ 250.00 | $ 325.00 | Teleconference with team; draft motion for reconsideration | Objection to billing time after 3/15/18 / Block billing / Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 3/17/2018 | 2 | $ 600.00 | $ 1,200.00 | research re: prison policies on strip searches | Objection to billing time after 3/15/18 / Not specifying what pleading research is for | Duplicate searches research as on 3/9/18, 3/10/18 | |
| Jennifer Levi (GLAD) | 3/18/2018 | 3 | $ 600.00 | $ 1,800.00 | research re: PREA and strip searching | Objection to billing time after 3/15/18 / Not specifying what pleading research is for | Duplicate searches research as on 3/9/18, 3/10/18, 3/17/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 3/19/2018 | 3.1 | $ 250.00 | $ 775.00 | Research case law for motion for reconsideration | Objection to billing time after 3/15/18 | | |
| Lizz Matos (PLS) | 3/19/2018 | 0.3 | $ 300.00 | $ 90.00 | opp to d's motion: edited opp to motion for clarification | Objection to billing time after 3/15/18 | | |
| Louis Lobel (Goodwin Procter) | 3/19/2018 | 0.1 | $ 250.00 | $ 25.00 | Email team regarding motion for reconsideration | Objection to billing time after 3/15/18 / Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 3/20/2018 | 2.9 | $ 250.00 | $ 725.00 | Review and edit motion for reconsideration; finalize motion; file motion with the court | Objection to billing time after 3/15/18 / Block billing / Filing task is administrative and non-core | | |
| Ashley Drake (Goodwin Procter) | 3/21/2018 | 0.7 | $ 250.00 | $ 175.00 | Edit motion for reconsideration; file an updated motion with the court | Objection to billing time after 3/15/18 / Block billing / Filing task is administrative and non-core | | |
| Kate Piper (Paralegal) (PLS) | 3/21/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: filing recent paperwork | Objection to billing time after 3/15/18 / Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 4/2/2018 | 0.2 | $ 125.00 | $ 25.00 | File review: reviewed records sample sent by MPCH (GD com mtg min) and determine they are fine, but we needs EVERYTHING | Objection to billing time after 3/15/18 / Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 4/2/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call w/ JD about: harrassment from Sgt, DOC investigations into harrassment, insufficient shower time, harrassment from nurse, name change paperwork, req' copies of order/article | Objection to billing time after 3/15/18 / Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 4/2/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ paralegal Terri Taylor at MPCH re: GD Com records req and whether or not mtg minutes, etc... should be included. | Objection to billing time after 3/15/18 / Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 4/10/2018 | 0.2 | $ 475.00 | $ 95.00 | Review emails regarding DOJ extension request | Objection to billing time after 3/15/18 / Review of correspondence is non-core | | |
| Lizz Matos (PLS) | 4/10/2018 | 0.7 | $ 300.00 | $ 210.00 | legal research: research regarding collective bargaining and strip searches | Objection to billing time after 3/15/18 / Not specifying what pleading research is for | Duplicate searches research as Levi 3/9/18, 3/10/18, 3/17/18, 3/18/18 | |
| Ashley Drake (Goodwin Procter) | 4/12/2018 | 3.4 | $ 250.00 | $ 850.00 | Review and analyze United States' Motion for Extension of Time; review similar motions and oppositions filed in other cases; draft opposition to the United States' motion | Objection to billing time after 3/15/18 / Block billing | | |
| Joel Thompson (PLS) | 4/12/2018 | 0.7 | $ 350.00 | $ 245.00 | Review: Review and propose addition to opposition to DOJ motion for more time to respond. | Objection to billing time after 3/15/18 / Document review is non-core | | |
| Ashley Drake (Goodwin Procter) | 4/13/2018 | 1.2 | $ 250.00 | $ 300.00 | Review the team's comments and edits to draft motion; implement edits; file motion opposing the United States' motion for extension of time | Objection to billing time after 3/15/18 / Block billing / Correspondence with team/co-counsel is non-core | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Jennifer Levi (GLAD) | 4/13/2018 | 2.5 | $ 600.00 | $ 1,500.00 | Review DOJ position in related ADA cases; updates; review, edit motion in oppo to extension of time | Objection to billing time after 3/15/18 Block billing | Duplicate motion edit as Matos 4/13/18 | |
| Lizz Matos (PLS) | 4/13/2018 | 0.3 | $ 300.00 | $ 90.00 | edit motion: edit opp to US motion for extension of time | Objection to billing time after 3/15/18 | Duplicate motion edit as Levi 4/13/18 | |
| Kate Piper (Paralegal) (PLS) | 4/26/2018 | 0.7 | $ 125.00 | $ 87.50 | Telephone call: w/ Jane Doe 2 calls, one w/ LM, one w/o LM) to get details on strips/showers/harassment since court order | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Ashley Drake (Goodwin Procter) | 5/7/2018 | 0.3 | $ 250.00 | $ 75.00 | Call with case team to discuss discovery plan | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/11/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: upload/review letter to JD from DOC that PREA against staff unfounded | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/14/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: talk w/ JD about parole potential, Sgt Clemente, hormones, harassment, showers | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Louis Lobel (Goodwin Procter) | 5/14/2018 | 0.7 | $ 250.00 | $ 175.00 | Email team; respond to motion to intervene; conduct research | Objection to billing time after 3/15/18 Block billing | | |
| Lizz Matos (PLS) | 5/15/2018 | 1.1 | $ 300.00 | $ 330.00 | teleconference: call with team to discuss getting additional plaintiffs | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 5/17/2018 | 2.9 | $ 300.00 | $ 870.00 | visit to MCI-Norfolk: interviewd Plaintiff and other potential plaintiffs | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 5/18/2018 | 0.6 | $ 125.00 | $ 75.00 | File review: review of rec rec'd and outstanding rec req to MCIN to figure out what we're waiting on, what we have, and what is left to req' | Objection to billing time after 3/15/18 Document review is non-core | | |
| Lizz Matos (PLS) | 5/18/2018 | 0.8 | $ 300.00 | $ 240.00 | letter to opp counsel: drafted letter to opposing counsel regarding concerns and violations of order issued in case | Objection to billing time after 3/15/18 | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: call to MCIN gvc coordinator and follow up fax w/ rec req | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: call to MCIN records dept for outstanding rec' req' | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: call and email to MPCH re: outstanding GD rec req | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: review of records requests to determine outstanding req' | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin call to MCIN med records dept follow up on outstanding rec req | Objection to billing time after 3/15/18 | | |
| Kate Piper (Paralegal) (PLS) | 5/22/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: fax from MCIN re rec req, follow up call to clarify b/c CORI already submitted, follow up fax to send them CORI release yet again | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 5/24/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: call w/ Jane Doe on all the IPS interviews they're calling her for and parole thoughts | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 5/30/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: call w/ JD on updates on treatment at MCIN | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 6/13/2018 | 0.6 | $ 475.00 | $ 285.00 | Telephone conference with team regarding case status and proposed letter to the court; review and revise draft letter to the court regarding new MA legislation | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | Duplicate 6/13/18 team teleconference as Matos | |
| Lizz Matos (PLS) | 6/13/2018 | 1.3 | $ 300.00 | $ 390.00 | teleconference: teleconference with team re status of case and letter to court re new legislation | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | Duplicate 6/13/18 team teleconference as Downs | |
| Louis Lobel (Goodwin Procter) | 6/13/2018 | 0.2 | $ 250.00 | $ 50.00 | Edit notice of supplemental authority | Objection to billing time after 3/15/18 | | |
| Joel Thompson (PLS) | 6/14/2018 | 0.2 | $ 350.00 | $ 70.00 | Review: Begin review of opinion denying motion to dismiss. | Objection to billing time after 3/15/18 | Duplicate 6/14/18 opinion review as Lobel | |
| Louis Lobel (Goodwin Procter) | 6/14/2018 | 2.1 | $ 250.00 | $ 525.00 | Edit notice of supplemental authority; email team; read opinion denying motion to dismiss; teleconference with Mr.[_]Downs | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | Duplicate 6/14/18 opinion review as Thompson | |

