# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO III; SEAN MEDEIROS; JAMES M. O'GARA JR.; and STEPHANIE COLLINS,<br><br>　　Defendants. | Civil Action No. 17-12255-RGS |

## PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff Jane Doe hereby requests leave of this Court to file a Reply Memorandum in Support of Her Motion for Attorneys' Fees and Expenses (D.I. 120) on July 1, 2019. Ms. Doe seeks leave to file this proposed reply brief to respond to and rebut the legal and factual arguments made in Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Expenses (D.I. 124).

**Assent by Defendants:**

In addition, as certified below, Plaintiff's counsel has conferred with counsel for Defendants, and Defendants have assented to Ms. Doe's request for leave to file the proposed reply brief.

Dated:  June 21, 2019

        Respectfully submitted,

        Jane Doe

        By her attorneys,


        /s/ J. Anthony Downs
        J. Anthony Downs (BBO# 552839)
        Tiffiney F. Carney (*pro hac vice*)
        Louis L. Lobel (BBO# 693292)
        Ashley M. Drake (BBO# 694731)
        GOODWIN PROCTER LLP
        100 Northern Avenue
        Boston, Massachusetts 02210
        Tel.: +1 617 570 1000
        E-mail: jdowns@goodwinlaw.com
        tcarney@goodwinlaw.com
        llobel@goodwinlaw.com
        amoore@goodwinlaw.com

        Jennifer Levi (BBO# 562298)
        Bennett Klein (BBO# 550702)
        GLBTQ Legal Advocates & Defenders
        30 Winter Street, STE 800
        Boston, Massachusetts 02108
        Tel.: +1 617 426 1350
        Email: jlevi@glad.org
        bklein@glad.org

        Elizabeth Matos (BBO# 671505)
        Prisoners' Legal Services
        50 Federal Street, 4th Floor
        Boston, MA 02110
        Tel.: +1 617 482 6383
        E-mail: lmatos@plsma.org

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, J. Anthony Downs, hereby certify that counsel for Plaintiff has conferred in good faith with opposing counsel regarding this motion, and Defendants' counsel assents to this Motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 21, 2019.

/s J. Anthony Downs