14

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Anthony Downs (Goodwin Procter) | 6/18/2018 | 0.3 | $ 475.00 | $ 142.50 | Review emails regarding case status following denial of Motion to Dismiss | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Joel Thompson (PLS) | 6/18/2018 | 0.2 | $ 350.00 | $ 70.00 | Review: Continued review of opinion denying motion to dismiss. | Objection to billing time after 3/15/18 | | |
| Kate Piper (Paralegal) (PLS) | 6/18/2018 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: letter explaining judge's ruling on MTD, parole, next steps | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 6/25/2018 | 1.2 | $ 475.00 | $ 570.00 | Telephone conference with team regarding case strategy for Ms. Doe and potential new plaintiff; review email regarding Ms.[_]Doe's status and potential transfer | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | Duplicate 6/25/18 team teleconference as Drake | |
| Ashley Drake (Goodwin Procter) | 6/25/2018 | 1.1 | $ 250.00 | $ 275.00 | Call with case team to discuss court order and upcoming meet and confer | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | Duplicate 6/25/18 team teleconference as Downs | |
| Kate Piper (Paralegal) (PLS) | 6/25/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call:w/ Jane Doe re: yesterday's eval by Andrade for MCIF transfer met w/ LM re: visit tomorrow (.2); 2 calls with MCIN to | Objection to billing time after 3/15/18 Block billing Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 6/25/2018 | 1.3 | $ 300.00 | $ 390.00 | research for PI: research re mootness, PLRA and potential damages claim | Objection to billing time after 3/15/18 | | |
| Anthony Downs (Goodwin Procter) | 6/26/2018 | 0.3 | $ 475.00 | $ 142.50 | Review emails regarding status | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 6/26/2018 | 0.2 | $ 250.00 | $ 50.00 | Review research regarding declaratory relief and the PLRA's injury requirement | Objection to billing time after 3/15/18 | | |
| Anthony Downs (Goodwin Procter) | 6/28/2018 | 2.6 | $ 475.00 | $ 1,235.00 | Telephone conference with Ms.[_]Carney regarding telephone conference with defendants; telephone conference with Norfolk officials regarding potential issues regarding Ms.[_]Doe's status; draft | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Ashley Drake (Goodwin Procter) | 6/28/2018 | 2.5 | $ 250.00 | $ 625.00 | Review research regarding the PLRA; call with case team to discuss agenda for meet and confer; meet and confer call with DOC | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 6/28/2018 | 1.9 | $ 300.00 | $ 570.00 | meet and confer call: meet and confer with parties and debrief/next steps | Objection to billing time after 3/15/18 Not specifying if meeting is with defendants (core) or with plaintiff/co-counsel (non-core) | | Excessive time |
| Anthony Downs (Goodwin Procter) | 7/2/2018 | 4.5 | $ 475.00 | $ 2,137.50 | Visit Ms.[_]Doe at Norfolk MCI with Ms.[_]Levi and Ms.[_]Matos to discuss current status and next steps | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core Correspondence with plaintiff is non-core if not in preparation for depo/trial | | Excessive time |
| Ashley Drake (Goodwin Procter) | 7/2/2018 | 0.4 | $ 250.00 | $ 100.00 | Review and revise draft letter to Massachusetts Department of Corrections | Objection to billing time after 3/15/18 Not specifying purpose of letter to defendants | Duplicate 7/2/18 letter revisions as Lobel, Matos | |
| Jennifer Levi (GLAD) | 7/2/2018 | 1.5 | $ 600.00 | $ 900.00 | research re: transfer; DOC policy | Objection to billing time after 3/15/18 | | |
| Louis Lobel (Goodwin Procter) | 7/2/2018 | 0.5 | $ 250.00 | $ 125.00 | Review and revise letter to defendants; review team emails | Objection to billing time after 3/15/18 Block billing Not specifying purpose of letter to defendants Correspondence with team/co-counsel is non-core | Duplicate 7/2/18 letter revisions as Drake, Matos | |
| Anthony Downs (Goodwin Procter) | 7/3/2018 | 1.2 | $ 475.00 | $ 570.00 | Email correspondence regarding Ms.[_]Doe's issues and letter to DOC; review memo regarding mootness issues | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core Internal note/memo is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 7/3/2018 | 2.5 | $ 600.00 | $ 1,500.00 | review state legislation; interstate policy review | Objection to billing time after 3/15/18 Not specifying what review is for | | |
| Lizz Matos (PLS) | 7/3/2018 | 0.4 | $ 300.00 | $ 120.00 | meet and confer follow up letter: edited meet and confer letter to opposing counsel, correspondance with counsel | Objection to billing time after 3/15/18 | Duplicate 7/2/18 letter revisions as Drake, Lobel | |
| Jennifer Levi (GLAD) | 7/4/2018 | 2.5 | $ 600.00 | $ 1,500.00 | research re: renewed PI | Objection to billing time after 3/15/18 Not specifying what was researched | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Anthony Downs (Goodwin Procter) | 7/5/2018 | 3 | $ 475.00 | $ 1,425.00 | Visit Ms.[_]Doe with Ms.[_]Levi to review draft declaration; conference with Ms.[_]Levi regarding same; review and revise draft declaration and renewed injunction motion | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core<br>Not specifying purpose of declaration | | Excessive time |
| Lizz Matos (PLS) | 7/5/2018 | 0.3 | $ 300.00 | $ 90.00 | renewed PI motion: edits | Objection to billing time after 3/15/18 | | |
| Anthony Downs (Goodwin Procter) | 7/9/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft Motion for Injunction; email Ms.[_]Carney with comments; telephone conference with Ms.[_]Levi regarding Motion for Relief | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 7/9/2018 | 1.5 | $ 600.00 | $ 900.00 | research and review on transfer; | Objection to billing time after 3/15/18<br>Not specifying what pleading research is for | | |
| Louis Lobel (Goodwin Procter) | 7/9/2018 | 2.9 | $ 250.00 | $ 725.00 | Edit renewed motion for preliminary injunction; edit affidavit teleconference with Ms.[_]Carney; meet with Ms.[_]Orpilla; email Ms.[_]Levi | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 7/10/2018 | 0.2 | $ 475.00 | $ 95.00 | Review correspondence regarding revised PI request | Objection to billing time after 3/15/18<br>Not specifying if correspondence is to defendants (core) or team/co-counsel (non-core) | | |
| Louis Lobel (Goodwin Procter) | 7/10/2018 | 0.5 | $ 250.00 | $ 125.00 | Email team; review update from Prisoner Legal Services | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 7/11/2018 | 1 | $ 475.00 | $ 475.00 | Telephone conference with team regarding revised Motion for Injunctive Relief | Objection to billing time after 3/15/18<br>Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 7/12/2018 | 1 | $ 475.00 | $ 475.00 | Review emails regarding status of Renewed Motion for Injunction; review draft preliminary injunction | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 7/12/2018 | 3 | $ 600.00 | $ 1,800.00 | draft; revisions; review of renewed PI and status | Objection to billing time after 3/15/18<br>Block billing | | |
| Lizz Matos (PLS) | 7/12/2018 | 0.3 | $ 300.00 | $ 90.00 | drafted affidavit: drafted with Plaintiff and edited 3rd affidavit of client for filing | Objection to billing time after 3/15/18<br>Not specifying what affidavit is for | | |
| Louis Lobel (Goodwin Procter) | 7/12/2018 | 3.6 | $ 250.00 | $ 900.00 | Edit renewed motion for preliminary injunction; edit affidavit of Jane Doe | Objection to billing time after 3/15/18<br>Block billing | | Excessive time |
| Anthony Downs (Goodwin Procter) | 7/13/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft preliminary injunction brief; email to team regarding same; read revised draft injunction brief; final revisions to motion for injunctive relief; email to team regarding same | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 7/13/2018 | 0.6 | $ 250.00 | $ 150.00 | Review and revise draft motion for renewed injunction | Objection to billing time after 3/15/18 | | |
| Louis Lobel (Goodwin Procter) | 7/13/2018 | 3.6 | $ 250.00 | $ 900.00 | Teleconference with Ms.[_]Levi; teleconference with Mr.[_]Downs; teleconference with Ms.[_]Drake; edit all filings; emails with team | Objection to billing time after 3/15/18<br>Block billing<br>Correspondence with team/co-counsel is non-core | | Excessive time |
| Lizz Matos (PLS) | 8/2/2018 | 0.2 | $ 300.00 | $ 60.00 | review of transfer decision: reviewed decision of DOC | Objection to billing time after 3/15/18 | | |
| Lizz Matos (PLS) | 8/7/2018 | 0.9 | $ 300.00 | $ 270.00 | teleconference: teleconference with team re transfer, next steps and potential issues | Objection to billing time after 3/15/18<br>Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/8/2018 | 0.5 | $ 125.00 | $ 62.50 | Preparation: set up visit (.1), type up of topics for visit and docs from DOC | Objection to billing time after 3/15/18<br>Preparation for meeting is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: of memo to Turco re: JD transfer | Objection to billing time after 3/15/18<br>Internal note/memo is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: trying to get JD class reprt | Objection to billing time after 3/15/18<br>Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 0.1 | $ 125.00 | $ 12.50 | Review: of female class scoring system/overrides | Objection to billing time after 3/15/18<br>Not specifying if this is legal research or internal memo | | |
| Kate Piper (Paralegal) (PLS) | 8/9/2018 | 1 | $ 125.00 | $ 125.00 | Prison Visit: reviewed memo re: transfer to MCIF. aprehensions about being PC there, next steps, PI, etc... | Objection to billing time after 3/15/18<br>Internal note/memo is non-core | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 8/14/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: transcribed visit notes to file | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Lizz Matos (PLS) | 8/14/2018 | 0.8 | $ 300.00 | $ 240.00 | teleconference: teleconference with team re problems with transfer and letter to DOC | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 8/14/2018 | 0.8 | $ 300.00 | $ 240.00 | letter to opp counsel: drafted letter to opposing counsel regarding Plaintiff's transition to MCI-Framingham | Objection to billing time after 3/15/18 | | |
| Kate Piper (Paralegal) (PLS) | 8/21/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ cl;ient re: PC at MCIF, transfer, etc... | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 8/21/2018 | 1.2 | $ 300.00 | $ 360.00 | teleconference: teleconference with team and then DOC re transfer | Objection to billing time after 3/15/18 Block billing Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/22/2018 | 0.3 | $ 125.00 | $ 37.50 | Admin: found/downloaded Female Class manual and MCIF orientation handbook for JD at her req' | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 8/23/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call to JD crim atty Brendon Freeman | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/4/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD re: uptick in harassment | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/4/2018 | 0.4 | $ 125.00 | $ 50.00 | Correspondence w/client: 50 w/ JD gvcs, harassment, inmate acct, transfer, etc... | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/6/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: call w/ JD re: Clemente harassment, transfer, Code C | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/10/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD re: transfer and property | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/18/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD re: ongoing harassment, upcoming transfer, frozen acct | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/20/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: scan and upload new gvcs re: strip searches/showers | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/20/2018 | 0.4 | $ 125.00 | $ 50.00 | Legal Research: read through of Inamte Funds CMR to figure out JD acct problems | Objection to billing time after 3/15/18 Review of account funds is non-core | | |
| Kate Piper (Paralegal) (PLS) | 9/20/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD on what IPS is telling her about the transfer and concern that it won't happen, also about visit tomorrow. | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 9/25/2018 | 0.4 | $ 125.00 | $ 50.00 | Telephone call: w/ JD re: she's at MCIF! (.2), and to inform her family-called sister and 2 aunts (.2) | Objection to billing time after 3/15/18 Block billing Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/1/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: w/ JD from MCIF | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 10/22/2018 | 0.1 | $ 125.00 | $ 12.50 | Admin: fax to MCIF re: visit w/ JD weds | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 10/24/2018 | 0.9 | $ 125.00 | $ 112.50 | Prison Visit: met w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Lizz Matos (PLS) | 10/29/2018 | 0.7 | $ 300.00 | $ 210.00 | teleconference: teleconference with team re impending transfer | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 11/1/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD on new harassment and problem CO at MCIF | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 11/14/2018 | 0.3 | $ 125.00 | $ 37.50 | Telephone call: w/ JD re: visiting, calls, transfer | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |

Specific Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Kate Piper (Paralegal) (PLS) | 11/15/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ JD re: electrolysis | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 11/21/2018 | 0.5 | $ 125.00 | $ 62.50 | Legal Research: new visiting regs for deadlines/transfers/additions | Objection to billing time after 3/15/18 Block billing Not specifying what pleading research is for | | |
| Kate Piper (Paralegal) (PLS) | 11/26/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ JD re: problems at MCIF and electrolysis | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/2/2018 | 1.3 | $ 125.00 | $ 162.50 | Prison Visit: hard visit w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/3/2018 | 0.6 | $ 125.00 | $ 75.00 | Review: of long and sad notes from yesterdays mtg w/ JD and type into memo for team | Objection to billing time after 3/15/18 Internal note/memos are non-core | | |
| Lizz Matos (PLS) | 12/7/2018 | 0.9 | $ 300.00 | $ 270.00 | teleconference: teleconference with team regarding re transfer update and next steps | Objection to billing time after 3/15/18 Correspondence with team/co-counsel is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/10/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/10/2018 | 0.1 | $ 125.00 | $ 12.50 | Correspondence w/client: to JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/11/2018 | 0.2 | $ 125.00 | $ 25.00 | Admin: intake of correspondence re: kitchen harassment | Objection to billing time after 3/15/18 Admin tasks are non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/14/2018 | 0.2 | $ 125.00 | $ 25.00 | Telephone call: call w/ JD | Objection to billing time after 3/15/18 Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Kate Piper (Paralegal) (PLS) | 12/18/2018 | 0.4 | $ 125.00 | $ 50.00 | Review: careful review of CT GD policy for potential language for settlement | Objection to billing time after 3/15/18 Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 12/18/2018 | 0.3 | $ 125.00 | $ 37.50 | Review: review of NYC PREA policy for potential language for settlement | Objection to billing time after 3/15/18 Document review is non-core | | |
| Lizz Matos (PLS) | 12/18/2018 | 1.1 | $ 300.00 | $ 330.00 | teleconference: teleconference re what proposed settlement would look like | Objection to billing time after 3/15/18 Not specifying if this is a meeting with defendants (core) or with team/co-counsel (non-core) | | |
| | **TOTAL** | **587.8** | | **$ 213,420.00** | | | | |

No Objections to Plaintiff's Fee Entries

*Jane Doe v. Massachusetts Department of Correction*
Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Jennifer Levi (GLAD) | 7/19/2017 | 3.5 | $ 600.00 | $ 2,100.00 | draft/revise complaint | | | |
| Lizz Matos (PLS) | 7/27/2017 | 0.4 | $ 300.00 | $ 120.00 | complaint drafting and editing: editing of initial complaint | | | |
| Kate Piper (Paralegal) (PLS) | 8/1/2017 | 0.9 | $ 125.00 | $ 112.50 | Drafting: editing 2nd draft complaint for details after convo w [ ] | | | |
| Kate Piper (Paralegal) (PLS) | 8/16/2017 | 0.4 | $ 125.00 | $ 50.00 | Drafting: more edits to newest draft of complaint | | | |
| Joel Thompson (PLS) | 9/8/2017 | 0.6 | $ 350.00 | $ 210.00 | Legal Research: Legal research re accommodation request and inmate grievance procedures, requirement for including number on appeal form, possible options. | | | |
| Jennifer Levi (GLAD) | 10/11/2017 | 2 | $ 600.00 | $ 1,200.00 | Revise/edit complaint | | | |
| Kate Piper (Paralegal) (PLS) | 10/19/2017 | 0.2 | $ 125.00 | $ 25.00 | Legal Research: review of DOC media policy re: DOC refusal to sign form | | | |
| Louis Lobel (Goodwin Procter) | 10/26/2017 | 0.6 | $ 250.00 | $ 300.00 | Edit complaint; draft Jane Doe complaint | | | |
| Ashley Drake (Goodwin Procter) | 11/8/2017 | 0.3 | $ 250.00 | $ 75.00 | Review Commonwealth's opposition | | | |
| Louis Lobel (Goodwin Procter) | 11/28/2017 | 1.7 | $ 250.00 | $ 425.00 | Research for success on the merits section of preliminary injunction | | | |
| Joel Thompson (PLS) | 12/8/2017 | 1.0 | $ 350.00 | $ 350.00 | Legal Research: Legal research of exhaustion issue raised by co-counsel. | | | |
| Anthony Downs (Goodwin Procter) | 12/21/2017 | 0.1 | $ 475.00 | $ 47.50 | Review and revise draft motion for a temporary restraining order | | | |
| Ashley Drake (Goodwin Procter) | 1/18/2018 | 1.2 | $ 250.00 | $ 300.00 | Research case law for opposition to motion to dismiss | | | |
| Joel Thompson (PLS) | 1/18/2018 | 1 | $ 350.00 | $ 350.00 | Drafting: Outline and begin drafting opposition to motion to dismiss section on due process claim. | | | |
| Lizz Matos (PLS) | 1/18/2018 | 0.3 | $ 300.00 | $ 90.00 | editing of [Jane Doe] affidavit: edited [Jane Doe] affidavit for PI | | | |
| Ashley Drake (Goodwin Procter) | 1/29/2018 | 0.3 | $ 250.00 | $ 75.00 | Review and revise current drafts of filings | | | |
| Louis Lobel (Goodwin Procter) | 1/29/2018 | 1.4 | $ 250.00 | $ 350.00 | Edit opposition to motion to dismiss | | | |
| Lizz Matos (PLS) | 2/1/2018 | 0.3 | $ 300.00 | $ 90.00 | editing on PI: editing of PI intro section | | | |
| Anthony Downs (Goodwin Procter) | 2/5/2018 | 0.2 | $ 475.00 | $ 95.00 | Attention to the Court's Scheduling Order and hearing date | | | |
| Anthony Downs (Goodwin Procter) | 2/8/2018 | 2.0 | $ 475.00 | $ 950.00 | Analyze ADA issues, case law and background materials for oral argument | | | |
| Kate Piper (Paralegal) (PLS) | 2/8/2018 | 0.4 | $ 125.00 | $ 50.00 | Review: editing letter to opposing counsel for harassment details | | | |
| Louis Lobel (Goodwin Procter) | 2/11/2018 | 0.1 | $ 250.00 | $ 25.00 | Edit motion to have Ms.[_]Doe appear in court | | | |
| Lizz Matos (PLS) | 2/21/2018 | 0.3 | $ 300.00 | $ 90.00 | letter to DOC: letter and email to DOC re client visit and bringing camera | | | |
| Ashley Drake (Goodwin Procter) | 2/26/2018 | 0.4 | $ 250.00 | $ 100.00 | Review case law in preparation for hearing | | | |
| | **TOTAL** | **19.6** | | **$ 7,580.00** | | | | |

**Goodwin Proctor LLP's Expert Fees**

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Timekeeper | Date | Hours | Rate | Cost | Narrative | Issues |
|---|---|---|---|---|---|---|
| James E. Aiken & Associates, Inc. | - | - | - | - | Prior Teleconferences. No Charge. | |
| James E. Aiken & Associates, Inc. | 12/29/2017 | 3.2 | $ 150.00 | $ 480.00 | Conducted initial evaluation of an affidavit based upon information provided by the undersigned regarding the above referenced proceeding. Conducted fact check and validation of the contents based on the information and discussions with counsel. Conducted interview with counsel. | |
| James E. Aiken & Associates, Inc. | 12/30/2017 | 1.1 | $ 150.00 | $ 165.00 | Continued evaluation and work on affidavit as described above. | |
| James E. Aiken & Associates, Inc. | 12/31/2017 | 2 | $ 150.00 | $ 300.00 | Continued evaluation and work on affidavit as described above. Submitted draft affidavit to counsel for clarity review. | |
| James E. Aiken & Associates, Inc. | 1/2/2018 | 4.2 | $ 150.00 | $ 630.00 | Continued evaluation and work on affidavit as described above. Received the updated draft with my contents as well as additional clarity contents and cites submitted by counsel at my request. | |
| James E. Aiken & Associates, Inc. | 1/7/2018 | 2 | $ 150.00 | $ 300.00 | Continued to prepare affidavit and submitted draft for clarity review. | |
| James E. Aiken & Associates, Inc. | 1/17/2018 | 2.8 | $ 150.00 | $ 420.00 | Continued evaluation as described above. Review of additional documents. Submitted affidavit to counsel. | |
| James E. Aiken & Associates, Inc. | 1/25/2018 | 1.1 | $ 150.00 | $ 165.00 | Continued to prepared affidavit for clarity review. | |
| James E. Aiken & Associates, Inc. | 1/30/2018 | 1.3 | $ 150.00 | $ 195.00 | Continued to prepare affidavit for clarity review for its finality. | |
| James E. Aiken & Associates, Inc. | 1/31/2018 | 2.7 | $ 150.00 | $ 405.00 | Continued to prepare affidavit. Conference with counsel. Review of additional documents. | |
| James E. Aiken & Associates, Inc. | 2/1/2018 | - | - | - | Submitted report. No charge. | |
| Dr. Randi C. Ettner | 12/10/17- 1/5/18 | 17.5 | $ 350.00 | $ 6,125.00 | Interview client; score and interpret psychological tests; consultation; research etiology/gender identity; edit affidavit | Block billing Excessive time |
| Dr. Randi C. Ettner | 12/10/17- 1/5/18 | - | - | $ 1,800.00 | Travel | Is airfare included in travel expenses? |
| Dr. Randi C. Ettner | 12/10/17- 1/5/18 | - | - | $ 755.94 | Out of pocket expenses(airfare= $282.39; lodging= $214.79; meals=$28.84; taxi= $34.92; psychological test materials = $195.00 | Is airfare included in travel expenses? |
| **TOTAL** | - | **37.9** | - | **$ 11,740.94** | - | **All expert fees may be challenged** |

| Timekeeper | Date | Hours | Rate | Cost | Activity Type/Notes | Issue with Narrative Description | Issue with Duplication | Issue with Excessive Time |
|---|---|---|---|---|---|---|---|---|
| Louis Lobel (Goodwin Procter) | 10/7/2017 | 2.5 | $ 250.00 | $ 625.00 | Draft brief in support of motion for a preliminary injunction; teleconference with Ms.[_]Piper | Block billing Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 10/13/2017 | 1.9 | $ 250.00 | $ 475.00 | Teleconference with team; edit draft of brief in support of preliminary injunction | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 11/22/2017 | 0.2 | $ 475.00 | $ 95.00 | Review emails regarding motion for preliminary injunction | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/26/2017 | 0.8 | $ 250.00 | $ 200.00 | Draft outline of "Success on the merits" section of brief in support of motion for preliminary injunction | Outline is not drafting substantive portions of a pleading | | |
| Ashley Drake (Goodwin Procter) | 11/27/2017 | 0.4 | $ 250.00 | $ 100.00 | Call with Mr.[_]Lobel and Ms.[_]Carney to discuss preliminary injunction research | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/27/2017 | 0.8 | $ 250.00 | $ 250.00 | Research and outline success on the merits section of the brief in support of the preliminary injunction; email Ms.[]Levi | Block billing Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 11/28/2017 | 1.7 | $ 250.00 | $ 425.00 | Research for success on the merits section of preliminary injunction | | | |
| Jennifer Levi (GLAD) | 11/29/2017 | 4 | $ 600.00 | $ 2,400.00 | research for PI; confer w/ SM re: ADA; GD claims | Block billing Team/co-counsel corresponsence is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 11/30/2017 | 3.5 | $ 600.00 | $ 2,100.00 | research for PI; state constitutional claims; ADA; review Blatt materials | Block billing Not specifying what pleading research is for | | Excessive time |
| Jennifer Levi (GLAD) | 12/1/2017 | 3.5 | $ 600.00 | $ 2,100.00 | Team conferral re: PI; claims and relief; follow up research on claims | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/8/2017 | 1.9 | $ 250.00 | $ 475.00 | Research for motion for preliminary injunction; edit outline | Block billing Outline is not drafting substantive portions of a pleading | | |
| Louis Lobel (Goodwin Procter) | 12/11/2017 | 0.6 | $ 250.00 | $ 150.00 | Respond to calls from third party sources; edit and send draft outline of motion for preliminary injunction; teleconference with Mr.[_]Downs | Block billing Third party correspondence is non-core Correspondence with team/co-counsel is non-core | | |
| Anthony Downs (Goodwin Procter) | 12/13/2017 | 0.3 | $ 475.00 | $ 142.50 | Review emails regarding status of preparation of injunction motion | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 12/13/2017 | 5.3 | $ 250.00 | $ 1,325.00 | Draft motion in support of preliminary injunction and temporary restraining order | | | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/14/2017 | 0.5 | $ 250.00 | $ 125.00 | Research for and draft memorandum in support of motion for preliminary injunction | Block billing | | |
| Louis Lobel (Goodwin Procter) | 12/15/2017 | 3.2 | $ 250.00 | $ 800.00 | Research for and draft memorandum in support of motion for preliminary injunction | Block billing | Duplicate task on 12/14/17 Duplicate motion draft as Downs 12/18/17 | Excessive time |
| Louis Lobel (Goodwin Procter) | 12/17/2017 | 2 | $ 250.00 | $ 500.00 | Draft and edit memorandum in support of motion for a preliminary injunction | | Duplicate motion draft as Downs 12/18/17 | |
| Anthony Downs (Goodwin Procter) | 12/18/2017 | 1 | $ 475.00 | $ 475.00 | Review and revise draft preliminary injunction motion | | Duplicate motion draft as Lobel 12/15/17, 12/17/17, 12/18/17 | |
| Louis Lobel (Goodwin Procter) | 12/18/2017 | 2.3 | $ 250.00 | $ 575.00 | Edit draft of memorandum in support of motion for preliminary injunction | | Duplicate motion draft as Downs 12/18/17 | |
| Louis Lobel (Goodwin Procter) | 12/19/2017 | 2.6 | $ 250.00 | $ 650.00 | Research for and edit memorandum in support of motion for preliminary injunction | Block billing | | |
| Louis Lobel (Goodwin Procter) | 12/20/2017 | 4 | $ 250.00 | $ 1,000.00 | Edit memorandum in support of motion for preliminary injunction | | | Excessive time |
| Anthony Downs (Goodwin Procter) | 12/21/2017 | 0.1 | $ 475.00 | $ 47.50 | Review and revise draft motion for a temporary restraining order | | | |
| Ashley Drake (Goodwin Procter) | 12/21/2017 | 1.7 | $ 250.00 | $ 425.00 | Edit draft motion for preliminary injunction and temporary restraining order | | Duplicate motion edit as Lobel 12/21/17 | |
| Louis Lobel (Goodwin Procter) | 12/21/2017 | 1.4 | $ 250.00 | $ 350.00 | Meet with Ms.[_]Drake; edit memorandum in support of preliminary injunction; email team | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit as Drake 12/21/17 | |
| Jennifer Levi (GLAD) | 12/27/2017 | 3.5 | $ 600.00 | $ 2,100.00 | confer w/ BK re: PI merits, arguments, relief; research | Block billing Correspondence with team/co-counsel is non-core Not specifying what pleading research is for | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/3/2018 | 0.2 | $ 125.00 | $ 25.00 | Drafting: editing affidavit | Not specifying what affidavit is for | | |

| Name | Date | Hours | Rate | Amount | Description | Objection 1 | Objection 2 | Objection 3 |
|---|---|---|---|---|---|---|---|---|
| Jennifer Levi (GLAD) | 1/4/2018 | 2 | $ 600.00 | $ 1,200.00 | review MTD; research oppo to MTD | Block billing Document review is non-core | | |
| Anthony Downs (Goodwin Procter) | 1/5/2018 | 1 | $ 475.00 | $ 475.00 | Review and revise draft PI outline and affidavits; conference with Mr.[_]Lobel regarding proposed PI | Block billing Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/5/2018 | 0.7 | $ 250.00 | $ 175.00 | Review and revise draft affidavits | Not specifying what affidavits are for | | |
| Jennifer Levi (GLAD) | 1/5/2018 | 1.5 | $ 600.00 | $ 900.00 | review MTD; review RE affidavit | Block billing Document review is non-core | | |
| Louis Lobel (Goodwin Procter) | 1/5/2018 | 2.1 | $ 250.00 | $ 525.00 | Draft memorandum in support of preliminary injunction; review and revise motion to dismiss | Block billing | Duplicate draft motion as Downs 1/8/18 | |
| Louis Lobel (Goodwin Procter) | 1/7/2018 | 5.1 | $ 250.00 | $ 1,275.00 | Draft memorandum in support of preliminary injunction | | Duplicate draft motion as Downs 1/8/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/8/2018 | 0.1 | $ 475.00 | $ 47.50 | Review and revise draft preliminary injunction motion | | Duplicate draft motion as Lobel 1/5/18, 1/7/18 | |
| Ashley Drake (Goodwin Procter) | 1/8/2018 | 8.1 | $ 250.00 | $ 2,025.00 | Review and analyze Defendant's motion to dismiss; draft opposition to motion to dismiss; edit motion extending deadline to file the opposition to the motion to dismiss | Block billing | | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/8/2018 | 3.5 | $ 250.00 | $ 875.00 | Edit draft of memorandum in support of preliminary injunction | | Duplicate draft motion as Downs 1/8/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 1/9/2018 | 5.2 | $ 250.00 | $ 1,300.00 | Meeting with Mr[_]Lobel and Ms.[_]Levi to discuss dismiss and filing for injunctive relief; draft outline for opposition to motion to dismiss;strategy for responding to Defendants' motion to | Block billing Correspondence with team/co-counsel is non-core | Duplicate meeting as Lobel 1/9/18 | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/9/2018 | 3.5 | $ 250.00 | $ 875.00 | Meet with Ms.[_]Levi and Ms.[_]Drake at GLAD headquarters; draft opposition to motion to dismiss | Block billing Correspondence with team/co-counsel is non-core | Duplicate meeting as Drake 1/9/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/10/2018 | 1.3 | $ 475.00 | $ 617.50 | Review and revise draft declaration of Jane Doe; review defendant's opposition to Motion to Dismiss; revise preliminary injunction motion | Block billing | | |
| Ashley Drake (Goodwin Procter) | 1/10/2018 | 4.5 | $ 250.00 | $ 1,125.00 | Draft updated outline for opposition to motion to dismiss based on meeting with Ms.[_]Levi and Mr.[_]Lobel | Outline is not drafting substantive portions of legal document | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/10/2018 | 0.4 | $ 125.00 | $ 50.00 | Drafting: editing LM version of affidavit | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/10/2018 | 0.9 | $ 250.00 | $ 225.00 | Research and draft opposition to motion to dismiss | Block billing | | |
| Anthony Downs (Goodwin Procter) | 1/11/2018 | 0.5 | $ 475.00 | $ 237.50 | Conference with Mr.[_]Lobel regarding Opposition to Motion to Dismiss | Correspondence with team/co-counsel is non-core | | |
| Ashley Drake (Goodwin Procter) | 1/11/2018 | 3.3 | $ 250.00 | $ 825.00 | Edit draft opposition to motion to dismiss | | Duplicate motion edit task as Lobel 1/12/18 | Excessive time |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 0.4 | $ 125.00 | $ 50.00 | Drafting: edit JD aff for new facts | Not specifying what affidavit is for | | |
| Kate Piper (Paralegal) (PLS) | 1/11/2018 | 1.3 | $ 125.00 | $ 162.50 | Drafting: MG affidavit | Not specifying what affidavit is for | | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/11/2018 | 4.4 | $ 250.00 | $ 1,100.00 | Research, draft and edit opposition to motion to dismiss | Block billing | | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/12/2018 | 0.5 | $ 475.00 | $ 237.50 | Review and revise draft Opposition to Motion to Dismiss | | Duplicate motion draft task as Lobel 1/11/18, 1/12/18 and Drake 1/11/18 | |
| Ashley Drake (Goodwin Procter) | 1/12/2018 | 0.7 | $ 250.00 | $ 175.00 | Edit draft opposition to motion to dismiss | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18 | |
| Joel Thompson (PLS) | 1/12/2018 | 0.9 | $ 350.00 | $ 315.00 | Legal Research: Legal research re law governing substantive due process claim. | Not specifying what pleading research is for | | |
| Louis Lobel (Goodwin Procter) | 1/12/2018 | 3.2 | $ 350.00 | $ 800.00 | Edit opposition to motion to dismiss and brief in support of a preliminary injunction; meet with Ms.[_]Drake; teleconference with Mr.[_]Downs | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Drake 1/11/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/15/2018 | 2 | $ 475.00 | $ 950.00 | Review and revise draft Opposition to Motion to Dismiss | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18 and Downs 1/12/18 | |
| Jennifer Levi (GLAD) | 1/15/2018 | 3 | $ 600.00 | $ 1,800.00 | review plaintiff affidavit; revise; review medical records | Block billing Document review is non-core Not specifying what affidavit is for Not specifying what is being revised | | |
| Louis Lobel (Goodwin Procter) | 1/15/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit opposition to motion to dismiss | | Duplicate motion edit task as Drake 1/11/18 and Downs 1/12/18 | |
| Joel Thompson (PLS) | 1/16/2018 | 0.5 | $ 350.00 | $ 175.00 | Legal Research: Legal research re availability of substantive due process claim. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/16/2018 | 0.5 | $ 350.00 | $ 175.00 | Review: Review draft opposition to motion to dismiss. | Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 1/16/2018 | 0.1 | $ 125.00 | $ 12.50 | Drafting: final review of MG affidavit | Not specifying what affidavit is for | | |
| Lizz Matos (PLS) | 1/16/2018 | 0.6 | $ 300.00 | $ 180.00 | worked on expert affidavit: reviewed and edited affidavit, questions and comments to expert, email correspondence | Correspondence with third party/experts is non-core | | |

| Name | Date | Hours | Rate | Amount | Description | Objection 1 | Objection 2 |
|---|---|---|---|---|---|---|---|
| Louis Lobel (Goodwin Procter) | 1/16/2018 | 2.3 | $ 250.00 | $ 575.00 | Coordinate team meeting; research for opposition to motion to dismiss | Block billing Coordinating/scheduling is non-core Correspondence with team/co-counsel is non-core | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/17/2018 | 0.5 | $ 475.00 | $ 237.50 | Review correspondence regarding status of Opposition to Motion to Dismiss | Not specifying if correspondence is from court (core) or team/co-counsel (non-core) | |
| Joel Thompson (PLS) | 1/17/2018 | 1.6 | $ 350.00 | $ 560.00 | Legal Research: Legal research re equal protection claims in prison, procedural due process in prison (classification, housing). | Not specifying what pleading research is for | |
| Joel Thompson (PLS) | 1/17/2018 | 0.9 | $ 350.00 | $ 315.00 | Legal Research: Legal research re procedural due process law as applied to housing, classification, transfers. | Not specifying what pleading research is for | |
| Joel Thompson (PLS) | 1/17/2018 | 0.4 | $ 350.00 | $ 140.00 | Review: Review draft preliminary injunction motion. | Document review is non-core | |
| Louis Lobel (Goodwin Procter) | 1/17/2018 | 1.8 | $ 250.00 | $ 450.00 | Research for opposition to motion to dismiss and brief in support of preliminary injunction | Not specifying what was researched | |
| Ashley Drake (Goodwin Procter) | 1/18/2018 | 1.2 | $ 250.00 | $ 300.00 | Research case law for opposition to motion to dismiss | | |
| Joel Thompson (PLS) | 1/18/2018 | 1 | $ 350.00 | $ 350.00 | Drafting: Outline and begin drafting opposition to motion to dismiss section on due process claim. | | |
| Joel Thompson (PLS) | 1/18/2018 | 0.9 | $ 350.00 | $ 315.00 | Telephone call: Conference call with co-counsel re opposition to motion to dismiss, preparation of preliminary injunction motion. | Correspondence with team/co-counsel is non-core | |
| Kate Piper (Paralegal) (PLS) | 1/18/2018 | 0.1 | $ 125.00 | $ 12.50 | Preparation: new signature pages for [J.D.] affi | Preparation of documents is non-core Not specifying what affidavit is for | |
| Lizz Matos (PLS) | 1/18/2018 | 0.3 | $ 300.00 | $ 90.00 | editing of [Jane Doe] affidavit: edited [Jane Doe] affidavit for PI | | |
| Joel Thompson (PLS) | 1/19/2018 | 2.4 | $ 350.00 | $ 840.00 | Drafting: Draft and supplement research for due process argument in opposition to motion to dismiss. | Block billing | Duplicate motion draft as Lobel 1/19/18 |
| Louis Lobel (Goodwin Procter) | 1/19/2018 | 3.1 | $ 250.00 | $ 775.00 | Research for, draft and edit section of opposition to motion to dismiss | Block billing | Duplicate motion draft as Thompson 1/19/18 |
| Ashley Drake (Goodwin Procter) | 1/20/2018 | 0.9 | $ 250.00 | $ 225.00 | Research case law for opposition to defendants' motion to dismiss | | Duplicate motion research as on 1/18/18 |
| Louis Lobel (Goodwin Procter) | 1/20/2018 | 1.9 | $ 250.00 | $ 475.00 | Research for, draft and edit section of opposition to motion to dismiss | Block billing | Duplicate motion draft as Thompson 1/19/18 |
| Anthony Downs (Goodwin Procter) | 1/22/2018 | 1.6 | $ 475.00 | $ 760.00 | Review case law regarding "class of one" argument; revise draft Opposition to Motion to Dismiss | Block billing | |
| Ashley Drake (Goodwin Procter) | 1/22/2018 | 0.6 | $ 250.00 | $ 150.00 | Research ADA case law for opposition to motion to dismiss | | Duplicate research for ADA law as Thompson 1/22/18 |
| Jennifer Levi (GLAD) | 1/22/2018 | 2.5 | $ 600.00 | $ 1,500.00 | research re: PI/oppo to MTD; review expert affidavit | Block billing Document review is non-core | |
| Joel Thompson (PLS) | 1/22/2018 | 2.5 | $ 350.00 | $ 875.00 | Drafting: Research and draft due process section of opposition to motion to dismiss. | Block billing | |
| Joel Thompson (PLS) | 1/22/2018 | 1.4 | $ 350.00 | $ 490.00 | Legal Research: Leagal research re ADA and prisons, scope of Title II, for opposition to motion to dismiss. | | Duplicate research for ADA law as Drake 1/22/18 |
| Lizz Matos (PLS) | 1/22/2018 | 0.8 | $ 300.00 | $ 240.00 | editing affidavits: edited affidavits of plaintiff and correctional exper | Block billing Not specifying what affidavits are for | |
| Lizz Matos (PLS) | 1/22/2018 | 0.8 | $ 300.00 | $ 240.00 | work on opp to MTD: editing of Opp to MTD | | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18 and Downs 1/12/18, 1/15/18 |
| Louis Lobel (Goodwin Procter) | 1/22/2018 | 1.7 | $ 250.00 | $ 425.00 | Edit equal protection section of opposition to motion to dismiss; email team; teleconference with Mr.[_]Downs; meet with Ms.[_]Drake regarding opposition | Block billing Correspondence with team/co-counsel is non-core | |
| Ashley Drake (Goodwin Procter) | 1/23/2018 | 1.3 | $ 250.00 | $ 325.00 | Research case law for opposition to motion to dismiss | | Dupliate research task as on 1/18/18 |
| Anthony Downs (Goodwin Procter) | 1/24/2018 | 1.9 | $ 475.00 | $ 902.50 | Review Mass. prison regulations and 1st Circuit case law on 8th Amendment issues; review draft declarations; review draft motion to dismiss opposition | Block billing Document review is non-core | |
| Ashley Drake (Goodwin Procter) | 1/24/2018 | 0.5 | $ 250.00 | $ 125.00 | Research case law for the opposition to the motion to dismiss | | Dupliate research task as on 1/18/18, 1/24/18 |
| Louis Lobel (Goodwin Procter) | 1/24/2018 | 2.1 | $ 250.00 | $ 525.00 | Edit opposition to motion to dismiss; research notice requirements to United States Department of Justice; edit affidavit of Mr.[_]Aiken | Block billing Not specifying what affidavit is for | |
| Kate Piper (Paralegal) (PLS) | 1/25/2018 | 0.1 | $ 125.00 | $ 12.50 | Drafting: small typo edits to [J.D.] affi | Not specifying what affidavit is for | |
| Anthony Downs (Goodwin Procter) | 1/26/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft affidavits; draft Motion for Preliminary Injunction | Block billing Not specifying what affidavit is for | |
| Kate Piper (Paralegal) (PLS) | 1/26/2018 | 0.2 | $ 125.00 | $ 25.00 | Drafting: paragraphs 2 and 3 editing | Not specifying what affidavit is for | |
| Louis Lobel (Goodwin Procter) | 1/26/2018 | 1.9 | $ 250.00 | $ 475.00 | Draft motion for temporary restraining order and preliminary injunction; draft proposed temporary restraining order; teleconference with Ms.[_]Carney | Block billing Correspondence with team/co-counsel is non-core | |

| Name | Date | Hours | Rate | Amount | Description | Objection 1 | Objection 2 | Objection 3 |
|---|---|---|---|---|---|---|---|---|
| Anthony Downs (Goodwin Procter) | 1/29/2018 | 2.3 | $ 475.00 | $ 1,092.50 | Review and revise Opposition to Motion to Dismiss; Review and revise case law on ADA | Block billing | Duplicate research for ADA law as Thompson 1/22/18 and Drake 1/22/18 | |
| Ashley Drake (Goodwin Procter) | 1/29/2018 | 0.3 | $ 250.00 | $ 75.00 | Review and revise current drafts of filings | | | |
| Louis Lobel (Goodwin Procter) | 1/29/2018 | 1.4 | $ 250.00 | $ 350.00 | Edit opposition to motion to dismiss | | | |
| Anthony Downs (Goodwin Procter) | 1/30/2018 | 4.9 | $ 475.00 | $ 2,327.50 | Review and revise draft opposition to motion to dismiss; Review and revise case law and case materials | Block billing | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, Downs 1/12/18, 1/15/18 and Matos 1/22/18 | Excessive time |
| Louis Lobel (Goodwin Procter) | 1/30/2018 | 4.8 | $ 250.00 | $ 1,200.00 | Edit opposition to motion to dismiss; meet with Ms.[_]Drake; teleconference with Ms.[_]Carney | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, Downs 1/12/18, 1/15/18, 1/30/18, and Matos 1/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 1/31/2018 | 2 | $ 475.00 | $ 950.00 | Revise draft Opposition to Motion to Dismiss; conference with Mr.[_]Lobel regarding same; review and revise documents for filing | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, 1/30/18, Downs 1/12/18, 1/15/18, 1/30/18, and Matos 1/22/18 | |
| Joel Thompson (PLS) | 1/31/2018 | 1 | $ 350.00 | $ 350.00 | Legal Research: Research re liberty interest that is state-created, necessity of identifying regulation, potential candidates. | Not specifying what pleading research is for | | |
| Joel Thompson (PLS) | 1/31/2018 | 0.5 | $ 350.00 | $ 175.00 | Review: Review list of remedies requested in motion for preliminary injunction, propose rewording and discuss relative merits of negative vs. mandatory injunction. | Not specifying if this is legal research or internal memo | | |
| Lizz Matos (PLS) | 1/31/2018 | 0.7 | $ 300.00 | $ 210.00 | research for PI: research for PI arguments/claims | Not specifying what was researched | | |
| Louis Lobel (Goodwin Procter) | 1/31/2018 | 5.7 | $ 250.00 | $ 1,425.00 | Teleconference with Mr.[_]Downs; edit opposition to motion to dismiss; draft motion for preliminary injunction; meet with Ms.[_]Drake to discuss draft motion for additional pages | Block billing Correspondence with team/co-counsel is non-core | Duplicate motion edit task as Lobel 1/11/18, 1/12/18, 1/15/18, Downs 1/12/18, 1/15/18, 1/30/18, 1/31/18, and Matos 1/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/1/2018 | 2 | $ 475.00 | $ 950.00 | Revise draft memorandum in support of motion for preliminary injunction; emails with Mr.[_]Lobel regarding same; review and revise draft introduction | Block billing Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 2/1/2018 | 0.3 | $ 300.00 | $ 90.00 | editing on PI: editing of PI intro section | | | |
| Louis Lobel (Goodwin Procter) | 2/1/2018 | 6.1 | $ 250.00 | $ 1,525.00 | Edit brief in support of preliminary injunction; edit motion for preliminary injunction; edit motion for additional pages; meet with Mr.[_]Downs; meet with Ms.[_]Drake; edit affidavits of experts and Ms. [_] Doe | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/5/2018 | 0.2 | $ 475.00 | $ 95.00 | Attention to the Court's Scheduling Order and hearing date | | | |
| Anthony Downs (Goodwin Procter) | 2/6/2018 | 1.6 | $ 475.00 | $ 760.00 | Telephone conference with GLAD and PLS regarding preparation for preliminary injunction hearing; conference with Mr.[_]Lobel and Ms.[_]Drake regarding task list for pretrial hearing | Block billing Correspondence with team/co-counsel is non-core | | |
| Lizz Matos (PLS) | 2/6/2018 | 1.3 | $ 300.00 | $ 390.00 | telephone call: conference call with litigation team and prep | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/6/2018 | 2.7 | $ 250.00 | $ 675.00 | Teleconference with team; draft petition for writ of habeas corpus ad testificandum; email team with agenda for this week | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/7/2018 | 4.2 | $ 475.00 | $ 1,995.00 | Prepare for oral argument; review case materials and ADA legislative history; conference with Mr[_]Lobel; review ADA materials | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Lizz Matos (PLS) | 2/7/2018 | 0.8 | $ 300.00 | $ 240.00 | letter to opp counsel: drafted letter to opposing counsel | Not specifying what correspondence is regarding | | |
| Anthony Downs (Goodwin Procter) | 2/8/2018 | 2 | $ 475.00 | $ 950.00 | Analyze ADA issues, case law and background materials for oral argument | | | |
| Jennifer Levi (GLAD) | 2/8/2018 | 2 | $ 600.00 | $ 1,200.00 | Hearing prep; review cases | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 2/8/2018 | 0.4 | $ 125.00 | $ 50.00 | Review: editing letter to opposing counsel for harassment details | | | |
| Kate Piper (Paralegal) (PLS) | 2/8/2018 | 0.6 | $ 125.00 | $ 75.00 | Telephone call: two calls w/ [JD] on harassment, housing, showers, PI hearing, med release, PREA complaints, MH clinician | Correspondence with plaintiff is non-core if not in preparation for depo/trial | | |
| Anthony Downs (Goodwin Procter) | 2/9/2018 | 1.8 | $ 475.00 | $ 855.00 | Review case materials regarding ADA and gender discrimination; review background materials | Block billing Not specifying what are background materials Document review is non-core | | |
| Jennifer Levi (GLAD) | 2/9/2018 | 3 | $ 600.00 | $ 1,800.00 | Hearing prep; research re: PREA; TG prison cases | Block billing | | |
| Louis Lobel (Goodwin Procter) | 2/9/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit petition to have Ms.[_]Doe in court; teleconference with Mr.[_]Downs | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/11/2018 | 0.1 | $ 250.00 | $ 25.00 | Edit motion to have Ms.[_]Doe appear in court | | | |

| Name | Date | Hours | Rate | Amount | Description | Objection | Duplicate | Excessive |
|---|---|---|---|---|---|---|---|---|
| Anthony Downs (Goodwin Procter) | 2/12/2018 | 0.6 | $ 475.00 | $ 285.00 | Review emails regarding habeas corpus petition; review correspondence regarding courtroom procedures for Ms.[_]Doe's attendance at hearing | Block billing | | |
| Louis Lobel (Goodwin Procter) | 2/12/2018 | 0.6 | $ 250.00 | $ 150.00 | Edit motion to have Ms.[_]Doe in court; teleconference with Mr.[_]]Downs; email team | Block billing Correspondence with team/co-counsel is non-core | Duplicate edit motion as on 2/11/18 | |
| Anthony Downs (Goodwin Procter) | 2/13/2018 | 3.1 | $ 475.00 | $ 1,472.50 | Telephone conference with GLAD regarding oral argument preparation | Correspondence with team/co-counsel is non-core | | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/13/2018 | 2.5 | $ 250.00 | $ 625.00 | Meeting with case team to discuss strategy for responding to plaintiffs' opposition brief and upcoming hearing | Correspondence with team/co-counsel is non-core | Duplicate team meeting as Lobel 2/13/18 | Excessive time |
| Jennifer Levi (GLAD) | 2/13/2018 | 1.5 | $ 600.00 | $ 900.00 | Hearing prep; research re: medical transition/bio | Block billing | | |
| Kate Piper (Paralegal) (PLS) | 2/13/2018 | 0.4 | $ 125.00 | $ 50.00 | Research non-legal: policy/practice of clients wearing court appropriate street clothes in court | Non-legal research is non-core | | |
| Lizz Matos (PLS) | 2/13/2018 | 1.1 | $ 300.00 | $ 330.00 | litigation meeting: met with team to prep for PI hearing | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/13/2018 | 4.2 | $ 250.00 | $ 1,050.00 | Meet with team; teleconference with Mr.[_]Klein and Ms.[_]Levi; research regarding unions and strip searches | Block billing Correspondence with team/co-counsel is non-core | Duplicate team meeting as Drake 2/13/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/15/2018 | 1.7 | $ 475.00 | $ 807.50 | Conference with GLAD regarding potential issues for oral argument | Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 2/15/2018 | 2 | $ 600.00 | $ 1,200.00 | Hearing prep; research re: consitution avoidance | Block billing | | |
| Anthony Downs (Goodwin Procter) | 2/16/2018 | 0.5 | $ 475.00 | $ 237.50 | Conference with Mr.[_]Lobel regarding petition for Ms.[_]Doe's attendance at court | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/16/2018 | 0.8 | $ 250.00 | $ 200.00 | Edit motion and proposed order for having client in court; teleconference with clerk of Judge Sterns | Block billing Third party correspondence is non-core Not specifying purpose of teleconference with clerk of Judge Sterns | | |
| Jennifer Levi (GLAD) | 2/18/2018 | 2.5 | $ 600.00 | $ 1,500.00 | Review amicus brief; related amicus from WPATH | Block billing Document review is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: call w/ sister Maria re: upcoming hearing and court clothes | Correspondence with plaintiff/family is non-core if not in preparation for depo/tria | | |
| Kate Piper (Paralegal) (PLS) | 2/20/2018 | 0.6 | $ 125.00 | $ 75.00 | Drafting: edit of supp affi [?] | Block billing | | |
| Anthony Downs (Goodwin Procter) | 2/21/2018 | 3 | $ 475.00 | $ 1,425.00 | Review issues for district court argument; review Opposition to Motion for Preliminary Injunction; prepare for visit to Norfolk prison | Block billing Preparation for plaintiff meeting is non-core | | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/21/2018 | 1.8 | $ 250.00 | $ 450.00 | Research in preparation for hearing | Not specifying what was researched | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/22/2018 | 5.7 | $ 475.00 | $ 2,707.50 | Visit Ms.[_]Doe at MCI-Norfolk; conference with Ms.[_]Levi and Ms.[_]Matos; telephone conference with litigation team regarding draft reply brief; conference with Mr.[_]Lobel regarding amicus brief | Block billing Correspondence with team/co-counsel is non-core Correspondence with plaintiff is non-core if not in preparation for depo/trial | Duplicate team conference as Lobel 2/22/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/22/2018 | 2.4 | $ 250.00 | $ 600.00 | Review and analyze defendants' opposition to motion for preliminary injunction; call with case team to discuss reply and upcoming hearing | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Jennifer Levi (GLAD) | 2/22/2018 | 2.5 | $ 600.00 | $ 1,500.00 | review and revise oppo to MTD; Blatt review; edit and revise PI memo and motion | Block billing Document review is non-core | | |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 1.8 | $ 125.00 | $ 225.00 | Preparation: bought suit, blouse, shoes for [JD] to wear to court | Shopping is non-core | | Excessive time |
| Kate Piper (Paralegal) (PLS) | 2/22/2018 | 0.1 | $ 125.00 | $ 12.50 | Telephone call: phone call w/ heather, supt secretary re: property procedure for [JD] to get court clothes | Third party correspondence is non-core | | |
| Lizz Matos (PLS) | 2/22/2018 | 2.2 | $ 300.00 | $ 660.00 | telephone call: conf regarding opp to PI and response | Not specifying who conference call is with | | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/22/2018 | 7.1 | $ 250.00 | $ 1,775.00 | Research for reply; teleconference with team; teleconference with Mr.[_]Downs | Block billing Correspondence with team/co-counsel is non-core | Duplicate team conference as Downs 2/22/18 | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/23/2018 | 1.2 | $ 475.00 | $ 570.00 | Review and revise draft reply affidavit; review draft amicus brief; email team regarding same | Block billing Correspondence with team/co-counsel is non-core | Duplicate amicus review as Matos 2/23/18 | |
| Jennifer Levi (GLAD) | 2/23/2018 | 2 | $ 600.00 | $ 1,200.00 | Review oppo to MTD; related | Block billing Document review is non-core | Duplicate motion review as Drake 2/22/18 | |
| Lizz Matos (PLS) | 2/23/2018 | 0.7 | $ 300.00 | $ 210.00 | review amicus: reviewed and commented on amicus brief | Document review is non-core | Duplicate amicus review as Downs 2/23/18 | |

| Name | Date | Hours | Rate | Amount | Description | Objection | Objection | Objection |
|---|---|---|---|---|---|---|---|---|
| Anthony Downs (Goodwin Procter) | 2/25/2018 | 1 | $ 475.00 | $ 475.00 | Review DOC document rejecting transfer of trans gender woman to Framingham; review and revise draft affidavit and reply brief; seek local counsel for amicus brief | Block billing Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 2/25/2018 | 1.5 | $ 600.00 | $ 900.00 | Hearing prep/review | Block billing Not specifying what was reviewed | | |
| Louis Lobel (Goodwin Procter) | 2/25/2018 | 3.5 | $ 250.00 | $ 875.00 | Research for and edit reply memorandum in support of motion for preliminary injunction; email team | Block billing Correspondence with team/co-counsel is non-core Not specifying what was researched | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/26/2018 | 2.1 | $ 475.00 | $ 997.50 | Review recent case law; draft practice questions for Ms.[_]Levi; telephone conference with Ms.[_]Levi regarding oral argument preparation | Block billing Correspondence with team/co-counsel is non-core Practice questions are non-core Not specifying purpose of reviewing case law | Duplicate team conference as Lobel 2/26/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/26/2018 | 0.4 | $ 250.00 | $ 100.00 | Review case law in preparation for hearing | | | |
| Jennifer Levi (GLAD) | 2/26/2018 | 7.5 | $ 600.00 | $ 4,500.00 | Review filings; hearing prep; calls with SM; review filings; oppo | Block billing Correspondence with team/co-counsel is non-core | | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/26/2018 | 5.5 | $ 250.00 | $ 1,375.00 | Edit reply memorandum; draft presentation for hearing; teleconference with Mr.[_]Downs; meet with Ms.[_]Toomey; meet with Ms.[_]Drake; edit supplemental affidavit of Ms.[_]Doe; coordinating filing | Block billing Correspondence with team/co-counsel is non-core Coordinating filing is non-core | Duplicate team conference as Downs 2/26/18 | Excessive time |
| Ashley Drake (Goodwin Procter) | 2/27/2018 | 1.7 | $ 250.00 | $ 425.00 | Call with case team in preparation for hearing on motion to dismiss and preliminary injunction | Correspondence with team/co-counsel is non-core | | |
| Jennifer Levi (GLAD) | 2/27/2018 | 6.5 | $ 600.00 | $ 3,900.00 | Hearing argument prep; outlines and | Block billing Outlines are non-core writing | | Excessive time |
| Joel Thompson (PLS) | 2/27/2018 | 0.7 | $ 350.00 | $ 245.00 | Review: Review motion to dismiss / motion for PI papers, prepare questions for conference call. | Team/co-counsel meeting prep is non-core Document review is non-core | | |
| Lizz Matos (PLS) | 2/27/2018 | 1.7 | $ 300.00 | $ 510.00 | Telephone call: call with team to prepare for hearing | Correspondence with team/co-counsel is non-core | | |
| Louis Lobel (Goodwin Procter) | 2/27/2018 | 5.7 | $ 250.00 | $ 1,425.00 | Research in preparation for hearing; draft list of question for Ms.[_]Levi in preparation of hearing; join preparation call | Block billing Correspondence with team/co-counsel is non-core Question list prep is non-core | | Excessive time |
| Anthony Downs (Goodwin Procter) | 2/28/2018 | 3 | $ 475.00 | $ 1,425.00 | Attend meeting with Ms.[_]Doe at federal court; attend oral argument on Motion to Dismiss and Motion for Preliminary Injunction | Block billing | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Lobel, Drake | |
| Ashley Drake (Goodwin Procter) | 2/28/2018 | 2.5 | $ 250.00 | $ 625.00 | Attend hearing on the motion to dismiss and preliminary injunction | | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Lobel, Downs | |
| Jennifer Levi (GLAD) | 2/28/2018 | 7.5 | $ 600.00 | $ 4,500.00 | Hearing prep; Hearing; meetings | Block billing Not specifying who meetings are with | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Lobel, Downs, Drake | Excessive time |
| Joel Thompson (PLS) | 2/28/2018 | 1.2 | $ 350.00 | $ 420.00 | Court Appearance: Attend oral argument on motion to dismiss / motion for PI. | | Duplicate 2/28/18 court appearance as Matos, Piper, Levi, Lobel, Downs, Drake | |
| Kate Piper (Paralegal) (PLS) | 2/28/2018 | 0.7 | $ 125.00 | $ 87.50 | Court Appearance: PI/MTD | | Duplicate 2/28/18 court appearance as Matos, Thompson, Levi, Lobel, Downs, Drake | |
| Lizz Matos (PLS) | 2/28/2018 | 2.5 | $ 300.00 | $ 750.00 | PI and MTD hearing: attend motion hearing,assist at counsel table | | Duplicate 2/28/18 court appearance as Thompson, Piper, Levi, Lobel, Downs, Drake | Excessive time |
| Louis Lobel (Goodwin Procter) | 2/28/2018 | 5.6 | $ 250.00 | $ 1,400.00 | Research in preparation for hearing; teleconference with Mr.[_]Downs; attend hearing; edit presentation | Block billing Not specifying what was researched Correspondence with team/co-counsel is non-core | Duplicate 2/28/18 court appearance as Matos, Thompson, Piper, Levi, Downs, Drake | Excessive time |
| Kate Piper (Paralegal) (PLS) | 3/1/2018 | 0.3 | $ 125.00 | $ 37.50 | Legal Research: review of DOC classification policy for anything relevant to gender/facility assignment | Not specifying what pleading research is for | | |
| Jennifer Levi (GLAD) | 3/2/2018 | 3.5 | $ 600.00 | $ 2,100.00 | Review case law re: constitutional avoidance; review DOJ positions in ADA claims (Blatt, others) | Block billing Not specifying what pleading research is for | | Excessive time |
| Anthony Downs (Goodwin Procter) | 3/5/2018 | 0.3 | $ 475.00 | $ 142.50 | Review preliminary injunction order | | Duplicate 3/5/18 order review as Matos, Piper, Levi, Lobel, Drake | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ashley Drake (Goodwin Procter) | 3/5/2018 | 0.6 | $ 250.00 | $ | 150.00 | Review court's order regarding the motion to dismiss and preliminary injunction | | Duplicate 3/5/18 order review as Matos, Piper, Levi, Downs, Lobel |
| Jennifer Levi (GLAD) | 3/5/2018 | 1 | $ 600.00 | $ | 600.00 | Review court order | | Duplicate 3/5/18 order review as Matos, Excessive time for Piper, Downs, Lobel, Drake                reviewing 1 document |
| Kate Piper (Paralegal) (PLS) | 3/5/2018 | 0.2 | $ 125.00 | $ | 25.00 | Review: Stearn's initial order on PI/MTD | | Duplicate 3/5/18 order review as Matos, Levi, Downs, Lobel, Drake |
| Lizz Matos (PLS) | 3/5/2018 | 0.3 | $ 300.00 | $ | 90.00 | reviewed order: reviewed order and correspondance regarding order | Not specifying if correspondence is from court (core) or team/co-counsel (non-core] | Duplicate 3/5/18 order review as Piper, Levi, Downs, Lobel, Drake |
| Louis Lobel (Goodwin Procter) | 3/5/2018 | 1 | $ 250.00 | $ | 250.00 | Review Court order; email team regarding next steps | Block billing Correspondence with team/co-counsel is non-core | Duplicate 3/5/18 order review as Matos, Excessive time |
| Anthony Downs (Goodwin Procter) | 3/6/2018 | 0.9 | $ 475.00 | $ | 427.50 | Telephone conference with team regarding preliminary injunction ruling; conference with Mr.[_]Lobel regarding case strategy | Block billing Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Matos, Drake |
| Ashley Drake (Goodwin Procter) | 3/6/2018 | 0.9 | $ 250.00 | $ | 250.00 | Call with case team to discuss court order and next steps | Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Matos, Downs |
| Lizz Matos (PLS) | 3/6/2018 | 0.8 | $ 300.00 | $ | 240.00 | teleconference: teleconference with team to discuss order and next steps | Correspondence with team/co-counsel is non-core | Duplicate 3/6/18 teleconference as Downs, Drake |
| | | | | | | | |
| | TOTAL | 329.3 | | $ 119,727.50 | | | |

**Attorney Fee Comparison**

*Jane Doe v. Massachusetts Department of Correction*

Civil Action No. 17-12255-RGS

| Time Keeper | Usual Rate | Billed Rate | Notes |
|---|---|---|---|
| Anthony Downs (Goodwin Procter) | $ 1,000.00 | $ 475.00 | Benchmark rate as a litigation partner exceeded $1,000/hour in 2017 and 2018. In general, rates charged in 2017 and 2018 exceeded $950/hour |
| Ashley Drake (Goodwin Procter) | $ 590.00 | $ 250.00 | |
| Jennifer Levi (GLAD) | N/A | $ 600.00 | |
| Joel Thompson (PLS) | N/A | $ 350.00 | |
| Kate Piper (Paralegal) (PLS) | N/A | $ 125.00 | |
| Lizz Matos (PLS) | N/A | $ 300.00 | |
| Louis Lobel (Goodwin Procter) | $ 590.00 | $ 250.00 | |